AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| REGENTS OF THE UNIVERSITY OF CALIFORNIA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:17-cv-05211 |
| U.S. DEPT. OF HOMELAND SECURITY, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Regents of the University of California and Janet Napolitano                .

Date:   09/12/2017

/s/ Alan Bersin
*Attorney's signature*

Alan Bersin, SBN 63874
*Printed name and bar number*

COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., NW
Washington, D.C. 20001
*Address*

abersin@cov.com
*E-mail address*

(202) 662-5115
*Telephone number*

(202) 662-6291
*FAX number*