IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | No. C 17-05211 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

A case management conference will be held on **THURSDAY, SEPTEMBER 21 AT 10:30 A.M.** The parties shall meet and confer in advance of the hearing on what they believe should be the schedule for the case including any potential provisional relief. Plaintiffs shall serve this order on defendants.

**IT IS SO ORDERED.**

Dated: September 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE