R

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

REGENTS OF UNIVERSITY OF CA

Plaintiff(s),

v.

DEPT. OF HOMELAND SECURITY

Defendant(s).

Case No: 3:17-cv-05211

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Megan A. Crowley, an active member in good standing of the bar of New York Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Regents of the University of California in the above-entitled action. My local co-counsel in this case is Jeffrey M. Davidson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Covington & Burling LLP, One CityCenter, 850 Tenth St., NW, Washington, D.C. 20001-4956 | Covington & Burling LLP, One Front Street San Francisco, CA 94111-5356 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 662-6000 | (415) 591-6000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mcrowley@cov.com | jdavidson@cov.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4930376.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/13/17

Megan A. Crowley
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Megan A. Crowley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ˙˙GYdHŸa VŸf˙%˙z&§%"'˙

UNITED STATES DISTRICT/MAGISTRATE JUDGE