IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO in her official capacity as President of the University of California,

   Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE in her official capacity as Acting Secretary of the Department of Homeland Security,

   Defendants.

No. C 17-05211 WHA

**ORDER RE CASE MANAGEMENT CONFERENCE**

The parties do not need to file a case management statement in advance of next Thursday's hearing. The parties shall meet and confer as previously ordered, and further case management deadlines will be discussed at the conference.

**IT IS SO ORDERED.**

Dated: September 14, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE