XAVIER BECERRA
Attorney General of California
ANGELA SIERRA
Senior Assistant Attorney General
MICHAEL L. NEWMAN
Supervising Deputy Attorney General
JAMES F. ZAHRADKA II (SBN 196822)
CHRISTINE CHUANG
REBEKAH A. FRETZ
RONALD H. LEE
KATHLEEN VERMAZEN RADEZ
SHUBHRA SHIVPURI
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA  94612-1499
 Telephone: (510) 879-1247
 E-mail:  James.Zahradka@doj.ca.gov

[*Additional counsel listed on signature page*]

*Attorneys for Non-Party the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA** and **JANET NAPOLITANO**, *in her official capacity as President of the University of California*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY** and **ELAINE DUKE**, *in her official capacity as Acting Secretary of the Department of Homeland Security*,<br><br>Defendants. | Case No. 17-cv-05211-WHA<br><br>**STATES OF CALIFORNIA, MAINE, MARYLAND, AND MINNESOTA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D. CAL. CIVIL L.R. 3-12(B)**<br><br>Trial Date:    Not Set<br>Action Filed:  September 8, 2017 |

1

Admin. Mot. to Consider Whether Cases Should Be Related Pursuant to N.D. Cal. Civil L.R. 3-12(B)
(Case No. 17-cv-5211)

**I.      INTRODUCTION**

Pursuant to Civil Local Rule 3-12(b), non-parties the States of California, Maine, Maryland, and Minnesota ("States") respectfully request that the Court consider whether the action *State of California v. U.S. Department of Homeland Security*, Case No. 17-cv-05235 (the "Multi-State Action") should be related to the instant case, *The Regents of the University of California v. U.S. Department of Homeland Security*, Case No. 17-cv-5211 (the "University of California Action").[1] "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." N.D. Cal. Civ. L.R. 3-12(a).

**II.     DISCUSSION**

Both cases concern substantially the same parties and events.  On September 5, 2017, Defendant Acting Secretary of the Department of Homeland Security Elaine Duke ("Duke") issued a memorandum rescinding the federal government's Deferred Action for Childhood Arrivals ("DACA") program.  The States and the University of California are both challenging the rescission of this program on substantially similar grounds against the same Defendants.  The University of California alleges that the rescission of DACA violates the Administrative Procedure Act ("APA") because (1) the rescission is arbitrary, capricious, and unreasonable, and was not supported by any adequate explanation; and (2) the rescission of DACA constituted a substantive final rule under the APA, and the rescission of DACA is therefore unlawful for failure by the government to engage in notice-and-comment rulemaking.  The University of California also advances a Fifth Amendment claim for the deprivation of constitutionally-protected rights without due process.

The States allege overlapping and other related claims: in addition to substantially similar causes of action under the APA, the States advance a claim under the Regulatory Flexibility Act for failure by the government to engage in—and publish for public comment—the required

---

[1] The complaint in the Multi-State Action is attached as Exhibit 1 to the Declaration of James F. Zahradka II filed herewith.

2

Admin. Mot. to Consider Whether Cases Should Be Related Pursuant to N.D. Cal. Civil L.R. 3-12(B)
(Case No. 17-cv-5211)

regulatory flexibility analyses required for substantive final rules; a Fifth Amendment due process claim and an equitable estoppel claim based on the allegation that the States' resident DACA recipients have relied on the government's alleged promises not to misuse their personal information; and a Fifth Amendment claim alleging that the government violated the equal protection of the laws when it rescinded DACA, allegedly depriving DACA grantees, as a class, of their substantial interests in pursuing a livelihood to support themselves and further their education.

Both cases name as defendants Elaine C. Duke, Acting Secretary of the Department of Homeland Security, and the U.S. Department of Homeland Security. The States additionally name the United States as a defendant. Both cases seek the Court to declare the rescission of DACA as contrary to law and to enjoin Defendants from rescinding DACA.

Given the overlap in parties, factual and legal issues involved, and the relief sought in these cases, conducting the actions in two courts simultaneously may lead to unnecessary duplication of effort and the potential for conflicting results.

### III.  CONCLUSION

For the reasons set forth above, the States respectfully request this Court to consider whether the Multi-State Action should be related to the University of California Action.

3

Admin. Mot. to Consider Whether Cases Should Be Related Pursuant to N.D. Cal. Civil L.R. 3-12(B)
(Case No. 17-cv-5211)

| | |
|---|---|
| Dated:  September 15, 2017 | Respectfully Submitted, |

| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>MICHAEL L. NEWMAN<br>Supervising Deputy Attorney General<br><br>/s/ James F. Zahradka II<br>JAMES F. ZAHRADKA II<br>Deputy Attorney General<br><br>*Attorneys for State of California* | BRIAN E. FROSH<br>Attorney General of Maryland<br>STEVEN M. SULLIVAN (*pro hac vice*)<br>Solicitor General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>Telephone: (410) 576-6325<br>Email:  ssullivan@oag.state.md.us<br><br>*Attorneys for State of Maryland* |
| JANET T. MILLS<br>Attorney General of Maine<br>SUSAN P. HERMAN (*pro hac vice*)<br>Deputy Attorney General<br>6 State House Station<br>Augusta, Maine 04333<br>Telephone: (207) 626-8814<br>Email: susan.herman@maine.gov<br><br>*Attorneys for State of Maine* | LORI SWANSON<br>Attorney General<br>State of Minnesota<br>JULIANNA F. PASSE (*pro hac vice*)<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1100<br>St. Paul, Minnesota 55101-2128<br>Telephone: (651) 757-1136<br>Email: julianna.passe@ag.state.mn.us<br><br>*Attorneys for State of Minnesota* |

**Filer's Attestation:**

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other Signatories.

| | |
|---|---|
| Dated: September 15, 2017 | Respectfully submitted, |
| | */s/ James F. Zahradka II*<br>James F. Zahradka II |

4

Admin. Mot. to Consider Whether Cases Should Be Related Pursuant to N.D. Cal. Civil L.R. 3-12(B)
(Case No. 17-cv-5211)