IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF UNIVERSITY OF
CALIFORNIA and JANET NAPOLITANO,
in her official capacity as President of the
University of California,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY and ELAINE
DUKE, in her official capacity as Acting
Secretary of the Department of Homeland
Security,

    Defendants.

No. C 17-05211 WHA

**ORDER RELATING CASES**

On September 15, plaintiffs the Regents of the University of California and Janet Napolitano moved to relate *State of California v. United States Department of Homeland Security*, Case No. 17-cv-05235 MEJ (the "Multi-State Action") to the above-captioned case. Thereafter, all parties in both actions stipulated that the cases should be related.

The undersigned judge finds that *State of California v. United States Department of Homeland Security*, Case No. 17-cv-05235 MEJ is related to the above-captioned case and shall be reassigned to the undersigned judge. The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must

be re-noticed by the moving party before the newly assigned judge.  Any deadlines set by the ADR Local Rules remain in effect, and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

A case management conference in both cases will be held on **THURSDAY, SEPTEMBER 21 AT 10:30 A.M.**

**IT IS SO ORDERED.**

Dated: September 18, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE