IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | No. C 17-05211 WHA<br><br>**ORDER RELATING CASES** |

On September 18, an order related *State of California v. United States Department of Homeland Security*, Case No. 17-cv-05235 MEJ (the "Multi-State Action") to the above-captioned case (the "UC Regents Action"). Thereafter, *Dulce Garcia v. United States of America*, No. 3:17-cv-05380 JCS (the "Garcia Action") moved to relate its case to both of the above actions, and all parties in the UC Regents Action and the Multi-State Action stipulated that the Garcia Action should be related.

The undersigned judge finds that *Dulce Garcia v. United States of America*, No. 3:17-cv-05380 JCS is related to the above-captioned case and the Multi-State Action, and shall be reassigned to the undersigned judge. The parties are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge immediately after the case

number. Any case management conference in any reassigned case will be rescheduled by the Court. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge. Any deadlines set by the ADR Local Rules remain in effect, and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

A case management conference in all related cases will be held on **THURSDAY, SEPTEMBER 21 AT 10:30 A.M.**

**IT IS SO ORDERED.**

Dated: September 20, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE