

**XAVIER BECERRA**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

---

1515 CLAY STREET, 20TH FLOOR
P.O. BOX 70550
OAKLAND, CA  94612-0550

Public:  (510) 879-1300
Telephone:  (510) 879-1247
Facsimile:  (510) 622-2270
E-Mail:  James.Zahradka@doj.ca.gov

September 22, 2017

Honorable William Alsup
USDC Northern District
450 Golden Gate Avenue, Courtroom 8, 19th Floor
San Francisco, CA 94102

RE:  *California, et al. v. U.S. Department of Homeland Security, et al.*, Case No. C 17-05235 WHA (related to *The Regents of the University of California, et al., v. U.S. Department of Homeland Security, et al.* No. C 17-05211 WHA)

Ninth Circuit cases relating to equitable estoppel asserted against federal government

Dear Judge Alsup:

Pursuant to your instructions at the case management conference held yesterday, September 21, 2017, please find below citations to two Ninth Circuit decisions relating to the above issue:

*Salgado-Diaz v. Gonzales*, 395 F.3d 1158 (9th Cir. 2005)
*Watkins v. United States Army*, 875 F.2d 699 (9th Cir. 1989)

Thank you for your time and attention to this matter.  The States look forward to working with the Court as this matter proceeds.

Sincerely,

/s/

JAMES F. ZAHRADKA II
Deputy Attorney General

For   XAVIER BECERRA
Attorney General

JFZ:sa

LA2017506518
90848337.docx