IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | No. C 17-05211 WHA<br>No. C 17-05235 WHA<br>No. C 17-05329 WHA<br>No. C 17-05380 WHA<br><br>**FURTHER NOTICE RE TUTORIAL** |

In addition to the topics already designated to be addressed at the October 3 tutorial, the parties shall please come prepared to present on the following: the extent to which an undocumented immigrant living in this country since childhood can apply for and become a citizen or lawful resident, obtain a visa, or otherwise obtain permission to remain in the United States.  If deported or removed, how long must such a person wait before applying to reenter the United States?

Dated:   September 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE