CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
BRETT A. SHUMATE (DC Bar #974673)
Deputy Assistant Attorney General
JOHN. R. TYLER
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California, | No. 3:17-cv-05211-WHA |
| Plaintiffs, | |
| v. | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING CASE MANAGEMENT ORDER** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, | |
| Defendants. | |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380)**
**STIPULATION AND** ~~PROPOSED~~ **ORDER REGARDING CASE MANAGEMENT ORDER**

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>Defendants. | No. 3:17-cv-05235-WHA<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING CASE MANAGEMENT ORDER** |
| CITY OF SAN JOSE, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA,<br><br>Defendants. | No. 3:17-cv-05329-WHA<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING CASE MANAGEMENT ORDER** |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President | No. 3:17-cv-05380-WHA<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING CASE MANAGEMENT ORDER** |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380)**
**STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING CASE MANAGEMENT ORDER**

|   |   |
|---|---|
| 1 | of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security, |
| 2 | |
| 3 | Defendants. |
| 4 | |

On September 22, 2017, this Court entered a Case Management Order for All DACA Actions in this District: *Regents of the University of California, et al. v. U.S. Dep't of Homeland Security, et al.*, No. 3:17-cv-05211-WHA (ECF No. 49); *State of California, et al. v. Donald J. Trump, et al.*, No. 3:17-cv-05235-WHA (ECF No. 24); *City of San Jose v. Donald J. Trump, et al.*, No. 3:17-cv-05329-WHA (ECF No. 15); and *Garcia, et al. v. United States of America, et al.*, No. 3:17-cv-05380-WHA (ECF No. 12) (collectively, "related actions" and "Order").  That Order requested that the parties "confer and recommend any better way of organizing the filing system for these cases, including, for example, the possibility of filing everything in the low-numbered action and thereby deeming it to be filed in all actions."  The Court also provided that counsel may "stipulate to tweaks in the wording of this order (but not to its substance or timeline)."

The parties to these actions have conferred and hereby stipulate to the following:

1. Any filing that is applicable to all of the related actions shall be filed in the lowest-numbered action, *Regents of the University of California, et al. v. U.S. Department of Homeland Security, et al.*, No. 3:17-cv-05211-WHA.  A filing in that action shall automatically be deemed to be a filing in all of the related actions, unless denoted otherwise.  The parties may, however, file in the individual actions as well at their option.

2. The parties to the related actions agree that all written discovery requests, responses, and objections, as well as Rule 26 disclosures, shall be served by electronic mail to the following counsel:

<u>For Plaintiffs</u>:

<u>Regents of the University of California et al.</u>: Mark H. Lynch (mlynch@cov.com), Jeffrey M. Davidson (jdavidson@cov.com), Alexander A. Berengaut (aberengaut@cov.com), Megan A. Crowley (mcrowley@cov.com)

<u>States of California, Maine, Maryland, and Minnesota</u>: James Zahradka (james.zahradka@doj.ca.gov) and Ronald Lee (ronald.lee@doj.ca.gov)

<u>City of San Jose</u>: nfineman@cpmlegal.com; bdanitz@cpmlegal.com; tprevost@cpmlegal.com; pluc@cpmlegal.com.

<u>Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn</u>:  Ethan Dettmer (edettmer@gibsondunn.com), Jesse Gabriel (jgabriel@gibsondunn.com), Katie Marquart (kmarquart@gibsondunn.com), Kelsey Helland (khelland@gibsondunn.com) and Mark Rosenbaum (mrosenbaum@publiccounsel.org).

<u>For Defendants</u>:  Brad Rosenberg (brad.rosenberg@usdoj.gov) and Stephen Pezzi (stephen.pezzi@usdoj.gov).

IT IS SO STIPULATED THIS 29TH DAY OF SEPTEMBER, 2017:

COVINGTON & BURLING LLP

*/s/ Jeffrey M. Davidson*

JEFFREY M. DAVIDSON

*Attorneys for Plaintiffs The Regents of the University of California and Janet*

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380)**
**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CASE MANAGEMENT ORDER**

1                          *Napolitano, in her official capacity as President of the University of California*

XAVIER BECERRA
Attorney General of California

/s/ James F. Zahradka II
JAMES F. ZAHRADKA II
Deputy Attorney General
*Attorneys for Plaintiff State of California*


JANET T. MILLS
Attorney General of Maine

*/s/ Susan P. Herman*
SUSAN P. HERMAN
Deputy Attorney General
*Attorneys for Plaintiff State of Maine*


BRIAN E. FROSH
Attorney General of Maryland

*/s/ Steven M. Sullivan*
STEVEN M. SULLIVAN
Solicitor General
*Attorneys for Plaintiff State of Maryland*


LORI SWANSON
Attorney General
State of Minnesota

*/s/ Julianna F. Passe*
JULIANNA F. PASSE
Assistant Attorney General
*Attorneys for Plaintiff State of Minnesota*

COTCHETT, PITRE & McCARTHY, LLP

OFFICE OF THE CITY ATTORNEY
RICHARD DOYLE
NORA FRIMANN

/s/ Nancy L. Fineman

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380)**
**STIPULATION AND** ~~PROPOSED~~ **ORDER REGARDING CASE MANAGEMENT ORDER**

Nancy L. Fineman

*Attorneys for City of San Jose*

GIBSON, DUNN & CRUTCHER LLP

/s/  *Ethan D. Dettmer*
ETHAN D. DETTMER (SBN 196046)
555 MISSION ST.
SAN FRANCISCO, CA  94105
Phone:  (415) 393-8200
Fax:  (415) 393-8306
Email:  edettmer@gibsondunn.com

PUBLIC COUNSEL

/s/  *Mark D. Rosenbaum*
MARK D. ROSENBAUM (SBN 59940)
610 SOUTH ARDMORE AVE.
LOS ANGELES, CA  90005
Phone:  (213) 385-2977
Fax:  (213) 385-9089
Email:  mrosenbaum@publiccounsel.org

*Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn*

CHAD A. READLER
Acting Assistant Attorney General

BRIAN STRETCH
United States Attorney

BRETT A. SHUMATE (DC Bar #974673)
Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380)**
**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CASE MANAGEMENT ORDER**

STEPHEN M. PEZZI (DC Bar #995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Phone: (202) 514-3374
Fax: (202) 616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**IT IS SO ORDERED THAT THE COURT'S SEPTEMBER 22, 2017 CASE MANAGEMENT ORDER IN THE RELATED ACTIONS IS MODIFIED AS FOLLOWS:**

1. Any filing that is applicable to all of the related actions shall be filed in the lowest-numbered action, *Regents of the University of California, et al. v. U.S. Department of Homeland Security, et al.*, No. 3:17-cv-05211-WHA.  A filing in that action shall automatically be deemed to be a filing in all of the related actions, unless denoted otherwise.  The parties may, however, file in the individual actions as well at their option.

2. The parties to the related actions agree that all written discovery requests, responses, and objections, as well as Rule 26 disclosures, shall be served by electronic mail to the following counsel:

    For Plaintiffs:

    Regents of the University of California et al.: Mark H. Lynch (mlynch@cov.com), Jeffrey M. Davidson (jdavidson@cov.com), Alexander A. Berengaut (aberengaut@cov.com), Megan A. Crowley (mcrowley@cov.com)

    States of California, Maine, Maryland, and Minnesota: James Zahradka (james.zahradka@doj.ca.gov) and Ronald Lee (ronald.lee@doj.ca.gov);

    City of San Jose: nfineman@cpmlegal.com; bdanitz@cpmlegal.com; tprevost@cpmlegal.com; pluc@cpmlegal.com.

---

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380)**
**STIPULATION AND** ~~PROPOSED~~ **ORDER REGARDING CASE MANAGEMENT ORDER**

Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn: Ethan Dettmer (edettmer@gibsondunn.com), Jesse Gabriel (jgabriel@gibsondunn.com), Katie Marquart (kmarquart@gibsondunn.com), Kelsey Helland (khelland@gibsondunn.com) and Mark Rosenbaum (mrosenbaum@publiccounsel.org).

For Defendants:  Brad Rosenberg (brad.rosenberg@usdoj.gov) and Stephen Pezzi (stephen.pezzi@usdoj.gov).

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

 September 29, 2017.
DATE