1   Jeffrey M. Davidson (SBN 248620)
    Alan Bersin (SBN 63874)
2   COVINGTON & BURLING LLP
    One Front Street, 35th Floor
3   San Francisco, CA 94111-5356
    Telephone: (415) 591-6000
4   Facsimile: (415) 591-6091
    Email: jdavidson@cov.com,
5   abersin@cov.com

6   *Attorneys for Plaintiffs The Regents of the
    University of California and Janet Napolitano, in*
7   *her official capacity as President of the University
    of California*

8

9   GIBSON, DUNN & CRUTCHER LLP
    Theodore J. Boutrous, Jr. (SBN 132099)
10  tboutrous@gibsondunn.com
    Ethan D. Dettmer (SBN 196046)
11  edettmer@gibsondunn.com
    333 South Grand Avenue
12  Los Angeles, CA 90071-3197
    Telephone: (213) 229-7000
13  Facsimile: (213) 229-7520

14

15  *Attorneys for Plaintiffs Dulce Garcia, Miriam
    Gonzalez Avila, Saul Jimenez Suarez, Viridiana
16  Chabolla Mendoza, Norma Ramirez, and Jirayut
    Latthivongskorn*

17  [*Additional Counsel Listed on Signature Page*]

Xavier Becerra
Attorney General of California
Michael L. Newman
Supervising Deputy Attorney General
James F. Zahradka II (SBN 196822)
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone: (510) 879-1247
E-mail: James.Zahradka@doj.ca.gov

*Attorneys for Plaintiff State of California*

Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Nancy L. Fineman (SBN 124870)
nfineman@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

*Attorneys for Plaintiff City of San Jose*

18

19          **UNITED STATES DISTRICT COURT
20      FOR THE NORTHERN DISTRICT OF CALIFORNIA**

21  THE REGENTS OF THE UNIVERSITY OF
    CALIFORNIA and JANET NAPOLITANO,
22  *in her official capacity as President of the
    University of California*,
23
            Plaintiffs,
24
            v.
25
    U.S. DEPARTMENT OF HOMELAND
26  SECURITY and ELAINE DUKE, *in her
    official capacity as Acting Secretary of the
27  Department of Homeland Security*,

28          Defendants.

Case No. 17-cv-05211-WHA

**PLAINTIFFS' EMERGENCY MOTION TO
SHORTEN TIME FOR BRIEFING ON
MOTION TO COMPLETE
ADMINISTRATIVE RECORD**

Judge: Honorable William Alsup

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,

Defendants.

CASE NO. 17-CV-05235-WHA

CITY OF SAN JOSE, a municipal corporation,

Plaintiff,

v.

DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA,

Defendants.

CASE NO. 17-CV-05329-WHA

DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,

Plaintiffs,

v.

UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security,

Defendants.

CASE NO. 17-CV-05380-WHA

2

1    Pursuant to Civil Local Rule 6-3, Plaintiffs move on an emergency basis to shorten the time for

2    briefing on Plaintiffs' Motion to Complete the Administrative Record in Accordance with 5 U.S.C. §

3    706 ("Motion"), filed concurrently herewith.  As set forth in Plaintiffs' Motion, the government's

4    production of the administrative record on October 6, 2017, was utterly inadequate, leaving out wide

5    swaths of crucial documents, such as internal agency communications, emails, documents from within

6    the Department of Justice, and communications from the White House.  The government wasted weeks

7    preparing a wholly deficient administrative record that contains only documents that were already

8    public.  The government further withheld documents based on assertions of privilege, without providing

9    any privilege log.  The Plaintiffs have therefore moved to compel the government to complete the

10    administrative record.  Plaintiffs' motion is not a discovery motion; because the administrative record is

11    the keystone of the APA issues in this case, the motion goes to the foundational issue of what will be

12    adjudicated.  The normal motion cycle would result in a hearing date on November 13, 2017, at the

13    earliest.  Such timing would render adjudication of this case impossible because, under the Court's case

14    management order, the Parties' motions for summary judgment, provisional relief, or to dismiss are due

15    on November 1, 2017.

16    Indeed, this November 1 deadline is just three weeks from today.  Given these exigent

17    circumstances, Plaintiffs ask that their motion be heard with extraordinary dispatch, with a briefing

18    schedule that will position the motion for hearing this week.  Plaintiffs recognize the imposition on this

19    Court's time and resources, but as the Court is well aware, the tight deadlines in this case result from

20    Defendants' decision to end the Deferred Action for Childhood Arrivals ("DACA") program

21    precipitously.  *See* Tr. of Proceedings (Sept. 21, 2017) at 23:22-23, 24:2-5 (Dkt. #52) [hereinafter

22    "09/21/17 Tr."] (the Court rejecting Defendants' proposal to have opening briefs due on December 1,

23    2017 because "[b]y then the March 5 [date for ending DACA renewals] will have come and gone"; "I

24    don't like the idea that we're fiddling while Rome burns and then suddenly the program is expired.  I

25    think we've got to have a decision well in advance of March 5 so that this can go to the Court of

26    Appeals").

27    Defendants are now attempting to squeeze the time for judicial review of DACA's rescission on

28    the front end as well.  At the September 21, 2017 hearing, Defendants said that "discovery at this point

1   would be premature and unnecessary and really inappropriate" and "will likely be a fishing expedition"

2   *Id.* at 22:3-5, 22:15-16.  Defendants also pushed for a week-long extension to file the administrative

3   record, which the Court correctly recognized was unnecessary.  *Id.* at 17:-4-18.  Defendants also

4   proposed that Plaintiffs "offer precise suggestions about what they think should be in the administrative

5   record by letter."  *Id.* at 35:21-23.  Plaintiffs proceeded to comply with Defendants' proposal in a letter

6   dated October 1, 2017.  In this letter, Plaintiffs advised Defendants that they were "required to produce

7   an administrative record that includes every document and communication considered within any

8   component of the Executive Branch as part of the process of determining whether to continue, modify,

9   or rescind" the DACA Program, as well as an accompanying privilege log.  Ex. 1 to Decl. of J. Davidson

10  in Support of Plaintiffs' Motion to Complete the Administrative Record in Accordance with 5 U.S.C. §

11  706, Letter from J. Davidson, Covington & Burling LLP, to B. Shumate & B. Rosenberg, U.S. Dep't of

12  Justice, at 1-2 (Oct. 1, 2017).  As the Court correctly predicted, Defendants chose to simply "reject the[]

13  suggestions," 09/21/17 Tr. at 35:24, producing a patently inadequate administrative record and refusing

14  to produce a privilege log.

15       Defendants' obstruction requires motion practice to be conducted with extraordinary dispatch.

16  An order to produce an adequate administrative record and privilege log entered this Friday, giving the

17  government a week to comply, would leave only 10 days before the merits briefing in this case.  That

18  timetable already gives the government some benefit from their decision to shortcut the administrative

19  record; any additional time would result in serious prejudice to the Court's ability to receive full merits

20  briefing with the benefit of an adequate administrative record.

21       Accordingly, Plaintiffs  request that the Court set an expedited briefing schedule on the Motion

22  as follows:

23       • Opposition due **Tuesday, October 10, 2017**; and

24       • Reply due **Wednesday, October 11, 2017**;

25       • Hearing this **Thursday, October 12, 2017**, or at the Court's earliest convenience.

26

27

28

1    As set forth in the accompanying Declaration of Jeffrey Davidson, Plaintiffs certify that they

2  unsuccessfully attempted to secure Defendants' agreement to the relief sought herein.[1]

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

_____

19  [1] Defendants did not agree to the schedule requested in this motion and stated as follows:  "Defendants

20  do not anticipate being able to substantively respond within 24 hours of plaintiffs' filing of their motion, as plaintiffs propose.  Among other things, defendants have a reply brief due to be filed in the DACA

21  litigation pending in the Eastern District of New York on October 10, have to appear in-person for a status conference in the Eastern District of New York on October 11, and have seven sets of objections

22  to discovery requests that are due on October 10 and/or 11 relating to the DACA litigation in that court. Moreover, because defendants have not yet even seen plaintiffs' proposed filing, they cannot commit to

23  responding within a 24-hour period, and requiring defendants to do so would be severely prejudicial. Accordingly, defendants believe that this Court should hold its hearing on plaintiffs' forthcoming

24  motion on October 19, and set the due date for defendants' opposition brief for October 16. Alternatively, at minimum, to the extent the Court holds its hearing on October 12, defendants should be

25  permitted until 5 p.m. Pacific Daylight Time on October 11 to file their opposition brief."  Ex. 2 to Decl.

26  of J. Davidson, Email #1 from B. Rosenberg to J. Davidson (Oct. 9, 2017).  Defendants later stated as follows:  "Defendants also request the opportunity to appear telephonically at the hearing, should the

27  court schedule a hearing."  Ex. 3 to Decl. of J. Davidson, Email #2 from B. Rosenberg to J. Davidson

28  (Oct. 9, 2017).

PLAINTIFFS' EMERGENCY MOTION TO  SHORTEN TIME FOR BRIEFING ON
MOTION TO COMPLETE THE ADMINISTRATIVE RECORD
Case No. 17-cv-05211-WHA

Dated:  October 9, 2017

Xavier Becerra
Attorney General of California
Michael L. Newman
Supervising Deputy Attorney General

/s/ James F. Zahradka II
James F. Zahradka II
Deputy Attorney General

1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone: (510) 879-1247

*Attorneys for Plaintiff State of California*

/s/ Julianna F. Passe
Lori Swanson
Attorney General
State of Minnesota
Julianna F. Passe (*pro hac vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
Telephone: (651) 757-1136
Email: julianna.passe@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

/s/ Susan P. Herman
Janet T. Mills
Attorney General of Maine
Susan P. Herman (*pro hac vice*)
Deputy Attorney General
6 State House Station
Augusta, Maine 04333
Telephone: (207) 626-8814
Email: susan.herman@maine.gov

*Attorneys for Plaintiff State of Maine*

COTCHETT, PITRE & McCARTHY, LLP

*/s/ Nancy L. Fineman*
Nancy L. Fineman (SBN 124870)
nfineman@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Attorneys for Plaintiff City of San Jose*

Respectfully submitted,

COVINGTON & BURLING LLP

/s/ Jeffrey M. Davidson
Jeffrey M. Davidson (SBN 248620)
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email:  jdavidson@cov.com

*Attorneys for Plaintiffs The Regents of the
University of California and Janet Napolitano,
in her official capacity as President of the
University of California*

GIBSON, DUNN & CRUTCHER LLP

/s/ Theodore J. Boutrous, Jr.

Theodore J. Boutrous, Jr., SBN 132099
tboutrous@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Ethan D. Dettmer, SBN 196046
edettmer@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Plaintiffs Dulce Garcia, Miriam
Gonzalez Avila, Saul Jimenez Suarez, Viridiana
Chabolla Mendoza, Norma Ramirez, and
Jirayut Latthivongskorn*

4

ATTESTATION

I, Jeffrey M. Davidson, hereby attest, pursuant to Civil L.R. 5-1, that I have received authorization to electronically sign and file this document from each of the persons identified in the signature block.

Dated: October 9, 2017                                    /s/ Jeffrey M. Davidson
                                                          Jeffrey M. Davidson

                                                          *Counsel for Plaintiffs The Regents of*
                                                          *the University of California and*
                                                          *Janet Napolitano, in her official*
                                                          *capacity as President of the University of*
                                                          *California*