UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UC REGENTS, ET AL.,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | Case No. 17-cv-05211-WHA |

**NOTICE OF REQUEST FOR VIDEO RECORDING**

The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case pursuant to General Order 65, as part of the Cameras in the Courtroom Pilot Project. Further information may be found at cand.uscourts.gov/cameras.

Proceeding: Motion for an Order Directing Defendants to Complete the Administrative Record.

Date of scheduled proceeding: October 16, 2017

Consent to video recording will be presumed unless a party completes the Objection to Request for Video Recording form available at cand.uscourts.gov/cameras by October 13, 2017.

Dated: 10/11/2017

Susan Y. Soong, Clerk of Court

*Susan Y. Soong*

Signature of Clerk or Deputy Clerk