| DOCID | To | FROM | CC | SUBJECT LINE | TOPIC | DOCDATE | CUSTODIAN | DHSHQ Privilege | DHSHQ Priv Descriptions |
|---|---|---|---|---|---|---|---|---|---|
| DACA_RLIT00000001 | | | | | DHS memorandum regarding executive discretion in immigration | 8/1/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy |
| DACA_RLIT00000002 | | | | | Deliberations on talking points regarding DACA | 8/11/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |
| DACA_RLIT00000003 | | | | | Deliberations on talking points regarding DACA | 8/14/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |
| DACA_RLIT00000006 | | | | | Pre-briefing document for meeting regarding status and future of DACA | 8/23/2017 | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000007 | | | | | DHS memorandum regarding OLC memo on DAPA | 8/22/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000015 | | | | | Deliberations on talking points regarding DACA | 9/5/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |
| DACA_RLIT00000025 | | | | | Notes from deliberations regarding DACA | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding rescission of DACA program |
| DACA_RLIT00000027 | | | | | Background information provided for deliberations regarding DACA | unknown | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process | Deliberations regarding DACA policy; Draft document created litigation |
| DACA_RLIT00000028 | | | | | Notes on DHS memorandum regarding immigration reform priorities and DACA | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |
| DACA_RLIT00000031 | | | | | Notes from deliberations regarding DACA policy | 9/5/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |
| DACA_RLIT00000033 | | | | | Notes from deliberations on talking points regarding DACA | 9/5/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00000034 | | | | | Deliberations on talking points regarding DACA | 9/5/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00000057 | | | | | Notes on article regarding DACA program | 8/15/2012 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |
| DACA_RLIT00000059 | | | | | DHS memorandum containing information for use in deliberations regarding DACA, immigration enforcement policy, and other matters in litigation | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy; deliberations regarding immigration enforcement policy and matters in litigation |
| DACA_RLIT00000061 | | | | | Notes on deliberations on talking points regarding DACA and other immigration enforcement priorities | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |
| DACA_RLIT00000066 | | | | | Notes on Texas v. United States decision by the Fifth Circuit | 11/25/2015 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy; Deliberations regarding rescission of DACA program |

| Bates ID | From | CC | To | Attachment | Description | Date | Custodian | Privilege | Basis |
|---|---|---|---|---|---|---|---|---|---|
| DACA_RLIT00000067 | | | | | Notes on DHS memorandum summarizing deliberations regarding rescission of DACA and how it would be implemented | 8/24/2017 | Duke, Elaine C | DP - Deliberative Process;EP - Executive Privilege | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000068 | | | | | Notes on media articles regarding DACA | multiple | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000069 | | | | | Draft White House memorandum regarding litigation related to DACA | 8/23/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process;EP - Executive Privilege | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000070 | | | | | Notes on participant list for deliberations regarding DACA | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |
| DACA_RLIT00000072 | | | | | Notes on prior statements by the President regarding DACA | 8/24/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding rescission of DACA program |
| DACA_RLIT00000073 | | | | | Notes on pre-briefing document for meeting regarding status and future of DACA | 8/23/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000074 | | | | | Notes on memorandum regarding options for DACA | unknown | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000075 | | | | | Notes on DHS memorandum discussing future of DACA | unknown | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000102 | John K. Mashburn (WH); Matthew J. Flynn (WH); Anthony M. Paranzino (WH) | Frank Wuco (DHS) | Elizabeth Neumann (DHS); Chad Wolf (DHS) | 170831 DHS Daily Cabinet Affairs Report | Email regarding Cabinet report containing deliberations on DACA | 8/31/2017 | Duke, Elaine C | DP - Deliberative Process; EP - Executive Privilege | Deliberations regarding DACA policy |

| Bates | To | From | CC | Subject | Description | Date | Custodian | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| DACA_RLIT00000103 | | | | | Cabinet report containing deliberations on DACA | 8/31/2017 | Duke, Elaine C | DP - Deliberative Process; EP - Executive Privilege | Deliberations regarding DACA policy |
| DACA_RLIT00000226 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | Memo + Outline | Email regarding draft DHS memoranda discusssing rescission of DACA and implementation | 9/3/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000227 | | | | | Draft DHS memorandum regarding rescission of DACA | 9/3/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000228 | | | | | Draft DHS memorandum regarding implementation of rescission of DACA | 9/3/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program; Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00000230 | Kevin K. McAleenan (DHS); Elaine C. Duke (DHS); Claire Grady (DHS); Gene Hamilton (DHS) | Chad Wolf (DHS) | Thomas Homan (DHS) | RE: Preparations for Pending Policy Announcement | Email discussion regarding strategies for implementing rescission of DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00000231 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | RE: Memo + Outline | Email discussions regarding rescission of DACA and talking points regarding rescission | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program; Seeking or providing legal advice regarding rescission of DACA program; Contains legal advice provided by counsel |
| DACA_RLIT00000232 | Kevin K. McAleenan (DHS); Elaine C. Duke (DHS); Claire Grady (DHS); Gene Hamilton (DHS) | Chad Wolf (DHS) | Thomas Homan (DHS) | RE: Preparations for Pending Policy Announcement | Email discussion regarding strategies for implementing rescission of DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00000234 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | RE: Calls | Email discussion of deliberations regarding rescission of DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process;PII - Personal Privacy | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000235 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | RE: Memo + Outline | Email regarding draft DHS memoranda discusssing rescission of DACA and implementation | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Deliberations regarding rescission of DACA program; Seeking or providing legal advice regarding rescission of DACA program; Contains legal advice provided by counsel |
| DACA_RLIT00000236 | | | | | Draft DHS memorandum regarding rescission of DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000237 | Elaine C. Duke (DHS); | Chad Wolf (DHS) | | RE: Draft Memo | Email discussion regarding draft memoradum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program; |
| DACA_RLIT00000238 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | Chad Wolf (DHS) | AS1 Public Statement | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000239 | | | | | Draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000240 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | RE: AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000241 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | RE: AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000242 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | Chad Wolf (DHS) | AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000243 | | | | | Draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000245 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | FW: Draft Memo | Email discussion regarding draft DHS memoradum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;PII - Personal Privacy;DP - Deliberative Process | program;Seeking or providing legal advice regarding rescission of DACA program; Contains legal advice provided by counsel |
| DACA_RLIT00000246 | | | | | Draft DHS memorandum regarding rescission of DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000247 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | DHS Press Release | Email regarding draft press release discussing DACA rescission | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000248 | | | | | Draft press release discussing DACA rescission | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000450 | John F. Kelly (WH); Kirstjen M. Nielsen (WH) | Elaine C. Duke (DHS) | Chad Wolf (DHS) | DACA | Email discussion regarding potential rescission of DACA and implementation | 8/24/2017 | Duke, Elaine C | DP - Deliberative Process;EP - Executive Privilege | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |

| Bates | From | To | CC | Subject | Description | Date | Custodian | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| DACA_RLIT00000451 | Thomas Homan (DHS) | Elaine C. Duke (DHS) | Chad Wolf (DHS); Elizabeth Neumann (DHS) | Article | Email discussion regarding information for deliberations on potential rescission of DACA | 8/24/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000513 | Chad Wolf (DHS); Jonathan Hoffman (DHS); Gene Hamilton (DHS) | Elaine C. Duke (DHS) | | For our discussions | Email discussion regarding information for deliberations on DACA | 8/9/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |
| DACA_RLIT00000695 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: Memo + Outline | Email discussion regarding draft DHS memoradum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000697 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: Memo + Outline | Email discussion regarding draft DHS memoradum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding rescission of DACA program; Contains legal advice provided |
| DACA_RLIT00000698 | Kevin McAleenan (DHS) | Elaine C. Duke (DHS) | | RE: Preparations for Pending Policy Announcement | Email discussion regarding potential rescission of DACA and implementation | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00000703 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | Calls | Email discussion on deliberations regarding DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000705 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: Draft Memo | Email discussion regarding draft DHS memoradum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding rescission of DACA program; Contains legal advice provided |
| DACA_RLIT00000706 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000707 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: AS1 Public Statement | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000708 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000709 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000711 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/5/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001249 | Elaine C. Duke (DHS); Claire Grady (DHS); Chad Wolf (DHS); Gene Hamilton (DHS) | Kevin McAleenan (DHS) | Thomas Homan (DHS) | Preparations for Pending Policy Announcement | Email discussion regarding potential rescission of DACA and implementation | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00001250 | Chad Wolf (DHS); Elaine C. Duke (DHS); Claire Grady (DHS); Gene Hamilton (DHS) | Kevin McAleenan (DHS) | Thomas Homan (DHS) | RE: Preparations for Pending Policy Announcement | Email discussion regarding potential rescission of DACA and implementation | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00001372 | Kevin McAleenan (DHS); Elaine C. Duke (DHS); Claire Grady (DHS); Chad Wolf (DHS); Gene Hamilton (DHS) | Thomas Homan (DHS) | | RE: Preparations for Pending Policy Announcement | Email discussion regarding potential rescission of DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00001396 | Elaine C. Duke (DHS); Chad Wolf (DHS); Joseph Maher (DHS); Dimple Shah (DHS) | Gene Hamilton (DHS) | | **CLOSE HOLD** | Email discussion regarding draft letter discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process; EP - Executive Privilege | Deliberations regarding rescission of DACA program; Contains legal advice provided by counsel and information from Executive review |
| DACA_RLIT00001397 | | | | | Draft letter discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process | Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding rescission of DACA program; Contains legal advice provided by counsel |
| DACA_RLIT00001399 | Elaine C. Duke (DHS); Chad Wolf (DHS) | Gene Hamilton (DHS) | | Draft Memo | Email discussion regarding draft DHS memoradum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001400 | | | | | Draft DHS memorandum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001586 | Nancy Clark (DHS) | Nancy Clark (DHS) | | SIGNIFICANT CORRESPONDENCE REPORT: 08.02.17 | Internal email summarizing correspondence from Rep. Lewis regarding DACA | 8/2/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |

| Bates ID | Description | Date | Custodian | Privilege | Privilege Basis |
|---|---|---|---|---|---|
| DACA_RLIT00001873 | Notes on DHS memorandum summarizing deliberations regarding rescission of DACA and how it would be implemented | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |
| DACA_RLIT00001874 | Notes on DHS memorandum regarding OLC memo on DAPA | unknown | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00001875 | Notes on pre-briefing document for meeting regarding status and future of DACA | 8/23/2017 | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00001876 | Draft White House memorandum regarding litigation related to DACA | 8/24/2017 | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process;EP - Executive Privilege | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00001877 | Notes on CNN article discussing DACA | 8/29/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001878 | Notes on Washington Post article discussing DACA | 9/2/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001879 | Notes on DHS memorandum regarding potential rescission of DACA and implementation | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |

| Bates | | | | | Description | Date | Custodian | Privilege | Basis |
|---|---|---|---|---|---|---|---|---|---|
| DACA_RLIT00001880 | | | | | Notes on DHS memorandum regarding OLC memo on DAPA | unknown | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy |
| DACA_RLIT00001881 | | | | | Notes on CNN article discussing DACA | 9/1/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001882 | | | | | Notes on media articles regarding DACA | 8/24/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001883 | | | | | Notes on Politico article discussing DACA | 8/24/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001885 | | | | | Notes on 2014 OLC memo to the Secretary of DHS and counsel to the President regarding prioritization of removal | 11/19/2014 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001887 | | | | | Notes from deliberations regarding DACA rescission | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |
| DACA_RLIT00001888 | | | | | Notes from deliberations regarding DACA rescission | 9/1/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding implementation of DACA; rescission;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00001889 | | | | | Notes on draft memorandum regarding rescission of DACA and implementation | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |
| DACA_RLIT00001890 | | | | | Notes from deliberations regarding DACA rescission | 8/30/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00001891 | | | | | Notes on media articles regarding DACA | multiple | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |