IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | No. C 17-05211 WHA<br>No. C 17-05235 WHA<br>No. C 17-05329 WHA<br>No. C 17-05380 WHA<br><br>**ORDER TO COMPILE SUPPLEMENT FORTHWITH** |

In light of the March 5 expiration of DACA and in order to keep this group of cases on track and to avoid delay due to tardy compliance with yesterday's order, defendants shall immediately begin compiling the supplemental materials ordered yesterday for the administrative record and shall have the full supplement ready by the due date of **OCTOBER 27**.

Defendants shall do so regardless of whether or not they may seek a writ of mandate. Even if defendants seek relief from the court of appeals, that court may wish to review *in camera* the supplemental materials, or if that court orders supplementation in full or partial compliance with yesterday's order, the supplemental materials will be ready to use.

This will avoid unnecessary delay. The Court implores government counsel to remain on top of this process.

**IT IS SO ORDERED.**

Dated: October 18, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE