CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
BRETT A. SHUMATE
Deputy Assistant Attorney General
JOHN. R. TYLER
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
KATE BAILEY (MD. Bar #1601270001)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | No. 3:17-cv-05211-WHA<br>No. 3:17-cv-05235-WHA<br>No. 3:17-cv-05329-WHA<br>No. 3:17-cv-05380-WHA<br>No. 3:17-cv-05813-WHA<br><br>**STIPULATION RE:  BRIEFING SCHEDULE RE:  DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF PETITION FOR WRIT OF MANDAMUS** |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION RE:  BRIEFING SCHEDULE RE:  MOTION FOR STAY RE:  MANDAMUS**

## **STIPULATION REGARDING BRIEFING SCHEDULE**

The parties agree, subject to the Court's approval, to modify the briefing schedule for Defendants' Motion to Stay All Proceedings Pending Resolution of Petition for Writ of Mandamus. In support thereof, the parties state as follows:

1. The United States intends to file a petition for a writ of mandamus in the United States Court of Appeals for the Ninth Circuit requesting that the Court of Appeals direct this Court to vacate its Order issued on October 17, 2017, ECF No. 79, and to stay discovery and further proceedings concerning the composition of the administrative record pending a ruling on Defendants' forthcoming motion to dismiss. Defendants will apply for a writ of mandamus no later than Friday, October 20, 2017.[1]

2. On October 18, 2017, Defendants filed a motion to stay all proceedings in the related DACA cases pending resolution of their forthcoming petition for a writ of mandamus.

3. In order to expedite the briefing schedule on Defendants' motion to stay, the parties have agreed to the following schedule:

    a. Defendants' motion and any supporting papers shall be filed by 9:00 p.m. on October 18, 2017;

    b. Plaintiffs agree to file their opposition and any supporting papers by 5:00 p.m. on October 19, 2017; and

    c. The parties have agreed to forego a hearing on Defendants' motion to stay. If, however, the Court wishes to hold a hearing, it will be noticed for Friday, October 20, at 2:00 p.m., or as soon thereafter as counsel may be heard.[2]

---

[1] All dates and times in this Stipulation refer to the local time for this Court (Pacific Daylight Time).

[2] If the Court schedules a hearing, undersigned counsel for the Defendants requests that it take place no sooner than 2:00 p.m. on Friday, October 20, in order to allow counsel, who is based in Washington, DC, to make appropriate travel arrangements. Alternatively, undersigned counsel for defendants requests the ability to appear telephonically.

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION RE: BRIEFING SCHEDULE RE: MOTION FOR STAY RE: MANDAMUS**

4. Undersigned counsel for plaintiff State of California has conferred with other plaintiffs' counsel in the related DACA cases, who have authorized him to file this stipulation on behalf of all plaintiffs.

IT IS SO STIPULATED THIS 18TH DAY OF OCTOBER, 2017

      XAVIER BECERRA
      Attorney General of California

      */s/ James F. Zahradka II*
      JAMES F. ZAHRADKA II
      Deputy Attorney General
      *Attorneys for Plaintiff State of California*

      CHAD A. READLER
      Acting Assistant Attorney General

      BRIAN STRETCH
      United States Attorney

      BRETT A. SHUMATE
      Deputy Assistant Attorney General

      JOHN R. TYLER
      Assistant Branch Director

      */s/ Brad P. Rosenberg*
      BRAD P. ROSENBERG (DC Bar #467513)
      Senior Trial Counsel
      STEPHEN M. PEZZI (DC Bar #995500)
      KATE BAILEY (MD. Bar #1601270001)
      Trial Attorneys
      United States Department of Justice
      Civil Division, Federal Programs Branch
      20 Massachusetts Avenue N.W.
      Washington, DC  20530
      Phone: (202) 514-3374
      Fax: (202) 616-8460
      Email: brad.rosenberg@usdoj.gov

      *Attorneys for Defendants*

**IT IS SO ORDERED THAT THE FOLLOWING BRIEFING SCHEDULE IS ADOPTED:**

For Defendants' Motion to Stay All Proceedings Pending Resolution of Petition for Writ of Mandamus, the following briefing schedule is adopted:

      a. Defendants' motion and any supporting papers shall be filed by 9:00 p.m. on October 18, 2017; and

      b. Plaintiffs' opposition and any supporting papers shall be filed by 5:00 p.m. on October 19, 2017.

The Court will decide the motion on the parties' written submissions.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

_____
DATE

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION RE:  BRIEFING SCHEDULE RE:  MOTION FOR STAY RE:  MANDAMUS**

**DECLARATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), the undersigned filer declares that concurrence in the filing of this document has been obtained from the other signatories to this document.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of October, 2017.

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG (D.C. Bar #467513)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Phone: (202) 514-3374
Fax: (202) 616-8460
Email: brad.rosenberg@usdoj.gov

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION RE:  BRIEFING SCHEDULE RE:  MOTION FOR STAY RE:  MANDAMUS**