IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>　　　　　Defendants. | No. C 17-05211 WHA<br>No. C 17-05235 WHA<br>No. C 17-05329 WHA<br>No. C 17-05380 WHA<br>No. C 17-05813 WHA<br><br>**ANSWER BY DISTRICT COURT TO PETITION FOR WRIT OF MANDAMUS** |

　　　The district court thanks our court of appeals for the invitation to answer the petition. Time is of the essence because of the March 5 date set by the Department of Homeland Security to end DACA. All agreed on a schedule for all motions, all to be heard in time to decide and to present the case to the appellate court before the end date. All agreed that the administrative record would be filed but the version eventually filed had shortfalls, so federal defendants were ordered to complete the record, an order that evidently provoked the instant mandamus effort. The district court is of the view that a stay of all proceedings would be unwise in light of the termination date of March 5 and the need to adjudicate the case before that deadline. If the

court of appeals nevertheless imposes a stay, then the district court asks that consideration be given to exempting motions for provisional relief.

Dated: October 23, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

court of appeals nevertheless imposes a stay, then the district court asks that consideration be given to exempting motions for provisional relief.

Dated: October 23, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE