Jeffrey M. Davidson (SBN 248620)
Alan Bersin (SBN 63874)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: jdavidson@cov.com,
abersin@cov.com
*Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Supervising Deputy Attorney General
JAMES F. ZAHRADKA II (SBN 196822)
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1247
E-mail: James.Zahradka@doj.ca.gov
*Attorneys for Plaintiff STATE OF CALIFORNIA*

THEODORE J. BOUTROUS, JR. (SBN 132099)
ETHAN D. DETTMER (SBN 196046)
JESSE S. GABRIEL (SBN 263137)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: tboutrous@gibsondunn.com,
edettmer@gibsondunn.com;
jgabriel@gibsondunn.com
*Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Menodza, Norma Ramirez, and Jirayut Latthivongskorn*

JOSEPH W. COTCHETT (SBN 36324)
NANCY L. FINEMAN (SBN 124870)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: nfineman@cpmlegal.com
*Attorneys for Plaintiff City of San Jose*

JONATHAN WEISSGLASS (SBN 185008)
STACEY M. LEYTON (SBN 203827)
ERIC P. BROWN (SBN 284245)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 9108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jweissglass@altber.com
*Attorneys for Plaintiffs County of Santa Clara and Service Employees International Union Local 521*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | CASE NO. 17-CV-05211-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING** |

---

**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING;
ALL DACA CASES (NOS. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 17-CV-05235-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING** |
| CITY OF SAN JOSE, a municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 17-CV-05329-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING** |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security,<br><br>Defendants. | CASE NO. 17-CV-05380-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING** |

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING;
ALL DACA CASES (NOS. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**

| | |
|---|---|
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, JEFFERSON BEAUREGARD SESSIONS, in his official capacity as Attorney General of the United States; ELAINE C. DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security; and the U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | CASE NO. 17-CV-05813-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING** |

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING;
ALL DACA CASES (NOS. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**

Plaintiffs The Regents of the University of California, Janet Napolitano, in her official capacity as President of the University of California, the States of California, Maine, Maryland, and Minnesota, Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, Jirayut Latthivongskorn, City of San Jose, County of Santa Clara and Service Employees International Union Local 521, and Defendants United States Department of Homeland Security, Acting Secretary of Homeland Security Elaine Duke in her official capacity, United States of America, President Donald J. Trump in his official capacity, and Attorney General Jefferson Beauregard Sessions in his official capacity in each of the five above referenced cases stipulate as follows:

WHEREAS each party expects that there will be persons and entities who wish to file an amicus brief supporting one side or the other in the motions to be filed on November 1, 2017 and that some of the amici will be filing joint briefs;

WHEREAS the Court has limited the amicus briefs to fifteen (15) pages, which would include the identity and interest of the amici;

WHEREAS it benefits the Court, the parties, and the public to have a procedure in place before the amicus briefs are due to govern the filing of the amicus briefs;

THEREFORE, the parties suggest that the Court adopt the following procedure for persons wishing to file an amicus brief:

Each person who wishes to file an amicus brief shall:

- File an administrative motion for leave to file an amicus brief, including as an attachment the amicus brief;
- File all administrative motions and attached amicus briefs on the same day as the brief it supports;
- Include in the administrative motion for leave: (A) a concise statement of the identity of the amicus curiae; (B) the movant's interest; and (C) the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the issues before the Court;

Law Offices
COTCHETT, PITRE & MCCARTHY, LLP

**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING;
ALL DACA CASES (NOS. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
1

- Not file a proposed amicus brief in excess of fifteen (15) pages in length and the amici may not submit evidentiary material, so their briefs should include everything within their 15 pages;

- File all documents electronically through the court's Electronic Case Filing system. That will require any attorneys signing the motions and briefs to be or become ECF Users and be assigned user IDs and passwords for access to the system. Forms and instructions can be found on the Court's website at ecf.cand.uscourts.gov.

- Attorneys admitted to practice and in good standing in any United States District Court are authorized to file a motion for leave to file an amicus brief and the attached amicus brief. An application to appear by pro hac vice for this limited purpose is not required and the requirements of Northern District of California Local Rule 11-3 are waived, including assistance of local counsel.

- The Court will take the administrative motions for leave under submission and, if granted, may consider the briefs. Amici curiae will not be allowed to address the Court during the oral argument on the motions, absent further order from the Court.

**IT IS SO STIPULATED.**

Dated:  October 25, 2017                    COTCHETT, PITRE & McCARTHY, LLP

                                            OFFICE OF THE CITY ATTORNEY
                                            RICHARD DOYLE
                                            NORA FRIMANN

                                            /s/ Nancy L. Fineman
                                            NANCY L. FINEMAN

                                            Attorneys for Plaintiff City of San Jose


Dated:  October 25, 2017                    COVINGTON & BURLING LLP

                                            /s/ Jeffrey M. Davidson
                                            JEFFREY M. DAVIDSON
                                            Attorneys for Plaintiffs The Regents of the
                                            University of California and Janet Napolitano,
                                            in her official capacity as President of the
                                            University of California

---

**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING;
ALL DACA CASES (NOS. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**

2

| | |
|---|---|
| Dated:  October 25, 2017 | XAVIER BECERRA<br>Attorney General of California<br><br>/s/ James F. Zahradka II<br>JAMES F. ZAHRADKA II<br>Deputy Attorney General<br>Attorneys for Plaintiff State of California |
| Dated:  October 25, 2017 | JANET T. MILLS<br>Attorney General of Maine<br><br>/s/ Susan P. Herman<br>SUSAN P. HERMAN<br>Deputy Attorney General<br>Attorneys for Plaintiff State of Maine |
| Dated:  October 25, 2017 | BRIAN E. FROSH<br>Attorney General of Maryland<br><br>/s/ Steven M. Sullivan<br>STEVEN M. SULLIVAN<br>Solicitor General<br>Attorneys for Plaintiff State of Maryland |
| Dated:  October 25, 2017 | LORI SWANSON<br>Attorney General<br>State of Minnesota<br><br>/s/ Julianna F. Passe<br>JULIANNA F. PASSE<br>Assistant Attorney General<br>Attorneys for Plaintiff State of Minnesota |
| Dated:  October 25, 2017 | GIBSON, DUNN & CRUTCHER LLP<br><br>/s/ Ethan Dettmer<br>ETHAN DETTMER<br>Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn |
| Dated:  October 25, 2017 | ALTSHULER BERZON LLP<br><br>/s/ Jonathan Weissglass<br>JONATHAN WEISSGLASS<br>Attorneys for Plaintiffs County of Santa Clara and Service Employees International Union Local 521 |

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING;
ALL DACA CASES (NOS. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
3

| | |
|---|---|
| Dated: October 25, 2017 | OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF SANTA CLARA<br><br>/s/ James R. Williams<br>JAMES R. WILLIAMS<br>Attorneys for Plaintiff County of Santa Clara |
| Dated: October 25, 2017 | U.S. DEPARTMENT OF JUSTICE<br>CHAD A. READLER<br>Acting Assistant Attorney General<br>BRIAN J. STRETCH<br>Unites States Attorney<br>JENNIFER D. RICKETTS<br>Director, Federal Programs Branch<br>JOHN R. TYLER<br>Assistant Director, Federal Programs Branch<br><br>/s/ Brad P. Rosenberg<br>BRAD P. ROSENBERG<br>Senior Trial Counsel<br>Attorneys for Defendants |

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other Signatories.

| | |
|---|---|
| Dated: October 25, 2017 | /s/ Nancy L. Fineman<br>Nancy L. Fineman |

Law Offices
COTCHETT, PITRE & MCCARTHY, LLP

**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING;
ALL DACA CASES (NOS. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
4

**[PROPOSED] ORDER**

**IT IS SO ORDERED that the procedure set forth above regarding the filing of amicus briefs shall be followed by any person wishing to submit an amicus brief for the motions to be filed on November 1, 2017.**

Dated: October __, 2017

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS BRIEFING;
ALL DACA CASES (NOS. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
5