Jeffrey M. Davidson (SBN 248620)
Alan Bersin (SBN 63874)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: jdavidson@cov.com,
abersin@cov.com
*Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr. (SBN 132099)
Ethan D. Dettmer (SBN 196046)
Jesse S. Gabriel (SBN 263137)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: tboutrous@gibsondunn.com,
edettmer@gibsondunn.com,
jgabriel@gibsondunn.com
*Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn*

Xavier Becerra
Attorney General of California
Michael L. Newman
Supervising Deputy Attorney General
James F. Zahradka II (SBN 196822)
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1247
E-mail: James.Zahradka@doj.ca.gov
*Attorneys for Plaintiff State of California*

Joseph W. Cotchett (SBN 36324)
Nancy L. Fineman (SBN 124870)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: nfineman@cpmlegal.com
*Attorneys for Plaintiff City of San Jose*

Jonathan Weissglass (SBN 185008)
Stacey M. Leyton (SBN 203827)
Eric P. Brown (SBN 284245)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jweissglass@altber.com
*Attorneys for Plaintiffs County of Santa Clara and Service Employees International Union Local 521*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, *in her official capacity as President of the University of California*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*,<br><br>Defendants. | CASE NO. 17-CV-05211-WHA<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO AMEND PAGE LIMITS IN CONNECTION WITH MOTION FOR PROVISIONAL RELIEF**<br><br>Judge: Honorable William Alsup |

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*, and the UNITED STATES OF AMERICA,<br><br>        Defendants. | CASE NO. 17-CV-05235-WHA |
| CITY OF SAN JOSE, *a municipal corporation*,<br><br>        Plaintiff,<br><br>        v.<br><br>DONALD J. TRUMP, *President of the United States, in his official capacity*, ELAINE C. DUKE, *in her official capacity*, and the UNITED STATES OF AMERICA,<br><br>        Defendants. | CASE NO. 17-CV-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, *in his official capacity as President of the United State*s, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, *in her official capacity as Acting Secretary of Homeland Security*,<br><br>        Defendants. | CASE NO. 17-CV-05380-WHA |

| | |
|---|---|
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*; JEFFERSON BEAUREGARD SESSIONS, *in his official capacity as Attorney General of the United States*; ELAINE DUKE, *in her official capacity as Acting Secretary of Homeland Security*; and U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | CASE NO. 17-CV-05813-WHA |

Having considered Plaintiffs' Unopposed Administrative Motion To Amend Page Limits In Connection With Motion For Provisional Relief, brought pursuant to Civil L.R. 7-11 ("Plaintiffs' Motion"),

IT IS HEREBY ORDERED THAT:

1) Plaintiffs' Motion is hereby granted;
2) The page limit for Plaintiffs' joint briefing in support of their motion for provisional relief, which will focus on their APA theories only, will be 40 pages, exclusive of a table of contents, table of authorities, signature blocks, exhibits, and declarations.
3) The page limit for Defendants' briefing in opposition to the motion for provisional relief will be 40 pages, exclusive of a table of contents, table of authorities, signature blocks, exhibits, and declarations.

**SO ORDERED**, this 27 day of October, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE