**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, *in her official capacity as President of the University of California*, | |
| Plaintiffs, | |
| v. | CASE NO. 17-CV-05211-WHA |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF** |
| Defendants. | |
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA, | CASE NO. 17-CV-05235-WHA |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*, and the UNITED STATES OF AMERICA, | |
| Defendants. | |
| CITY OF SAN JOSE, a municipal corporation, | CASE NO. 17-CV-05329-WHA |
| Plaintiff, | |
| v. | |
| DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA, | |
| Defendants. | |

DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,

Plaintiffs,

v.

UNITED STATES OF AMERICA, DONALD J. TRUMP, *in his official capacity as President of the United State*s, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, *in her official capacity as Acting Secretary of Homeland Security*,

Defendants.

CASE NO. 17-CV-05380-WHA

COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,

Plaintiffs,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*; JEFFERSON BEAUREGARD SESSIONS, *in his official capacity as Attorney General of the United States*; ELAINE DUKE, *in her official capacity as Acting Secretary of Homeland Security*; and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

CASE NO. 17-CV-05813-WHA

1        Having considered Plaintiffs' Motion For Provisional Relief, ECF No. ___ ("Plaintiffs'

2   Motion"), IT IS HEREBY ORDERED THAT:

3        1)   Plaintiffs have demonstrated that (a) they are likely to succeed on the merits of their

4             claim under the Administrative Procedure Act that the September 5, 2017 memorandum

5             rescinding the Deferred Action for Childhood Arrivals ("DACA") program ("the

6             Rescission") should be set aside, (b) the Rescission is causing and will cause irreparable

7             harm absent provisional relief, and (c) the balance of equities and the public interest

8             weigh heavily in favor of provisional relief in the form of returning to the status quo

9             existing prior to the Rescission.  Plaintiffs' Motion is therefore granted.

10       2)   Defendants are enjoined from implementing the Rescission, or any portion thereof.

11       3)   Defendants are directed to immediately return the administration of the DACA program

12            to the state of its existence prior to the Rescission, using the same means, methods and

13            policies for considering and granting deferred action requests and requests for advance

14            parole as were utilized before the Rescission, including without limitation:

15               a.   restoration of eligibility for initial requests for deferred action and associated

16                    employment authorization;

17               b.   restoration of eligibility for renewals for deferred action and associated

18                    employment authorization;

19               c.   restoration of eligibility for requests for advance parole; and

20               d.   restoration of its policies relating to the use of information provided by DACA

21                    applicants and their employers.

22

23   **SO ORDERED**, this __ day of _____, 2017.

24

25                                         _____

26                                         Honorable William H. Alsup
                                           United States District Judge

27

28