ALICE O'BRIEN, Bar No. 180208
EMMA LEHENY, Bar No. 196167
NATIONAL EDUCATION ASSOCIATION
1201 16th Street, N.W.
Washington, D.C. 20036
Telephone (202) 822-7035
Fax (202) 822-7033
E-Mail: ELeheny@nea.org

*Attorneys for Amicus Curiae National Education Association*

*Complete list of parties and counsel may be found on the signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants,<br><br>And Related Cases. | No. 17-cv-05211-WHA<br>No. 17-cv-05235-WHA<br>No. 17-cv-05329-WHA<br>No. 17-cv-05380-WHA<br>No. 17-cv-05813-WHA<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF K-12 SCHOOL DISTRICTS AND EDUCATION ASSOCIATIONS AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

ADMINISTRATIVE MOTION FOR LEAVE TO
FILE BRIEF OF K-12 SCHOOL DISTRICTS AND
EDUCATION ASSOCIATIONS AS AMICUS CURIAE
Case Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813

# INTRODUCTION

Joining together to file this brief are eight of California's largest K-12 school districts, and state and national organizations representing K-12 educators, school administrators, and governing boards. This group, K-12 Education Amici, respectfully moves for leave to file an amicus curiae brief in support of Plaintiffs' motion for preliminary injunction. Pursuant to the Court's October 25, 2017 Stipulation and Order Regarding Amicus Briefing, K-12 Education Amici file this administrative motion for leave to file their amicus curiae brief. A copy of the proposed brief is attached as Exhibit 1 to this motion. Plaintiffs have consented to the filing of this motion and the accompanying amicus brief. Defendants take no position on the filing of this motion and the accompanying amicus brief.

# IDENTITY AND INTEREST OF AMICI CURIAE

The arbitrary rescission of the DACA program, to take effect March 6, 2018, will do nothing less than traumatize the children of California's public schools. Over 242,000 Californians who currently hold DACA and have met every expectation set by the program will lose ties to home, community, family, and school. The trauma will not be felt by them in isolation. Their siblings, classmates, teachers, friends, and communities will suffer with them. Employees and members of undersigned Amici are the counselors, principals, teachers, superintendents, paraprofessionals, aides, and nurses who staff our K-12 schools. Their purpose is to care for our students, regardless of immigration status. It is that shared purpose, that constitutional duty, which brings them together before this Court with urgency. Amici's education professionals know well the value of contributions made by DACA recipients and so too the harm that will be worked by DACA's termination.

K-12 Education Amici are:

**Association of California School Administrators** serves more than 18,000 California school administrators, including many who work at K-12 schools with DACA staff and students.

ADMINISTRATIVE MOTION FOR LEAVE TO
FILE BRIEF OF K-12 SCHOOL DISTRICTS AND
EDUCATION ASSOCIATIONS AS AMICUS CURIAE
Case Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813

1

**Berkeley Unified School District** enrolls over 9,000 K-12 students. Berkeley immediately neighbors the metro area of San Francisco, Oakland, and Hayward, which has the ninth most DACA recipients in the nation, approximately 15,500.[1]

**California Faculty Association** represents 28,000 faculty employed by California State University. An affiliate of Amici CTA and NEA, CFA represents DACA members. 88% of CSU students taught by CFA members are graduates of California K-12 public schools.

**California Federation of Teachers** is the state affiliate of the American Federation of Teachers in California. Through its 135 affiliates, CFT represents more than 120,000 teachers, faculty, librarians, nurses, counselors and classified employees working in California's public schools, private schools, community colleges and the University of California system. DACA recipients are among the membership of CFT and the students they serve.

**California School Boards Association** represents the elected officials who govern public school districts and county offices of education in nearly 1,000 educational agencies throughout California. CSBA is dedicated to serving all students in California's K-12 schools, including the roughly 300,000 students who are undocumented.

**California Teachers Association** represents 325,000 education employees who work in California's more than 1,000 public school districts. DACA recipients are among the membership of CTA and the students they serve. CTA is the California state affiliate of Amicus National Education Association.

**Los Angeles County Board of Education** works with the Los Angeles County Superintendent of Schools at the Los Angeles County Office of Education (LACOE) to provide certain services, and to promote inclusive policies protecting the educational rights of all students, including DACA recipients. Los Angeles County boundaries substantially overlap with the metro area that has the most DACA recipients in the country, close to 90,000.

---

[1] DACA population data is from the U.S. Citizenship & Immigration Services, *Approximate Active DACA Recipients: Leading Core Based Statistical Areas*, p. 8 (Sept. 4, 2017), *available at* https://www.uscis.gov/sites/default/files/USCIS/Resources/Reports%20and%20Studies/Immigration%20Forms%20Data/All%20Form%20Types/DACA/daca_population_data.pdf.

FILE BRIEF OF K-12 SCHOOL DISTRICTS AND
EDUCATION ASSOCIATIONS AS AMICUS CURIAE
Case Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813                    2

1  **Los Angeles County Superintendent of Schools** oversees LACOE and the 80 public school districts and two million students it supports in the nation's most populous county. Among the responsibilities of the Superintendent is the provision of services to educate teachers. Los Angeles County boundaries substantially overlap with the metro area that has the most DACA recipients in the country, close to 90,000.

**Los Angeles Unified School District** is the second-largest public school district in the nation, enrolling more than 640,000 K-12 students. LAUSD boundaries substantially overlap with the metro area that has the most DACA recipients in the country, close to 90,000.

**Moreno Valley Unified School District** enrolls over 34,000 K-12 students. Moreno Valley immediately neighbors the metro area of Riverside, San Bernardino, and Ontario, which has the sixth most DACA recipients in the nation, over 22,000.

**National Education Association** represents three million education employees, including teachers, counselors, nurses, and support professionals in California and throughout the country. The DACA recipients who belong to Amici CFA and CTA are also members of NEA.

**Oakland Unified School District** enrolls nearly 50,000 K-12 students. Oakland is in the metro area with the ninth most DACA residents in the country. Together with San Francisco and Hayward, Oakland is home to approximately 15,500 DACA recipients.

**Sacramento City Unified School District** enrolls nearly 50,000 K-12 students. The greater Sacramento area is ranked 22nd in the nation with the most DACA recipients, close to 6,000.

**San Diego Unified School District** enrolls almost 130,000 K-12 students. San Diego and neighboring Carlsbad are ranked 12th in the nation in the number of DACA residents, with more than 11,300.

**West Contra Costa Unified School District** is based in Richmond and includes surrounding cities. WCCUSD serves more than 32,000 K-12 students and sits just north of the Oakland-San Francisco-Hayward metro area that is home to more than 15,000 DACA recipients.

ADMINISTRATIVE MOTION FOR LEAVE TO
FILE BRIEF OF K-12 SCHOOL DISTRICTS AND
EDUCATION ASSOCIATIONS AS AMICUS CURIAE
Case Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813

3

**REASONS WHY THE MOTION SHOULD BE GRANTED**

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir.1982), abrogation on other grounds recognized by *Rainwater v. McGinness*, 559 Fed. App'x 635, 635 (9th Cir. 2014). "District courts frequently welcome amicus briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (internal citation omitted).

The Court should exercise its discretion and permit K-12 Education Amici to file the attached amicus brief. K-12 Education Amici's brief fills "the classic role of amicus curiae by assisting in a case of general public interest[] [and] supplementing the efforts of counsel[.]" *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). K-12 Education Amici's brief focuses on the impact of DACA's rescission on the education system by drawing upon Amici's knowledge of California's public schools, students, and employees. The educators, graduates, and administrators who contributed to this brief present unique information for the Court's consideration.

**CONCLUSION**

For the foregoing reasons, K-12 Education Amici respectfully request that the Court grant it leave to file the amicus brief attached as Exhibit 1.

Dated: November 1, 2017            Respectfully submitted,

By:    /s/ Emma Leheny
Emma Leheny (196167)
Alice O'Brien (180208)
National Education Association
1201 16th Street, N.W.
Washington, D.C. 20036
Tel: (202) 822-7035
Fax: (202) 822-7033
eleheny@nea.org
aobrien@nea.org

*Attorneys for National Education Association*

ADMINISTRATIVE MOTION FOR LEAVE TO         4
FILE BRIEF OF K-12 SCHOOL DISTRICTS AND
EDUCATION ASSOCIATIONS AS AMICUS CURIAE
Case Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813

Abhas Hajela (173155)
Capitol Advisors Group, LLC
925 L Street, Suite 1200
Sacramento, CA 95814
Tel: (916) 719-9438
Fax: (916) 443-7468
abe@capitoladvisors.org

*Attorney for Association of California School Administrators*

Andra M. Donovan (177792)
San Diego Unified School District
4100 Normal Street, Room 2148
San Diego, CA 92103
Tel: (619) 725-5630
Fax: (619) 725-5639
adonovan@sandi.net

*Attorney for Berkeley Unified School District, Moreno Valley Unified School District, San Diego Unified School District, and West Contra Costa Unified School District*

Kathryn M. Sheffield (218407)
California Faculty Association
980 9th Street, Suite 2250
Sacramento, CA 95814
Tel: (916) 441-4848
Fax: (916) 441-3513
ksheffield@calfac.org

*Attorney for California Faculty Association*

Glenn Rothner (67353)
Rothner, Segall & Greenstone
510 South Marengo Avenue
Pasadena, CA 91101
Tel: (626) 796-7555
Fax: (626) 577-0124
grothner@rsglabor.com

*Attorney for California Federation of Teachers*

Elaine M. Yama-Garcia (182210)
D. Michael Ambrose (274952)
California School Boards Association
Education Legal Alliance
3251 Beacon Boulevard

ADMINISTRATIVE MOTION FOR LEAVE TO
FILE BRIEF OF K-12 SCHOOL DISTRICTS AND
EDUCATION ASSOCIATIONS AS AMICUS CURIAE
Case Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813

5

Sacramento, CA 95691
Tel: (800) 266-3382
Fax: (916) 374-3407
eyama-garcia@csba.org
mambrose@csba.org

*Attorneys for California School Boards Association*

Laura P. Juran (199978)
Jean Shin (228423)
California Teachers Association
1705 Murchison Drive,
Burlingame, CA 94010
Tel: (650) 552-5440
Fax: (650) 552-5019
ljuran@cta.org
jshin@cta.org

*Attorneys for California Teachers Association*

Vibiana M. Andrade (98333)
Los Angeles County Office of Education
9300 Imperial Highway
Downey, CA  90242
Tel: (562) 922-6123
Fax: (562) 469-4334
andrade_vibiana@lacoe.edu

*Attorney for Los Angeles County Superintendent of Schools and Los Angeles County Board of Education*

David Holmquist (179872)
Devora Navera Reed (188675)
Los Angeles Unified School District
333 South Beaudry Avenue, 20th Floor
Los Angeles, CA 90017
Tel: (213) 241-7600
Fax: (213) 241-8444
dholmquist@lausd.net
devora.naverareed@lausd.net

*Attorneys for Los Angeles Unified School District*

Michael L. Smith (217751)
Oakland Unified School District
1000 Broadway, Suite 680
Oakland, CA 94607
Tel: (510) 879-8696

ADMINISTRATIVE MOTION FOR LEAVE TO
FILE BRIEF OF K-12 SCHOOL DISTRICTS AND
EDUCATION ASSOCIATIONS AS AMICUS CURIAE
Case Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813

6

Fax: (510) 879-4046
mike.smith@ousd.org

*Attorney for Oakland Unified School District*

Raoul Bozio (212073)
Sacramento City Unified School District
5735 47th Avenue
Sacramento, CA 95824
Tel: (916) 643-9097
Fax: (916) 399-2020
Raoul-bozio@scusd.edu

*Attorney for Sacramento City Unified School District*

ADMINISTRATIVE MOTION FOR LEAVE TO
FILE BRIEF OF K-12 SCHOOL DISTRICTS AND
EDUCATION ASSOCIATIONS AS AMICUS CURIAE
Case Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813

7

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

By:     /s/ Emma Leheny
        Emma Leheny (196167)

ADMINISTRATIVE MOTION FOR LEAVE TO
FILE BRIEF OF K-12 SCHOOL DISTRICTS AND
EDUCATION ASSOCIATIONS AS AMICUS CURIAE
Case Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813

8