Jeffrey M. Davidson (SBN 248620)
Alan Bersin (SBN 63874)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: jdavidson@cov.com,
abersin@cov.com

*Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr. (SBN 132099)
Ethan D. Dettmer (SBN 196046)
Jesse S. Gabriel (SBN 263137)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: tboutrous@gibsondunn.com,
edettmer@gibsondunn.com,
jgabriel@gibsondunn.com

*Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn*

[*Additional Counsel Listed on Signature Page*]

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Supervising Deputy Attorney General
JAMES F. ZAHRADKA II (SBN 196822)
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone: (510) 879-1247
E-mail: James.Zahradka@doj.ca.gov

*Attorneys for Plaintiff State of California*

Joseph W. Cotchett (SBN 36324)
Nancy L. Fineman (SBN 124870)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: nfineman@cpmlegal.com

*Attorneys for Plaintiff City of San Jose*

Jonathan Weissglass (SBN 185008)
Stacey M. Leyton (SBN 203827)
Eric P. Brown (SBN 284245)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jweissglass@altber.com

*Attorneys for Plaintiffs County of Santa Clara and Service Employees International Union Local 521*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | CASE NO. 17-CV-05211-WHA<br><br>**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF** |

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>             Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>             Defendants. | CASE NO. 17-CV-05235-WHA |
| CITY OF SAN JOSE, a municipal corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA,<br><br>             Defendants. | CASE NO. 17-CV-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>             Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security,<br><br>             Defendants. | CASE NO. 17-CV-05380-WHA |

| | |
|---|---|
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,<br><br>              Plaintiffs,<br><br>              v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, JEFFERSON BEAUREGARD SESSIONS, in his official capacity as Attorney General of the United States; ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>              Defendants. | CASE NO. 17-CV-05813-WHA |

# TABLE OF CONTENTS TO APPENDIX

| Plaintiff and Third-Party Declarations | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| 1 | Kathryn Abrams, Professor of Law, University of California, Berkeley | Importance of DACA-recipient students to scholarship in the UC system; harm to education and professional development of DACA-recipient students, including Joel Sati. | 0001–0006 |
| 2 | Jorge Aguilar, Superintendent, Sacramento Unified School District | Harm to mission of school district and academic outcomes of DACA-recipient students; potential loss of DACA-recipient employees | 0008–0011 |
| 3 | David Anderson, President, St. Olaf College, Minnesota | Harm to interests of school to promote diversity and inclusivity and to retain DACA-recipient students | 0012–0016 |
| 4 | Ron Anderson, Senior Vice Chancellor, Minnesota State Colleges and Universities System | Harm to school, student body, DACA-recipient students, and more broadly, to Minnesota | 0017–0021 |
| 5 | Martha Arevalo, Executive Director, CARECEN | Impact on organization's resources to assist individuals affected by rescission; harm to DACA recipients caused by abrupt and arbitrary deadlines; potential loss of DACA-recipient employees | 0022–0029 |
| 6 | Iyari Arteaga | Impact of Plaintiff Dulce Garcia's work on her life | 0030–0034 |
| 7 | Jhoana Ascencion Vazquez | Plaintiff Miriam Gonzalez's reliance on DACA and her contributions at the University of California, Los Angeles; Ms. Ascencion's own reliance on DACA and the impact of rescission. Ms. Ascencion is a teacher through Teach for America.  The rescission of DACA will impact her ability to continue teach and to go to graduate school to further her profession.  She has already experienced emotional and physical distress as a result of DACA's rescission and has to put her plans for her future on hold. | 0035–0043 |
| 8 | Pamela Beckwith, Human Resource Manager, Public Counsel | Importance of DACA to Plaintiff Viridiana Chabolla working at Public Counsel | 0044–0056 |

| *Plaintiff and Third-Party Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| 9 | Bill Blazar, Senior Vice President, Minnesota Chamber of Commerce | Importance of DACA to productivity and competitiveness of Minnesota workforce and businesses | 0057–0061 |
| 10 | Clarence Braddock III, Vice Dean of Education, David Geffen School of Medicine, University of California, Los Angeles | Impact on DACA-recipient fourth-year medical students trying to secure medical residency positions; contributions of these students to the school's educational environment and curriculum | 0062–0067 |
| 11 | Ike Brannon and Logan Albright, Capital Policy Analytics | Demographics, educational attainment, and economic contribution of DACA recipients generally and in California | 0068–0077 |
| 12 | Shawn Brick, Associate Director of Student Financial Support, University of California Office of the President | DACA-recipient population in the university community and the significant investments made in these students | 0078–0085 |
| 13 | Natalie Cardenas, Legal Assistant, Garcia Law Firm | Plaintiff Dulce Garcia's reliance on DACA; her reliance on Garcia for employment | 0086–0091 |
| 14 | Viridiana Carrizales, Managing Director, DACA Corps Member Support, Teach for America | Importance of employees with DACA to organizational mission and the educational outcomes for vulnerable students | 0092–0097 |
| 15 | Viridiana Chabolla Mendoza (Plaintiff) | Ms. Chabolla was brought to the United States from Mexico when she was only two years old, and she is currently a first year law student at U.C. Irvine School of Law.  She has been suffering from anxiety attacks and health issues since the DACA rescission was announced and is struggling with whether to continue making personal and financial investments in attending law school, since the termination of DACA will impact her ability to work as an attorney. | 0098–0163 |
| 16 | Angela Chen, Director, Pre-Health Dreamers | Harm of rescission on medical profession; Plaintiff New Latthivongskorn's contributions to the community; impact of rescission of DACA on Plaintiff New Latthivongskorn and similarly-situated pre-health students and health-profession graduate students. | 0164–0171 |

| *Plaintiff and Third-Party Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| 17 | Sara Cody, Health Officer and Director of Public Health, County of Santa Clara | Harm to efforts by public health agency to establish trust with and deliver health care services to immigrant communities important to the health and well-being of the County | 0172–0179 |
| 18 | Doe #1, DACA Recipient | Doe #1 arrived in the United States at age six, and is currently a senior undergraduate student at the University of California and an aspiring immigration lawyer. DACA has enabled her to accept employment and pursue her career aspirations, and fears the impact of the rescission on her career prospects. | 0180–0187 |
| 19 | Norberto Duenas, City Manager of San Jose | Information about the City's demographics, immigration services, and contributions by immigrants. | 0188–0204 |
| 20 | Kathryn Eidmann, Staff Attorney, Public Counsel | Plaintiff Viridiana Chabolla's reliance on DACA and her contributions to the work of Public Counsel | 0205–0210 |
| 21 | Christopher Engelmann, Colleague at Pacific Clinics East Monrovia Outpatient | Impact of Plaintiff Norma Ramirez's work at Pacific Clinics East Monrovia Outpatient; impact of DACA rescission on Ms. Ramirez, her clients, colleagues, and community | 0211–0217 |
| 22 | Alan Essig, Meg Wiehe, and Misha Hill, Institute on Taxation and Economic Policy | Economic contribution of DACA recipients generally and in California, Maine, Maryland, and Maryland | 0218–0239 |
| 23 | Miriam Feldblum, Vice President and Dean of Students, Pomona College | Importance of DACA to educational outcomes of young immigrant youth and specifically Plaintiff Viridiana Chabolla | 0240–0247 |
| 24 | Moises Fuentes, DACA Recipient | Mr. Fuentes comes from a family of agricultural workers, but DACA has enabled him to work towards his dream of being a computer programmer. The loss of DACA will limit access to financial aid, and the loss of his work authorization will limit the employment opportunities he needs to help support his college education. | 0248–0252 |

| *Plaintiff and Third-Party Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| 25 | Dulce Garcia (Plaintiff) | Ms. Garcia is a DACA recipient who has her own law practice, with offices in San Diego and Chula Vista, California. She fears that without DACA she will be forced to shut down her law practice. Since the termination of DACA, she has experienced emotional and physical symptoms, and has placed her decision to become a foster parent and adopt a child on hold because of the uncertainty she now faces professionally and personally. | 0253–0326 |
| 26 | Edgardo Garcia, City of San Jose Police Chief | Harm to efforts by law enforcement to establish trust with immigrant community and to provide for public safety | 0327–0331 |
| 27 | Gabriel Garcia, Stanford University School of Medicine | Importance of undocumented status to Plaintiff New Latthivongskorn's admission to medical school; importance of DACA to Stanford Medicine's ability to admit similarly-situated students. | 0332–0336 |
| 28 | George Gascón, District Attorney, City and County of San Francisco | Harm to efforts by law enforcement to establish trust with immigrant communities and to provide for public safety | 0337–0343 |
| 29 | Katharine Gin, Executive Director, Educators for Fair Consideration | Impact of DACA on access to educational opportunities in medical fields; impact on cancelling DACA on access to medicine; New's background and character | 0344–0348 |
| 30 | Lisa Gonzales, Assistant Superintendent of Educational Services, Dublin Unified School District; President, Association of California School Administrators | Harm to educational outcomes of DACA-recipient students; threat to safety and security of learning environment | 0349–0355 |
| 31 | Roberto Gonzales, Professor of Education, Harvard University | Impact on the education and employment outcomes and psychological well-being of DACA recipients in context of their unique circumstances and characteristics | 0356–0389 |
| 32 | Miriam Gonzalez (Plaintiff) | Ms. Gonzales is a DACA recipient who is currently teaching at Crown Prep Academy and completing her Teaching Credential and Master's | 0390–0442 |

| Plaintiff and Third-Party Declarations |||||
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| | | Degree in Education at Loyola Marymount University.  She is worried that the rescissions of DACA will impede her ability to be a teacher and complete her studies, which would impact her ability to financially support her family.  She is experiencing terrible migraines caused by the stress and uncertainty she now faces professionally and personally. | |
| 33 | Dellara Gorjian, DACA Recipient | Ms. Gorjian arrived in the United States at age five, and is currently a first-year law student at University of California, Los Angeles.  Ms. Gorjian fears the rescission of DACA will harm her career prospects and ability to repay her educational debt | 0443–0449 |
| 34 | Itzel Guillen, Immigration Integration Manager, Alliance San Diego | Plaintiff Dulce Garcia's volunteer activities with Alliance San Diego and her contributions to the community | 0450–0455 |
| 35 | Elizabeth Hadaway, Staff Attorney, Public Counsel | Plaintiff Viridiana Chabolla's reliance on DACA and her contributions to the work of Public Counsel | 0456–0460 |
| 36 | Jens Hainmueller and Duncan Lawrence | Mental health outcomes of children of DACA-eligible women and related societal and economic costs | 0461–0484 |
| 37 | Alisa Hartz, Staff Attorney, Public Counsel | Plaintiff Viridiana Chabolla's reliance on DACA and her contributions to the work of Public Counsel | 0485–0489 |
| 38 | Daniel Helguera, Former Director of Athletics, Roosevelt High School | Importance of DACA to Plaintiff Saul Jimenez's employment and his contributions at Roosevelt High School | 0490–0495 |
| 39 | Ralph Hexter, Provost and Executive Vice Chancellor, University of California, Davis | Impact on the UC system's exercise of academic freedom, including defining standards for admission, advancement, research, and teaching | 0496–0504 |
| 40 | Robin Holmes-Sullivan, Vice President for Student Affairs, University of California Office of the President | DACA-recipient students' contributions to the UC system; academic, financial, and health impacts on UC and its students | 0505–0514 |

| *Plaintiff and Third-Party Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| 41 | Marcela Zhou Huang, DACA Recipient | Ms. Huang is currently enrolled in medical school at UCLA. She was able to work as a clinical research coordinator, and previously served as a Spanish interpreter at a student-run homeless clinic. Ms. Huang fears that the rescission of DACA brings an uncertain future with respect to career as a physician – as she may not have the access to financial aid she needs to continue to study medicine. | 0515–0520 |
| 42 | Edwin Hudson, Deputy Commissioner, Minnesota Department of Management and Budget | Impact on the operations of state agencies; harm to agencies' interest in promoting diversity and inclusion | 0521–0539 |
| 43 | Jessica Jenkins, Supervising Immigration Attorney, Center for Employment Training Immigration and Citizenship Program | Impact on organization's resources to assist individuals affected by rescission; psychological harm of rescission on clients and on staff | 0540–0544 |
| 44 | Saul Jimenez (Plaintiff) | Mr. Jimenez is a special education teacher working towards his teaching credential through the Los Angeles Unified District Intern Program. Due to the impending loss of his DACA status and work authorization, Mr. Jimenez will be unable to complete his teaching credential and will lose his position as a special education teacher, harming his ability to provide for himself and his aging parents. He has already chosen not to pursue a master's in education because of the DACA rescission, and the anxiety caused by his now uncertain future is affecting his teaching ability in the classroom. | 0545–0628 |
| 45 | Brad Jones, Professor of Political Science, University of California, Davis | Contributions and importance of DACA-recipient students, including Doe #1, to scholarship and the exchange of ideas; psychological harms to these students | 0629–0636 |
| 46 | Tuajuanda C. Jordan, President, St. Mary's College of Maryland | Harm to interests of school to promote diversity and inclusivity and to retain DACA-recipient students | 0637–0643 |

6

| *Plaintiff and Third-Party Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| 47 | John Keller, Executive Director, Immigrant Law Center of Minnesota | Harm to employment and career outcomes of DACA recipients; impact on the economic and psychological well-being of their families | 0644–0650 |
| 48 | Christopher Kutz, Professor of Law, Jurisprudence and Social Policy Program, University of California, Berkeley | Contributions and importance of DACA-recipient students, including Joel Sati, to scholarship and the exchange of ideas; harms to professional development of these students; diversion of resources to address rescission | 0651–0657 |
| 49 | New Latthivongskorn (Plaintiff) | Mr. Latthivongskorn is a student at UCSF School of Medicine and the Harvard School of Public Health. With the loss of DACA status and work authorization, Mr. Latthivongskorn will be unable to complete his residency after he graduates medical school and will lose his ability to practice as a doctor, harming his ability to provide for himself and help his patients. The anxiety caused by his now uncertain future is affecting his health and his ability to participate in school. | 0658–0702 |
| 50 | Julie Lee, Director of Operations for the California Governor's Office | Harm to California's state agencies resulting from loss of DACA-recipient employees | 0703–0707 |
| 51 | Linda Lopez, Director of Los Angeles Mayor's Office of Immigrant Affairs | USCIS outreach to stakeholders and local government in the wake of the DACA roll-out | 0708–0711 |
| 52 | Paul Lorenz, Chief Executive Officer, Santa Clara Valley Medical Center | Harm to finances of medical center and its ability to deliver health care services important to the health and well-being of the County | 0712–0717 |
| 53 | Catherine Lucey, Vice Dean, School of Medicine, University of California, San Francisco | Impact on DACA-recipient fourth-year medical students trying to secure medical residency positions; impact on school's ability to train future physicians; loss of investments made in DACA-recipient students | 0718–0725 |
| 54 | Zulma Maciel, Assistant to the City Manager of San Jose Strategic Partnerships and Office of Immigrant Affairs | Harm to San Jose's mandate to promote immigrant integration and loss of social and economic contributions to San Jose. | 0726–0762 |

| *Plaintiff and Third-Party Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| 55 | James L. Madara, Chief Executive Officer and Executive Vice President, American Medical Association | Harm of rescission on individual Dreamers, medical schools, residency programs, the medical profession, and related societal costs. | 0763–0771 |
| 56 | Miguel Márquez, Chief Operating Officer, County of Santa Clara | Loss of contributions of DACA-recipients; public health, public safety, and financial impact on the County | 0772–0780 |
| 57 | Kevin Maxwell, Chief Executive Officer, Prince George's County, Maryland Public Schools | Harm to educational outcomes of DACA-recipient students; rescission's negative impact on ability of public school system to provide a safe and welcoming learning environment | 0781–0785 |
| 58 | Anne McLeod, Senior Vice President, Health and Policy Innovation, California Hospital Association | Harm to public health outcomes and increase in health care costs in California; importance of DACA to California's healthcare sector | 0786–0792 |
| 59 | Nick Melvoin, Board Member, Los Angeles Unified School District | Plaintiff Saul Jimenez's reliance on DACA and the disruption to his advancement that would be caused by the loss of DACA; benefits DACA has provided to the school district; harm caused by DACA rescission to LAUSD students and employees | 0793–0800 |
| 60 | Riko Mendez, Chief Elected Officer, SEIU Local 521 | Union's allocation of resources to assist DACA-eligible individuals; harm to union members and the union resulting from potential loss of employment of DACA-recipient members; impact on union's ability to serve immigrant communities. | 0801–0810 |
| 61 | Fernando Mendoza | Impact on the mental health and life outcomes of children of DACA recipients | 0811–0851 |
| 62 | Robert Menicocci, Director, County of Santa Clara Social Services Agency | Separation of mixed-status families and impact on child welfare services system | 0852–0858 |
| 63 | H. Marissa Montes, Co-Director, Loyola Law School Los Angeles, Immigrant Justice Clinic | Impact on organization's resources to assist individuals affected by rescission; harm to DACA recipients caused by abrupt and arbitrary deadlines | 0859–0867 |

| *Plaintiff and Third-Party Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| 64 | Calvin Morrill, Associate Dean, Jurisprudence and Social Policy Program, University of California, Berkeley | Importance of DACA to UC students; harm to education and professional development of DACA-recipient students, including Joel Sati; diversion of resources to address rescission | 0868–0877 |
| 65 | Luz Marina Mosquera, Executive Director at Hermandad Mexicana Transnacional, Inc. | Plaintiff Norma Ramirez's reliance on DACA and the impact of her work at Hermandad Mexicana Transnacional | 0878–0883 |
| 66 | Janet Napolitano, President, University of California | Rationale behind DACA; role played by DACA recipients in the UC community; harms to the UC community, including financial impacts on UC and its students and the harms to civic life and the exchange of ideas. | 0884–0890 |
| 67 | Minh-Chau Nguyen, Staff Attorney, Asian Law Alliance | Impact on organization's resources to assist individuals affected by rescission; psychological harm of rescission on clients | 0891–0896 |
| 68 | Emily Nishi, Chief People Officer, Lyft | Importance of a key DACA-recipient employee to the success of the company | 0897–0900 |
| 69 | Eloy Ortiz Oakley, Chancellor, California Community College System | Harm to California's investment in the educational outcomes of its student population and the economic and civic needs of California; harm to the mission of the California Community College System | 0901–1066 |
| 70 | Deidre O'Brien, Vice President of People, Apple | Importance of DACA-recipient employees to the success of the company | 1067–1096 |
| 71 | Gilda Ochoa, Professor, Pomona College | Plaintiff Viridiana Chabolla's contributions to Pomona College and career aspirations | 1097–1105 |
| 72 | Seung Eli Oh, DACA Recipient | Mr. Oh attended the University of Texas and presently works at Stanford University Medical Center as a critical care response nurse; DACA gave him the opportunity to pursue his career aspiration and to provide for his parents, while contributing significant taxes, but he is unable to renew due to the expiration of his DACA in October 2018. | 1106–1110 |

| *Plaintiff and Third-Party Declarations* |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| 73 | Nancy O'Malley, District Attorney, Alameda County | Harm to efforts by law enforcement to establish trust with immigrant community and to provide for public safety | 1111–1120 |
| 74 | Thomas Parham, Vice Chancellor of Student Affairs, University of California, Irvine | Benefits of the DACA program to University of California, Irvine (UCI) and its students, including the ability to obtain social security numbers, bank accounts, and employment; harm from rescission including cancelled study abroad plans, psychological toll, loss of student employment that is used to pay for education, and loss of DACA students at UCI. | 1121–1127 |
| 75 | John Pelissero and Margaret Faut Callahan, Loyola University of Chicago | Importance of DACA to university's admission to of and provision of financial aid to similarly-situated and undocumented students; DACA's impact on Stritch School of Medicine's decision to accept pre-health students such Plaintiff New Latthivongskorn; negative impact of rescission on student beneficiaries and university | 1128–1134 |
| 76 | Paul Pereira, Director of Public Safety and Neighborhoods for Mayor Sam Liccardo | Impact on mission and operation of the City government and on public safety; harm to San Jose's employees and the community | 1135–1140 |
| 77 | Paul Pribbenow, President, Augsburg University, Minnesota | Harm to interests of school to promote diversity and inclusivity and to retain DACA-recipient students | 1141–1145 |
| 78 | Norma Ramirez (Plaintiff) | Ms. Ramirez is enrolled in the clinical psychology doctoral program at Fuller Graduate School of Psychology.  The rescission of DACA is threatening her ability to continue in this program and to obtain her dream of opening a low-income clinic for the Latino/a community. She has already experienced emotional and physical distress as a result of DACA's rescission, is unable to attend an international trip as part of her doctoral program because of the termination of advance parole, and is fearful for her personal and professional future without DACA. | 1146–1247 |

| *Plaintiff and Third-Party Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| 79 | Susan Roche, Executive Director, Immigrant Legal Advocacy Project, Maine | Harm to education, employment, and career outcomes of DACA recipients; impact on the economic and psychological well-being of their families; harms to the larger community | 1248–1253 |
| 80 | Dayana Rodriguez Cabrera, DACA Recipient | Ms. Rodriguez Cabrera worked to finance her studies at Diablo Valley Community College and presently works as a bilingual Medi-Cal Specialist at Contra Costa County; her income from this position supports her parents and siblings. | 1254–1258 |
| 81 | Julie Chavez Rodriguez, State Director for Sen. Kamala Harris | USCIS outreach to stakeholders and local government in the wake of the DACA roll-out | 1259–1263 |
| 82 | Jeanne Roe-Smith, Campus Minister, University of California Los Angeles Wesley Foundation | Plaintiff Miriam Gonzalez's reliance on DACA; her contributions at the University of California, Los Angeles; and the emotional harm that she and others similarly situated have suffered as a result of DACA's rescission. | 1264–1273 |
| 83 | Lisseth Rojas, Associate Professor and Advisor, Fuller Theological Seminary | Importance of DACA to Plaintiff Norma Ramirez's ability to pursue doctoral program; impact of DACA rescission on emotional well-being of DACA recipients and their families | 1274–1283 |
| 84 | Jeffrey Rosen, District Attorney, Santa Clara County | Harm to efforts by law enforcement to promote public safety and pursue justice; harm to mission from potential loss of DACA-recipient employee | 1284–1290 |
| 85 | Brian Rosenberg, President, Macalester College, Minnesota | Harm to interests of school to promote diversity and justice and to retain DACA-recipient students | 1291–1295 |
| 86 | Angelica Salas, Executive Director, Coalition for Humane Immigrant Rights of Los Angeles | Impact on organization's resources to assist individuals affected by rescission; harm to organization due to potential loss of DACA-recipient employees | 1296–1303 |
| 87 | Mitchell Santos Toledo, DACA Recipient | Mr. Santos Toledo arrived in the United States before the age of two; graduated from University of California, Berkeley; and is now a first-year student at Harvard Law School. DACA has | 1304–1312 |

11

| \[Plaintiff and Third-Party Declarations\] |||| 
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
|  |  | enabled him to secure employment and support his family, and pursue his academic and career aspirations. He relied on the renewal status of DACA in taking out loans for law school, and fears the impact of the rescission on his career prospects. |  |
| 88 | Joel Sati, DACA Recipient | Mr. Sati arrived in the United States at age nine, and is currently a second-year doctoral student at University of California, Berkeley. DACA has enabled him to support himself through college, work as a graduate student instructor, and pursue his academic and professional dreams. Termination of advance parole prevented him from traveling to prestigious academic conferences important to his career path. | 1313–1325 |
| 89 | Thomas Sayles, Senior Vice President, University Relations, University of Southern California | Impact on the school's student body, the educational outcomes of DACA recipients, and the school's investment in talented students | 1326–1330 |
| 90 | Jonathan Schwartz, Chief Legal & Corporate Affairs Office, Univision | Importance of DACA-recipient employees to the success of the company | 1331–1337 |
| 91 | Laurie Smith, Sheriff, Santa Clara County Sheriff's Office | Harm to efforts by law enforcement to establish trust with immigrant communities and to provide for public safety | 1338–1343 |
| 92 | Jeffrey V. Smith, County Executive, County of Santa Clara | Loss of contributions of DACA-recipient employees; public health, public safety, and financial impact on the County | 1344–1353 |
| 93 | John Stobo, Executive Vice President, University of California Health (UC Health) | Importance of diverse doctors such as DACA recipients in addressing California's shortage of doctors; impact on UC Health's ability to train diverse physicians; harm to patient care in immigrant communities; loss of investments made in DACA-recipient students | 1354–1360 |
| 94 | Vlad Stoicescu-Ghica | Plaintiff Miriam Gonzalez's reliance on DACA and her contributions at the University of California, Los Angeles; Mr. Stoicescu-Ghica's own reliance on DACA and the impact of | 1361–1369 |

| | *Plaintiff and Third-Party Declarations* | | |
|---|---|---|---|
| **Ex.** | **Declarant(s)** | **Subject(s)** | **Page Nos.** |
| | | rescission. Mr. Stoicescu-Ghica is a graduate student at the U.C. Berkeley Goldman School of Public Policy. Without DACA and work authorization, Mr. Stoicescu-Ghica's ability to pay for graduate school and support his mother are at risk. Mr. Stoicescu-Ghica is experiencing stress and anxiety caused by the uncertainty of the future. | |
| 95 | Marcelo Suárez-Orozco, Dean and Professor of Education, University of California Los Angeles, Graduate School of Education & Information Studies | Impact on the education, development, wellness, and health of DACA recipients in context of their unique circumstances and characteristics | 1370–1443 |
| 96 | Emmanuel Alejandro Mendoza Tabares, DACA Recipient | Mr. Tabares received his graduate degree from a California State University. DACA has enabled him to obtain employment in the construction industry. His wife, also a DACA recipient, is currently applying for graduate school and will be prevented from returning to teaching when her work authorization expires. They are not eligible to renew under the current policy and will soon lose their ability to support themselves and their family. | 1444–1449 |
| 97 | Diana Tellefson, Executive Director, United Farm Workers' Foundation | Impact on organization's resources to assist individuals affected by rescission; harm to DACA recipients caused by abrupt and arbitrary deadlines; harm to organization due to potential loss of DACA-recipient employees | 1450–1455 |
| 98 | Kathleen Treseder, Department Chair, Ecology and Evolutionary Biology, School of Biological Sciences, University of California, Irvine | Potential loss of unique research contributions of DACA-recipient doctoral student Evelyn Valdez-Ward and other DACA recipient students; diversion of resources to address the rescission | 1456–1464 |
| 99 | Evelyn Valdez-Ward, DACA Recipient | Ms. Valdez-Ward arrived in the United States from Mexico at six months old and is currently a Doctoral student in Ecology and Evolutionary Biology at University of California, Irvine. | 1465–1475 |

| *Plaintiff and Third-Party Declarations* | | | |
|---|---|---|---|
| Ex. | Declarant(s) | Subject(s) | Page Nos. |
| | | DACA has enabled her to complete her college education and to support her family. She relied on DACA in making her decision to begin her graduate degree, which she may no longer continue. She has made significant contributions through her research and encouraging diverse students to enter in science, technology and math (STEM) fields. | |
| 100 | Armando Vazquez-Ramos, Professor, California State University Long Beach | Harm to educational travel abroad program and educational opportunities | 1476–1479 |
| 101 | Joseph Weiner, Senior Staff Attorney, Public Counsel | Impact on organization's resources to assist individuals affected by rescission; harm to DACA recipients caused by abrupt and arbitrary deadlines | 1480–1487 |
| 102 | Seth Womack, Former Football Coach, Oklahoma Panhandle State University | Plaintiff Saul Jimenez's character and his contributions to the community and aspirations to help young people | 1488–1493 |
| 103 | Tom K. Wong, Assistant Professor, University of California, San Diego | Impact on the economic integration, education, day-to-day life, and families of DACA recipients | 1494–1552 |
| 104 | Ian Yaffe, Executive Director, Hand in Hand / Mano en Mano | Harm to DACA recipients and their families and schools, economy, and the community in Maine and local employers. | 1553–1559 |
| 105 | Geoffrey H. Young, Senior Director, Student Affairs and Programs, Association of American Medical Colleges | Harm of rescission on individual Dreamers, medical schools, residency programs, the medical profession, and related societal costs. | 1560–1565 |
| 106 | Xianzhan Zheng, DACA Recipient | Mr. Zheng attended Duke University and has worked as a software engineer at Amazon, Twitter, and Lyft; DACA has enabled him to provide for his parents and to purchase a car and properties while contributing significant state and local taxes; he fears the use of his information for immigration enforcement purposes; the rescission of DACA will result in fear, stigma, isolation, and the loss of meaning and joy to his life. | 1566–1570 |

| *Plaintiff and Third-Party Declarations* | | | |
|---|---|---|---|
| **Ex.** | **Declarant(s)** | **Subject(s)** | **Page Nos.** |
| 107 | Brad Wells, Associate Vice Chancellor, Business and Finance, California State University | Harm to California's investment in the educational outcomes of its student population and the economic and labor needs of California; harm to the mission and finances of California State University | 1571-1576 |
| 108 | Jonathan Jayes-Green, DACA Recipient | Mr. Jayes-Green received DACA while enrolled in college, and DACA has enabled him to finance his college education, study abroad, and purchase a car and home.  He has also been able to achieve his career goal to work in public service.  The loss of DACA will mean that he is no longer able to work in his chosen field and has caused harm to his mental and physical health. | 1577-1582 |
| *Declaration of Jesse Gabriel In Support Of Plaintiffs' Motion For Provisional Relief* | | | 1583-2200 |
| *Topical Index to Plaintiff and Third-Party Declarations* | | | 2201-2210 |