| | |
|---|---|
| JEFFREY M. DAVIDSON (SBN 248620)<br>ALAN BERSIN (SBN 63874)<br>COVINGTON & BURLING LLP<br>One Front Street, 35th Floor<br>San Francisco, CA 94111-5356<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>Email: jdavidson@cov.com,<br>abersin@cov.com<br>*Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California* | XAVIER BECERRA<br>Attorney General of California<br>MICHAEL L. NEWMAN<br>Supervising Deputy Attorney General<br>JAMES F. ZAHRADKA II (SBN 196822)<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-1247<br>Email: James.Zahradka@doj.ca.gov<br>*Attorneys for Plaintiff State of California* |
| THEODORE J. BOUTROUS, JR. (SBN 132099)<br>ETHAN D. DETTMER (SBN 196046)<br>JESSE S. GABRIEL (SBN 263137)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>Email: tboutrous@gibsondunn.com,<br>edettmer@gibsondunn.com,<br>jgabriel@gibsondunn.com<br>*Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn* | JOSEPH W. COTCHETT (SBN 36324)<br>NANCY L. FINEMAN (SBN 124870)<br>COTCHETT, PITRE & McCARTHY, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>Email: nfineman@cpmlegal.com<br>*Attorneys for Plaintiff City of San Jose*<br><br>JONATHAN WEISSGLASS (SBN 185008)<br>STACEY M. LEYTON (SBN 203827)<br>ERIC P. BROWN (SBN 284245)<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064<br>Email: jweissglass@altber.com<br>*Attorneys for Plaintiffs County of Santa Clara and Service Employees International Union Local 521* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | CASE NO. 17-CV-05211-WHA<br><br>**DECLARATION OF JESSE GABRIEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF** |

DECLARATION OF JESSE GABRIEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

1583

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>          Plaintiffs,<br><br>          v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>          Defendants. | CASE NO. 17-CV-05235-WHA |
| CITY OF SAN JOSE, a municipal corporation,<br><br>          Plaintiffs,<br><br>          v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA,<br><br>          Defendants. | CASE NO. 17-CV-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security,<br><br>          Defendants. | CASE NO. 17-CV-05380-WHA |

DECLARATION OF JESSE GABRIEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

1584

| | |
|---|---|
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,<br><br>          Plaintiffs,<br><br>          v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, JEFFERSON BEAUREGARD SESSIONS, in his official capacity as Attorney General of the United States; ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>          Defendants. | CASE NO. 17-CV-05813-WHA |

DECLARATION OF JESSE GABRIEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

1585

I, JESSE GABRIEL, DECLARE:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, and counsel to Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn (collectively, "Garcia Plaintiffs") in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion for Provisional Relief.

2. Attached hereto as Exhibit A is a true and correct copy of a Memorandum from INS General Counsel Sam Bernsen to INS Commissioner entitled "Legal Opinion Regarding Service Exercise of Prosecutorial Discretion," dated July 15, 1976, available at https://goo.gl/uXW6Sg. (App. at 1594–1601.)[1]

3. Attached hereto as Exhibit B is a true and correct copy of a Statement by President Dwight Eisenhower Concerning the Entry Into the United States of Adopted Foreign-Born Orphans, dated October 26, 1956, available at https://goo.gl/VDfcgW. (App. at 1602.)

4. Attached hereto as Exhibit C is a true and correct copy of a White House Statement Concerning the Admission of Additional Hungarian Refugees, dated December 1, 1956, available at https://goo.gl/D4DMuS. (App. at 1603.)

5. Attached hereto as Exhibit D is a true and correct copy of a letter from President John F. Kennedy to Secretary Abraham Ribicoff, dated January 27, 1961, available at https://goo.gl/Hnf1LL. (App. at 1604.)

6. Attached hereto as Exhibit E is a true and correct copy of a USCIS publication entitled "Refugee Timeline," last updated June 27, 2017, available at https://goo.gl/5fhA9y. (App. at 1605–1606.)

7. Attached hereto as Exhibit F is a true and correct copy of "Legalization and Family Fairness – An Analysis" by Alan Nelson, dated October 26, 1987. (App. at 1607–1611.)

---

[1] Pursuant to their concurrently filed Request for Judicial Notice, Plaintiffs respectful request that the Court take judicial notice of the documents attached hereto as Exhibits A, B, C, D, E, F, G, I, J, K, L, M, N, O, Q, R, S, T, U, V, W, AA, CC, DD, KK, LL, PP, QQ, RR, SS, TT, UU, VV, WW, YY, ZZ, AAA, BBB, and CCC.

1

DECLARATION OF JESSE GABRIEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

1586

1   8.   Attached hereto as Exhibit G is a true and correct copy of a memorandum from INS
2   Commissioner Gene McNary to Regional Commissioners entitled "Family Fairness: Guidelines for
3   Voluntary Departure under 8 CFR 242.5 for the Ineligible Spouses and Children of Legalized Aliens,"
4   dated February 2, 1990, available at https://goo.gl/7wcLLy.  (App. at 1612–1613.)

5   9.   Attached hereto as Exhibit H is a true and correct copy of "As Growth Stalls,
6   Unauthorized Immigrant Population Becomes More Settled" by Pew Research Center, dated September
7   3, 2014, available at https://goo.gl/JPw5U6.  (App. at 1614–1639.)

8   10.  Attached hereto as Exhibit I is a true and correct copy of a memorandum from Paul
9   Virtue for the Acting Executive Associate Commissioner to Regional Directors, District Directors,
10  Officers-in-Charge, and Service Center Directors, entitled "Supplemental Guidance on Battered Alien
11  Self-Petitioning Process and Related Issues," dated May 6, 1997, available at https://goo.gl/QEp4kX.
12  (App. at 1640–1649.)

13  11.  Attached hereto as Exhibit J is a true and correct copy of a memorandum from Stuart
14  Anderson to Johnny N. Williams, entitled "Deferred Action for Aliens with bona fide Applications for T
15  Nonimmigrant Status," dated May 8, 2002, available at https://goo.gl/BUvRpU.  (App. at 1650–1651.)

16  12.  Attached hereto as Exhibit K is a true and correct copy of a memorandum from USCIS
17  Associate Director of Operations William R. Yates to Director, Vermont Service Center, entitled
18  "Centralization for Interim Relief For U Nonimmigrant Status Applications," dated October 8, 2003,
19  available at https://goo.gl/tBvYwN.  (App. at 1652–1658.)

20  13.  Attached hereto as Exhibit L is a true and correct copy of a USCIS publication entitled
21  "Victims of Human Trafficking & Other Crimes," last updated August 25, 2017, available at
22  https://goo.gl/wwV6jF.  (App. at 1659–1660.)

23  14.  Attached hereto as Exhibit M is a true and correct copy of a USCIS Press Release entitled
24  "USCIS Announces Interim Relief For Foreign Students Adversely Impacted By Hurricane Katrina,"
25  dated November 25, 2005, available at https://goo.gl/rRmaHm.  (App. at 1661–1662.)

26  15.  Attached hereto as Exhibit N is a true and correct copy of a memorandum from Donald
27  Neufeld to USCIS Field Leadership, entitled "Guidance Regarding Surviving Spouses of Deceased U.S.
28

2
DECLARATION OF JESSE GABRIEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

1587

Citizens and their Children," dated September 4, 2009, available at https://goo.gl/cAXvUR. (App. at 1663–1671.)

16. Attached hereto as Exhibit O is a true and correct copy of a memorandum from Donald Neufeld to USCIS Executive Leadership, entitled "Additional Guidance Regarding Surviving Spouses of Deceased U.S. Citizens and their Children," dated December 2, 2009, available at https://goo.gl/T9dECx. (App. at 1672–1682.)

17. Attached hereto as Exhibit P is a true and correct copy of a brief filed in the Supreme Court by Former Federal Immigration And Homeland Security Officials As Amici Curiae In Support Of The United States in *United States v. Texas*, No. 15-674, dated March 8, 2016, available at http://www.scotusblog.com/wp-content/uploads/2016/03/USvTexas-AmicusBriefofFormer ImmigrationOfficials.pdf. (App. at 1683–1738.)

18. Attached hereto as Exhibit Q is a true and correct copy of Remarks on Immigration Reform and an Exchange with Reporters by President Barack Obama, dated June 15, 2012, available at https://obamawhitehouse.archives.gov/the-press-office/2012/06/15/remarks-president-immigration. (App. at 1739–1741.)

19. Attached hereto as Exhibit R is a true and correct copy of an archived USCIS publication of Frequently Asked Questions regarding DACA, available at https://www.uscis.gov/archive/frequently-asked-questions. (App. at 1742–1761.)

20. Attached hereto as Exhibit S is a true and correct copy of a USCIS publication entitled "F5—General information… How do I request consideration of deferred action for childhood arrivals?," dated October 2013, available at https://www.uscis.gov/sites/default/files/files/nativedocuments/daca.pdf. (App. at 1762–1764.)

21. Attached hereto as Exhibit T is a true and correct copy of a USCIS publication entitled "(DACA) Toolkit," dated June 2014, https://www.uscis.gov/sites/default/files/USCIS/Humanitarian/Deferred%20Action%20for%20Childhood%20Arrivals/DACA_Toolkit_CP_072914.pdf. (App. at 1765–1798.)

3
DECLARATION OF JESSE GABRIEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

1588

22. Attached hereto as Exhibit U is a true and correct copy of a USCIS publication entitled "Don't Let Your Work Permit Expire; Follow These DACA Renewal Tips," last updated June 5, 2015, https://www.uscis.gov/archive/dont-let-your-work-permit-expire-follow-these-daca-renewal-tips.  (App. at 1799–1800.)

23. Attached hereto as Exhibit V is a true and correct copy of USCIS Form I-821D, entitled "Consideration of Deferred Action for Childhood Arrivals," dated January 9, 2017.  (App. at 1801–1821.)

24. Attached hereto as Exhibit W is a true and correct copy of a letter from Secretary Jeh Johnson to Congresswoman Judy Chu, dated December 30, 2016, available at https://chu.house.gov/sites/chu.house.gov/files/documents/DHS.Signed%20Response%20to%20Chu%2012.30.16.pdf.  (App. at 1822–1823.)

25. Attached hereto as Exhibit X is a true and correct copy of the transcript from "Town Hall Meeting with House Speaker Paul Ryan," which aired on CNN on January 12, 2017, available at http://cnn.it/2oyJXJJ.  (App. at 1824–1839.)

26. Attached hereto as Exhibit Y is a true and correct copy of "Wary Democrats look to Kelly for answers on immigration" by Ted Hesson and Seung Min Kim, published in *Politico*, dated March 29, 2017, available at http://politi.co/2mR3gSN.  (App. at 1840–1842.)

27. Attached hereto as Exhibit Z is a true and correct copy of the transcript from Associated Press White House Correspondent Julie Pace's interview with President Trump, dated April 24, 2017, available at https://www.cbsnews.com/news/transcript-of-ap-interview-with-trump.  (App. at 1843–1858.)

28. Attached hereto as Exhibit AA is a true and correct copy of a letter from Tennessee Attorney General Herbert H. Slatery III to Senators Lamar Alexander and Bob Corker, dated September 1, 2017, available at http://static1.1.sqspcdn.com/static/f/373699/27673058/1504293882007/DACA%2Bletter%2B9-1-2017.pdf?token%3DstUlwSIo3qeVjBe7%252BUHbTCIuvts%253D.  (App. at 1859–1860.)

4
DECLARATION OF JESSE GABRIEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

1589

29. Attached hereto as Exhibit BB is a true and correct copy of an open letter from Leaders of American Industry to President Trump, dated August 31, 2017, available at https://dreamers.fwd.us/business-leaders.  (App. at 1861–1865.)

30. Attached hereto as Exhibit CC is a true and correct copy of Remarks on DACA, as prepared for delivery, by Attorney General Jefferson Sessions, dated September 5, 2017, available at https://www.justice.gov/opa/speech/attorney-general-sessions-delivers-remarks-daca.  (App. at 1866–1868.)

31. Attached hereto as Exhibit DD is a true and correct copy of "Statement from Acting Secretary Duke on the Rescission of Deferred Action for Childhood Arrivals (DACA)," dated September 5, 2017, available at https://www.dhs.gov/news/2017/09/05/statement-acting-secretary-duke-rescission-deferred-action-childhood-arrivals-daca.  (App. at 1869–1870.)

32. Attached hereto as Exhibit EE is a true and correct copy of excerpts of the deposition transcript of James McCament, dated October 17, 2017.  (App. at 1871–1908.)

33. Attached hereto as Exhibit FF is a true and correct copy of excerpts of the deposition transcript of Gene Hamilton, dated October 20, 2017.  (App. at 1909–1931.)

34. Attached hereto as Exhibit GG is a true and correct copy of "Trump Administration Memo: DACA Recipients Should Prepare for 'Departure'" by Kristen Welker & Daniel Arkin, published in NBC NEWS, dated September 5, 2017, available at https://www.nbcnews.com/politics/immigration/white-house-memo-daca-recipients-should-prepare-departure-n799026.  (App. at 1932.)

35. Attached hereto as Exhibit HH is a true and correct copy of excerpts of the deposition transcript of James Nealon, dated October 13, 2017.  (App. at 1933–1947.)

36. Attached hereto as Exhibit II is a true and correct copy of "Executive Grants of Temporary Immigration Relief, 1956-Present" by American Immigration Counsel, dated October 2, 2014, available at https://tinyurl.com/y76nnve7.  (App. at 1948–1957.)

37. Attached hereto as Exhibit JJ is a true and correct copy of a Tweet sent by President Trump at 5:38 pm on September 5, 2017, available at https://twitter.com/realDonaldTrump/status/905228667336499200.  (App. at 1958.)

5
DECLARATION OF JESSE GABRIEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

1590

38.     Attached hereto as Exhibit KK is a true and correct copy of the transcript of the testimony of Attorney General Jefferson Sessions before the Senate Judiciary Committee, dated October 18, 2017. (App. at 1959–1989.)

39.     Attached hereto as Exhibit LL is a true and correct copy of a White House publication entitled "President Donald J. Trump's Letter to House and Senate Leaders & Immigration Principles and Policies," dated October 8, 2017, available at https://www.whitehouse.gov/the-press-office/2017/10/08/president-donald-j-trumps-letter-house-and-senate-leaders-immigration. (App. at 1990–2003.)

40.     Attached hereto as Exhibit MM is a true and correct copy of "White House Makes Hard-Line Demands for Any 'Dreamers' Deal," by Michael D. Shear, published in *The New York Times*, dated October 8, 2017, available at https://www.nytimes.com/2017/10/08/us/politics/white-house-daca.html. (App. at 2004–2008.)

41.     Attached hereto as Exhibit NN is a true and correct copy of excerpts of the deposition transcript of Donald Neufeld, dated October 18, 2017. (App. at 2009–2027.)

42.     Attached hereto as Exhibit OO is a true and correct copy of excerpts from Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories to Defendants, *Batalla Vidal v. Duke*, Case No. 16–cv-4756 (E.D.N.Y.) (NGG)(JO), dated Oct. 16, 2017. (App. at 2028–2043.)

43.     Attached hereto as Exhibit PP is a true and correct copy of excerpts of the transcript of the testimony of Secretary Elaine Duke before the Senate Committee on Homeland Security and Government Affairs, dated September 27, 2017. (App. at 2044–2057.)

44.     Attached hereto as Exhibit QQ is a true and correct copy of a Department of Homeland Security publication entitled "Fact Sheet: Rescission Of Deferred Action For Childhood Arrivals (DACA)," dated September 5, 2017, available at https://www.dhs.gov/news/2017/09/05/fact-sheet-rescission-deferred-action-childhood-arrivals-daca. (App. at 2058–2060.)

45.     Attached hereto as Exhibit RR is a true and correct copy of a USCIS publication entitled "Consideration of Deferred Action for Childhood Arrivals: Guidance for Employers," dated November 20, 2012, available at https://www.uscis.gov/sites/default/files/USCIS/Humanitarian/Deferred%20

Action%20for%20Childhood%20Arrivals/DACA-Fact-Sheet-I-9_Guidance-for-employers_ nov20_2012.pdf.  (App. at 2061–2062.)

46. Attached hereto as Exhibit SS is a true and correct copy of a letter from ICE Director John Morton to All Employees entitled "Secretary Napolitano's Memorandum Concerning the Exercise of Prosecutorial Discretion for Certain Removable Individuals Who Entered the United States as a Child," dated June 15, 2012, available at https://www.ice.gov/doclib/about/offices/ero/pdf/s1-certain-young-people-morton.pdf.  (App. at 2063–2064.)

47. Attached hereto as Exhibit TT is a true and correct copy of a Social Security Administration publication entitled "Social Security Number and Card—Deferred Action For Childhood Arrivals," available at https://www.ssa.gov/pubs/deferred_action.pdf.  (App. at 2065.)

48. Attached hereto as Exhibit UU is a true and correct copy of USCIS Form G-1145, entitled "e-Notification of Application/Petition Acceptance," available to download at https://www.uscis.gov/g-1145.  (App. at 2066.)

49. Attached hereto as Exhibit VV is a true and correct copy of USCIS Form I-765, entitled "Application for Employment Authorization," dated January 17, 2017, available to download at https://www.uscis.gov/i-765.  (App. at 2067–2087.)

50. Attached hereto as Exhibit WW is a true and correct copy of a letter from California Attorney General Xavier Becerra to President Trump, dated July 21, 2017, available at https://oag.ca.gov/system/files/attachments/press_releases/7-21-17%20%20Letter%20from%20State%20AGs%20to%20President%20Trump%20re%20DACA.final_.pdf.  (App. at 2088–2091.)

51. Attached hereto as Exhibit XX is a true and correct copy of a publication by Center for American Progress, entitled "Study: The Impact of Deferred Action for Childhood Arrivals (DACA) Program Repeal on Jobs," available at https://dreamers.fwd.us/wp-content/uploads/2017/08/20170823-DACA-Job-Loss-Report.pdf.  (App. at 2092–2099.)

52. Attached hereto as Exhibit YY is a true and correct copy of USCIS, "I-821D, Consideration of Deferred Action for Childhood Arrivals," last updated October 6, 2017, available at https://www.uscis.gov/archive/i-821d.  (App. at 2100–2103.)

7
DECLARATION OF JESSE GABRIEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

1592

53. Attached hereto as Exhibit ZZ is a true and correct copy of a memorandum from INS Acting Executive Associate Commissioner Michael Cronin to Michael Pearson, entitled "Victims of Trafficking and Violence Protection Act of 2000 (VTVPA) Policy Memorandum #2 – 'T' and 'U' Nonimmigrant Visas," dated August 30, 2001, available at http://www.asistahelp.org/documents/resources/Policy_Memo__Cronin__83001_DFC4BA7F5E85D.pdf. (App. at 2104–2109.)

54. Attached hereto as Exhibit AAA is a true and correct copy of a USCIS publication, entitled "DED Granted Country – Liberia," last updated September 30, 2016, available at https://www.uscis.gov/humanitarian/deferred-enforced-departure/ded-granted-country-liberia/ded-granted-country-liberia. (App. at 2110–2111.)

55. Attached hereto as Exhibit BBB is a true and correct copy of a Gerald R. Ford Library publication, entitled "Emergency Program for Parole of Refugees from Vietnam," dated April 16, 1975, available at https://www.fordlibrarymuseum.gov/library/document/0164/19077062.pdf. (App. at 2112–2184.)

56. Attached hereto as Exhibit CCC is a true and correct copy of a State Department communication regarding Executive Order 12711, dated June 1, 1990, available at https://www.state.gov/documents/organization/28450.pdf. (App. at 2185–2189.)

57. Attached hereto as Exhibit DDD is a true and correct copy of excerpts of the deposition transcript of Philip Miller, dated October 18, 2017. (App. at 2190–2198.)

58. Attached hereto as Exhibit EEE is a true and correct copy of a document, entitled "Talking Points – DACA Rescission," available at http://msnbcmedia.msn.com/i/MSNBC/Sections/NEWS/z-pdf-archive/170905-DACA-Talking-Points.pdf. (App. at 2199–2200.)

I declare, under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this Declaration on Nov. 1, 2017 in Los Angeles, California.


Jesse Gabriel