Name and address:
MICHAEL N. FEUER, City Attorney, SBN 111529
MICHAEL DUNDAS, Deputy City Attorney, SBN 226930
200 N. Main Street, City Hall East, Suite 800
Los Angeles, California 90012
Telephone: (213) 978-8100
Facsimile: (213) 978-8312
E-mail: mike.dundas@lacity.org
Attorneys for Amicus Curiae City of Los Angeles

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Regents of University of California and Janet Napolitano, et al.,<br><br>v.<br>PLAINTIFF(S)<br><br>United States Department of Homeland Security and Elaine Duke, et al.,<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>3:17-cv-05211-WHA & Related Cases<br><br>**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |
|---|---|

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

### SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: MICHAEL DUNDAS, DCA                              CA Bar Number: 226930

Firm or agency: LOS ANGELES CITY ATTORNEY'S OFFICE

Address: 200 N. Main Street, City Hall East, Los Angeles, California 90012

Telephone Number: (213) 978-8130            Fax Number: (213) 978-8312

Email: mike.dundas@lacity.org

Counsel of record for the following party or parties: Amicus Curiae City of Los Angeles, Additional Counsel for

Amici Curiae Listed in Appendix

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.

*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: November 1, 2017

Signature: /S/

Name: MICHAEL DUNDAS, DEPUTY CITY ATTORNEY

# APPENDIX
## *Additional Counsel for Amici Curiae*

ANNE L. MORGAN
City Attorney, City of Austin
MICHAEL SIEGEL
Assistant City Attorney, City of Austin
PO Box 1546
Austin, TX 78767
*Attorneys for the City of Austin*

EUGENE O'FLAHERTY
Corporation Counsel for the City of Boston
One City Hall Square, Room 615
Boston, MA 02201
*Attorney for the City of Boston*

NANCY E. GLOWA
City Solicitor
795 Massachusetts Avenue
Cambridge, MA 02139
*Attorney for the City of Cambridge*

CHERYL WATSON FISHER
City Solicitor of the City of Chelsea
500 Broadway, Room 307
Chelsea, MA 02150
*Attorney for the City of Chelsea*

EDWARD N. SISKEL
Corporation Counsel of the City of Chicago
30 N. LaSalle Street, Suite 800
Chicago, IL 60602
*Attorney for the City of Chicago*

KIMBERLY M. FOXX
States Attorney for Cook County
69 W. Washington, 32nd Floor
Chicago, IL 60602
*Attorney for Cook County*

KRISTIN M. BRONSON
City Attorney of the City and County of Denver
1437 Bannock St., Room 353
Denver, CO 80202
*Attorney for the City and County of Denver*

KARL A. RACINE
Attorney General, District of Columbia
One Judiciary Square
441 4th Street NW, Suite 1100 South
Washington, DC 20001
*Attorney for the District of Columbia*

DONNA Y. L. LEONG
Corporation Counsel
530 S. King St., Room 110
Honolulu, HI 96813
*Attorney for City and County of Honolulu*

RONALD C. LEWIS
City Attorney of the City of Houston
900 Bagby, 4th Floor
Houston, Texas 77002
*Attorney for the City of Houston*

DANIEL T. SATTERBERG
King County Prosecuting Attorney
516 Fourth Avenue, W400
Seattle, WA 98104
*Attorney for King County*

SUSAN SEGAL
Minneapolis City Attorney
350 S. Fifth St. - Room #210
Minneapolis, MN 55415
*Attorney for the City of Minneapolis*

ZACHARY W. CARTER
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007
*Attorney for the City of New York*

BARBARA J. PARKER
City Attorney, City of Oakland
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, CA 94612
*Attorney for the City of Oakland*

SOZI PEDRO TULANTE
City Solicitor of the City of Philadelphia
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
*Attorney for the City of Philadelphia*

TRACY P. REEVE
City Attorney of the City of Portland
1221 SW Fourth Avenue, Suite 430
Portland, OR 97240
*Attorney for the City of Portland*

JEFFREY DANA
City Solicitor of the City of Providence
444 Westminster Street, Suite 220
Providence, RI 02903
*Attorney for City of Providence*

BRIAN F. CURRAN
Corporation Counsel of the City of Rochester
30 Church Street, Room 400A
Rochester, NY 14614
*Attorney for the City of Rochester*

MATTHEW D. RUYAK
Interim City Attorney of the City of Sacramento
915 I Street, Fourth Floor
Sacramento, CA 95814
*Attorney for the City of Sacramento*

DENNIS J. HERRERA
City Attorney for the City and County of San Francisco
City Hall Room 234
One Dr. Carlton B. Goodlett Pl.
San Francisco, CA 94102
*Attorney for the City and County of San Francisco*

LANE DILG
City Attorney of the City of Santa Monica
1685 Main Street
Santa Monica, CA 90401
*Attorney for the City of Santa Monica*

PETER S. HOLMES
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
*Attorney for City of Seattle*

FRANCIS X. WRIGHT, JR.
City Solicitor of the City of Somerville
93 Highland Avenue
Somerville, MA 02143
*Attorney for the City of Somerville*

MIKE RANKIN
City Attorney of the City of Tucson
P.O. Box 27210
Tucson, AZ 85726
*Attorney for the City of Tucson*

MICHAEL JENKINS
City Attorney of the City of West Hollywood
Jenkins & Hogin LLP
1230 Rosecrans Avenue, Ste 110
Manhattan Beach, CA 90266
*Attorney for the City of West Hollywood*

JOHN DANIEL REAVES
General Counsel
The U.S. Conference of Mayors
1200 New Hampshire Avenue NW, Suite 800
Washington, DC 20036
*Attorney for the U.S. Conference of Mayors*