| | |
|---|---|
| JEFFREY M. DAVIDSON (SBN 248620)<br>ALAN BERSIN (SBN 63874)<br>COVINGTON & BURLING LLP<br>One Front Street, 35th Floor<br>San Francisco, CA 94111-5356<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>Email: jdavidson@cov.com,<br>abersin@cov.com<br>*Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California* | XAVIER BECERRA<br>Attorney General of California<br>MICHAEL L. NEWMAN<br>Supervising Deputy Attorney General<br>JAMES F. ZAHRADKA II (SBN 196822)<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-1247<br>Email: James.Zahradka@doj.ca.gov<br>*Attorneys for Plaintiff State of California* |
| THEODORE J. BOUTROUS, JR. (SBN 132099)<br>ETHAN D. DETTMER (SBN 196046)<br>JESSE S. GABRIEL (SBN 263137)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>Email: tboutrous@gibsondunn.com,<br>edettmer@gibsondunn.com,<br>jgabriel@gibsondunn.com<br>*Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn* | JOSEPH W. COTCHETT (SBN 36324)<br>NANCY L. FINEMAN (SBN 124870)<br>COTCHETT, PITRE & McCARTHY, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>Email: nfineman@cpmlegal.com<br>*Attorneys for Plaintiff City of San Jose*<br><br>JONATHAN WEISSGLASS (SBN 185008)<br>STACEY M. LEYTON (SBN 203827)<br>ERIC P. BROWN (SBN 284245)<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064<br>Email: jweissglass@altber.com<br>*Attorneys for Plaintiffs County of Santa Clara and Service Employees International Union Local 521* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>          Plaintiffs,<br><br>          v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>          Defendants. | CASE NO. 17-CV-05211-WHA<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

---

UNOPPOSED MOTION FOR PROTECTIVE ORDER AND [~~PROPOSED~~] PROTECTIVE ORDER
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | CASE NO. 17-CV-05235-WHA |
| CITY OF SAN JOSE, a municipal corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | CASE NO. 17-CV-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security,<br><br>　　　　　　Defendants. | CASE NO. 17-CV-05380-WHA |

| | |
|---|---|
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,<br><br>                Plaintiffs,<br><br>                v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, JEFFERSON BEAUREGARD SESSIONS, in his official capacity as Attorney General of the United States; ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>                Defendants. | CASE NO. 17-CV-05813-WHA |

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 5.2(e)(1), Plaintiffs may redact the following categories of information from their declarations in support of Plaintiff's Motion for a Preliminary Injunction and from any exhibits to those declarations:

1. alien registration numbers,
2. USCIS account numbers,
3. annual income and annual expenses,, and
4. employment authorization card numbers and categories.

IT IS SO ORDERED.

DATED: November 1, 2017.

_____
The Honorable William H. Alsup