Julie B. Axelrod
California Bar No. 250165
Christopher J. Hajec
Elizabeth A. Hohenstein
IMMIGRATION REFORM LAW INSTITUTE
25 Massachusetts Avenue, NW
Suite 335
Washington, DC 20001
(202) 232-5590
jaxelrod@irli.org
chajec@irli.org
ehohenstein@irli.org

Attorneys for *Amicus Curiae*
Immigration Reform Law Institute

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | Case No. C 17-05211 WHA<br>Case No. C 17-05235 WHA<br>Case No. C 17-05329 WHA<br>Case No. C 17-05380 WHA<br>Case No. C 17-05813 WHA<br><br>Hearing Date: December 20, 2017, at 8 a.m.<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION OF IMMIGRATION REFORM LAW INSTITUTE FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS**<br><br>Judge: Honorable William Alsup |

**[PROPOSED] ORDER**

On November 1, 2017, the Immigration Reform Law Institute filed an Administrative Motion for Leave to File Amicus Brief in Support of Defendants and Dismissal. Having considered the papers and pleadings on file, the Court GRANTS the Motion of the Immigration Reform Law Institute leave to file amicus curiae brief in Support of defendants and dismissal.

IT IS SO ORDERED.

DATED:

__November 1_____, 2017.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING MOTION OF IMMIGRATION REFORM LAW INSTITUTE FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS
All DACA Cases (Case Nos. C 17-05211-WHO, C 17-05235-WHO, C 17-05329-WHO, 17-05380-WHO, C 17-05813-WHO)

1