Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

The Regents of the University of CA,

                  Plaintiff(s),

   v.

U.S. Department of Homeland Security

                  Defendant(s).

Case No: 17-cv-05211-WHA

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jose Luis Perez _____, an active member in good standing of the bar of the SDNY _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Amici Curiae LatinoJustice PRLDEF _____ in the above-entitled action. My local co-counsel in this case is Blythe G. Kochsiek _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| LatinoJustice PRLDEF, 99 Hudson Street, 14 Fl. New York, New York 10013 | Baker & Hostetler, 11601 Wilshire Blvd., #1400 Los Angeles, CA 90025 |
| MY TELEPHONE # OF RECORD: 213.219.3360 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: 310.442.8819 |
| MY EMAIL ADDRESS OF RECORD: Jperez@latinojustice.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: bkochsiek@bakerlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JP0116 _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/01/17 _____

                                    APPLICANT

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jose Luis Perez _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 1, 2017. _____

                         UNITED STATES DISTRICT/MAGISTRATE JUDGE