| | |
|---|---|
| MAUREEN P. ALGER (208522) (malger@cooley.com) | |
| MONIQUE R. SHERMAN (227494) (msherman@cooley.com) | |
| KARA C. WILSON (268535) (kwilson@cooley.com) | |
| JOAN R. LI (312024) (jli@cooley.com) | |
| COOLEY LLP | |
| 3175 Hanover Street | |
| Palo Alto, CA 94304-1130 | |
| Telephone: (650) 843-5000 | |
| Facsimile: (650) 849-7400 | |

Attorneys for *Amici Curiae*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, *in her official capacity as President of the University of California*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*,<br><br>Defendants. | Case No. 3:17-cv-05211-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION OF LEGAL SERVICES ORGANIZATIONS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF<br><br>Date: December 20, 2017<br>Time: 8:00 a.m.<br>Dept. Courtroom 8<br>Judge: Hon. William H. Alsup |
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*, and the UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:17-cv-05235-WHA |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

[~~PROPOSED~~] ORDER GRANTING
MTN. OF LEGAL SERVICES ORGANIZATIONS
FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*
(CASE NO.: 3:17-CV-05211-WHA)

| | |
|---|---|
| CITY OF SAN JOSE, *a municipal corporation*, | Case No. 3:17-cv-05329-WHA |
| Plaintiff, | |
| v. | |
| DONALD J. TRUMP, *President of the United States, in his official capacity*, ELAINE C. DUKE, *in her official capacity*, and the UNITED STATES OF AMERICA, | |
| Defendants. | |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN, | Case No. 3:17-cv-05380-WHA |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, DONALD J. TURMP, *in his official capacity as President of the United States*, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*, | |
| Defendants. | |
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521, | Case No. 3:17-cv-05813-WHA |
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, JEFFERSON BEAUREGARD SESSIONS; *in his official capacity as Attorney General of the United States*; ELAINE DUKE, *in her official capacity as Acting Secretary of the Department of Homeland Security*; and U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER GRANTING
MTN. OF LEGAL SERVICES ORGANIZATIONS
FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*
(CASE NO.: 3:17-CV-05211-WHA)

The Court, having read and considered the Motion of Legal Services Organizations for Leave to File Brief as *Amici Curiae* in Support of Plaintiffs' Motion for Provisional Relief, finds that proposed *amici*'s participation in the above-captioned matters is relevant and desirable to the Court's disposition of the issues.

Accordingly, the Court hereby GRANTS proposed *amici*'s Motion of Legal Services Organizations for Leave to File Brief as *Amici Curiae* in Support of Plaintiffs' Motion for Provisional Relief.

**IT IS SO ORDERED.**

Dated: November 1, 2017.

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
MTN. OF LEGAL SERVICES ORGANIZATIONS
FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*
(CASE NO.: 3:17-CV-05211-WHA)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO