1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA and JANET NAPOLITANO,
in her official capacity as President of the
University of California,

           Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY and ELAINE
DUKE, in her official capacity as Acting
Secretary of the Department of Homeland
Security,

           Defendants.

_____/

No. C 17-05211 WHA
No. C 17-05235 WHA
No. C 17-05329 WHA
No. C 17-05380 WHA
No. C 17-05813 WHA

**ORDER GRANTING LEAVE
TO FILE AMICUS CURIAE
BRIEF**

      The Court **HEREBY GRANTS** proposed *amici*'s Motion for Leave to File Brief as *Amici*

*Curiae* in Support of Plaintiffs' Motion for Provisional Relief.

          **IT IS SO ORDERED.**

Dated:  November 1, 2017.

                            _____
                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE