AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,
*Plaintiffs*

v.

U.S. DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,
*Defendants*

Case No. No. 17-CV-05211-WHA

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See Attached.

Date: November 1, 2017

/s/ John Nadolenco
*Attorney's signature*

John Nadolenco (SBN 181128)
*Printed name and bar number*

Mayer Brown LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
*Address*

jnadolenco@mayerbrown.com
*E-mail address*

213-229-5173
*Telephone number*

213-625-0248
*FAX number*

# ATTACHMENT TO APPEARANCE OF COUNSEL

I, John Nadolenco, an active member in good standing of the bar of the Northern District of California, hereby appear as counsel for:

1. 6Sense Insights, Inc.
2. A Medium Corporation
3. Adobe Systems Incorporated
4. AdRoll, Inc.
5. Affirm, Inc.
6. Airbnb, Inc.
7. Alation, Inc.
8. Ampush Media, Inc.
9. Andela, Inc.
10. Appboy, Inc.
11. AppNexus, Inc.
12. Asana, Inc.
13. Atlassian Corp. Plc
14. Azavea Inc.
15. Bigtooth Ventures
16. Box, Inc.
17. Brightcove Inc.
18. Brocade Communications Systems, Inc.
19. CareZone Inc.
20. CartoDB Inc.
21. Casper Sleep Inc.

22. Castlight Health, Inc.

23. Cavium, Inc.

24. Chegg, Inc.

25. Chobani, LLC

26. Civis Analytics, Inc.

27. Citrix Systems, Inc.

28. ClassPass Inc.

29. Cloudera, Inc.

30. Cloudflare Inc.

31. Codecademy

32. Color Genomics, Inc.

33. Credit Karma, Inc.

34. Disqus, Inc.

35. DoorDash, Inc.

36. Dropbox, Inc.

37. eBay Inc.

38. Edmodo, Inc.

39. EquityZen Inc.

40. Facebook, Inc.

41. General Assembly Space, Inc.

42. Glassdoor, Inc.

43. Google Inc.

44. Greenhouse Software, Inc.

45. Hewlett Packard Enterprise

46. Homer Logistics, Inc.

47. IBM Corporation

48. IDEO LP

49. Imgur Inc.

50. Indiegogo, Inc.

51. Kargo

52. Knotel

53. Lam Research Corporation

54. Levi Strauss & Co.

55. LinkedIn Corporation

56. Lithium Technologies, LLC

57. Lyft, Inc.

58. Lytro, Inc.

59. Mapbox

60. Marin Software Incorporated

61. Medidata Solutions, Inc.

62. Microsoft Corporation

63. Molecule Software, Inc.

64. MongoDB, Inc.

65. Motivate International Inc.

66. NETGEAR, Inc.

67. NewsCred, Inc.

68. NIO U.S.

69. Oath Inc.

70. Patreon, Inc.

71. PayPal Holdings, Inc.

72. Pinterest, Inc.

73. Pixability, Inc.

74. Postmates Inc.

75. Quantcast Corp.

76. RealNetworks, Inc.

77. Reddit, Inc.

78. Redfin Corporation

79. salesforce.com inc.

80. Scopely, Inc.

81. Shutterstock, Inc.

82. Singularity University

83. Sizmek, Inc.

84. SpaceX

85. Spokeo, Inc.

86. Spotify USA Inc.

87. Square, Inc.

88. Squarespace, Inc.

89. Strava, Inc.

90. SurveyMonkey Inc.

91. Tesla, Inc.
92. The Copia Institute
93. Thumbtack
94. TripAdvisor, Inc.
95. Tumblr, Inc.
96. Turo Inc.
97. Twilio Inc.
98. Twitter Inc.
99. Uber Technologies, Inc.
100. Udacity Inc.
101. Upwork Inc.
102. Verizon Communications Inc.
103. Via
104. Warby Parker
105. Work & Co.
106. Workday, Inc.
107. Yelp Inc.
108. Zendesk, Inc.