JENNER & BLOCK LLP
THOMAS J. PERRELLI (*pro hac vice pending*)
LINDSAY C. HARRISON (*pro hac vice pending*)
ISHAN BHABHA (*pro hac vice pending*)
1099 New York Avenue NW Suite 900
Washington, DC 20001
Telephone: (202) 639-6004
Facsimile: (202) 661-4802
tperrelli@jenner.com

JENNER & BLOCK LLP
BRIAN HAUCK (SBN: 303058)
633 W. 5th Street, #3500
Los Angeles, CA 90071
Telephone: (213) 239-2244
Facsimile: (202) 661-4802
bhauck@jenner.com

*Counsel for Amici Curiae Institutions of Higher Education*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>US DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | Case No. 17-cv-05211-WHA; consolidated with Case Nos. 17-cv-05235-WHA; 17-cv-05329-WHA; 17-cv-05380-WHA; 17-cv-05813-WHA.<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* OF INSTITUTIONS OF HIGHER EDUCATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF**<br><br>Hearing Date: December 20, 2017, 8:00am |

ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* OF INSTITUTIONS OF HIGHER EDUCATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF
CASE NOS. 17-CV-05211-WHA; 17-CV-05235-WHA; 17-CV-05329-WHA; 17-CV-05380-WHA; 17-CV-05813-WHA

JENNER AND BLOCK LLP

Pursuant to this Court's Order Regarding Amicus Briefing, Dkt. 102, the following institutions of higher education respectfully seek leave to file the attached amicus brief in support of plaintiffs' request for preliminary relief: Amherst College, Asnuntuck Community College, Barnard College, Board of Governors of the California Community Colleges, Boston University, Bowdoin College, Brandeis University, Bucknell University, Capital Community College, Carnegie Mellon University, Case Western Reserve University, Central Connecticut State University, Charter Oak State College, Colby College, Colgate University, University of Connecticut, Eastern Connecticut State University, Emerson College, Gateway Community College, Hampshire College, Housatonic Community College, Lawrence University, Los Angeles Community College District, Los Rios Community College District, Manchester Community College, University of Maryland, University of Michigan, Middlebury College, Middlesex Community College, Mount Holyoke College, Naugatuck Valley Community College, Northeastern University, Northwestern Community College, Norwalk Community College, Pace University, Quinebaug Valley Community College, Rice University, Riverside Community College District, San Francisco Community College District, San Mateo Community College District, Smith College, Southern Connecticut State University, State Center Community College District, Three Rivers Community College, Tufts University, Tunxis Community College, Vassar College, Wellesley College, Western Connecticut State University, and Williams College (collectively "Institutions of Higher Education").

*Amici* are institutions of higher education from across the country. *Amici* include large public universities, private research universities and liberal arts colleges, and community colleges. We are located in urban centers and rural farm areas, and throughout states that span the political spectrum. Collectively, *amici* teach and employ millions of people.

*Amici* have seen firsthand the positive effects of the Deferred Action for Childhood Arrivals ("DACA") program on their campuses. DACA has facilitated the pursuit of higher education by undocumented youth in unprecedented numbers. And it has ensured that once

JENNER AND BLOCK LLP

ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* OF INSTITUTIONS OF HIGHER EDUCATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF
CASE NOS. 17-CV-05211-WHA; 17-CV-05235-WHA; 17-CV-05329-WHA; 17-CV-05380-WHA; 17-CV-05813-WHA

enrolled, these students are positioned to succeed. As a result of DACA, thousands of these talented and hard-working young people have made significant and wide-ranging contributions to *amici*'s campuses. They form a key part of our campus life and as institutions we benefit greatly from the energy and academic excellence they bring. And, *amici* have made substantial investments in the education of undocumented youth in reliance on DACA. Although these students unquestionably benefit from being able to attend our institutions—and this is something DACA certainly facilitates—we as institutions also benefit significantly from the many contributions this remarkable group of young people make to our schools.

We believe the perspective we bring as institutions is relevant to this case because it will demonstrate to the Court another group—beyond DACA recipients themselves—that will be harmed by the Defendants' actions. Count Three of the Complaint alleges a due process violation based on Defendants' attempted deprivation of Plaintiff's protected interest in a diverse student body. *See* Dkt. 1. *Amici* Institutions of Higher Education share these very same interests, and this brief demonstrates that Defendants' arbitrary and capricious actions will impact institutions large and small throughout the nation.

The proposed brief is submitted as an attachment to this motion. Defendants have advised us that they take no position on the Motion.

Dated: November 1, 2017            Respectfully submitted,


JENNER & BLOCK LLP

/s/ Brian Hauck
Brian Hauck
Counsel for *Amici Curiae* Institutions of Higher Education
Email: bhauck@jenner.com

JENNER AND BLOCK LLP

ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* OF INSTITUTIONS OF HIGHER EDUCATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF
CASE NOS. 17-CV-05211-WHA; 17-CV-05235-WHA; 17-CV-05329-WHA; 17-CV-05380-WHA; 17-CV-05813-WHA