Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

REGENTS OF UNIVERSITY OF CALIFORNIA et al, )
)  Case No: 3:17-cv-05211
Plaintiff(s), )
)  **APPLICATION FOR**
v. )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al, )  (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Thomas J. Perrelli, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: See attachment in the above-entitled action. My local co-counsel in this case is Brian Hauck, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1099 New York Ave., NW, Suite 900<br>Washington, DC 20001-4412 | 633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 639-6004 | (213) 239-2244 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| TPerrelli@jenner.com | BHauck@jenner.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 438929.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/01/17          Thomas J. Perrelli
                               APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas J. Perrelli is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                    *October 2012*