FILED

OCT 31 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: UNITED STATES OF AMERICA; et al.

_____

UNITED STATES OF AMERICA; et al.,

    Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

    Respondent,

REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.,

    Real Parties in Interest.

No. 17-72917

D.C. Nos.  3:17-cv-05211-WHA
             3:17-cv-05235-WHA
             3:17-cv-05329-WHA
             3:17-cv-05380-WHA
             3:17-cv-05813-WHA
Northern District of California,
San Francisco

ORDER

Before: WARDLAW, GOULD, and WATFORD, Circuit Judges.

    All motions for leave to file an amicus curiae brief that are filed by the November 1, 2017 deadline are granted. The clerk shall file all amicus curiae briefs received by the November 1, 2017 deadline

    Each amicus is ordered to file 7 copies of its brief in paper format for delivery to the Court by 12:00 p.m. PDT on Thursday, November 2, 2017, accompanied by certification, attached to the end of each copy of the brief, that the

ELF/MOATT

brief is identical to the version submitted electronically. Cover color: green. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate CM/ECF. A sample certificate is available on the court's website, www.ca9.uscourts.gov, at the Electronic Filing-ECF link.