[Reset Form]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The Regents of the University of CA,

                 Plaintiff(s),

v.

U.S. Department of Homeland Security

                 Defendant(s).

Case No: 17-CV-05211-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Fernando A. Bohorquez, Jr., an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Amici Curiae LatinoJustice in the above-entitled action. My local co-counsel in this case is Blythe G. Kochsiek, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Baker & Hostetler, 45 Rockefeller Plaza, 14th Fl. New York, New York 10111 | Baker & Hostetler, 11601 Wilshire Blvd., #1400 Los Angeles, CA 90025 |
| MY TELEPHONE # OF RECORD: (212) 589-4200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 442-8819 |
| MY EMAIL ADDRESS OF RECORD: fbohorquez@bakerlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: bkochsiek@bakerlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3894060.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/01/17

                                                                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Fernando A. Bohorquez, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 6, 2017.

                                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE