# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO,

Plaintiff(s),

v.

U.S. DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE,

Defendant(s).

Case No: 3:17-cv-05211

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, James Wells Harrell, an active member in good standing of the bar of D.C. Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: See attached in the above-entitled action. My local co-counsel in this case is Albert Giang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Boies Schiller & Flexner LLP<br>5301 Wisconsin Avenue, NW<br>Washington, D.C. 20015 | Boies Schiller & Flexner LLP<br>725 S. Figueroa St., 31st Floor<br>Los Angeles, CA 90017-5524 |
| MY TELEPHONE # OF RECORD:<br>202-237-2727 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>213-629-9040 |
| MY EMAIL ADDRESS OF RECORD:<br>wharrell@bsfllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>agiang@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 995368.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November ___, 2017

_____
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James Wells Harrell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 8, 2017.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE