IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>    Defendants. | No. C 17-05211 WHA<br>No. C 17-05235 WHA<br>No. C 17-05329 WHA<br>No. C 17-05380 WHA<br>No. C 17-05813 WHA<br><br>**ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF** |

The Court **HEREBY GRANTS** proposed amici's Motion for Leave to File Brief as Amici Curiae in Support of Plaintiffs' Motion for Provisional Relief.

**IT IS SO ORDERED.**

Dated: November 8, 2017.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE