UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | Case No.    3:17-cv-05211-WHA<br>Related Case Nos.  3:17-cv-05235-WHA<br>                        3:17-cv-05329-WHA<br>                        3:17-cv-05380-WHA<br>                        3:17-cv-05813-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE THE CITY OF LOS ANGELES, 24 ADDITIONAL CITIES AND COUNTIES AND THE UNITED STATES CONFERENCE OF MAYORS IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR PROVISIONAL RELIEF IN ALL DACA PROCEEDING<br><br>Date:    December 20, 2017<br>Time:   8:00 a.m.<br>Dept:    Courtroom 8<br>Judge:  Honorable William Alsup |

# [~~PROPOSED~~] ORDER

On November 1, 2017, twenty-five cities and counties and the United States Conference of Mayors filed an Administrative Motion for Leave to File an Amicus Brief in Support of Plaintiff's Joint Motion for Provisional Relief in the related DACA cases. Having considered the papers and pleadings on file, the Court hereby GRANTS the Administrative Motion and ORDERS that the Amicus Brief be filed.

**IT IS SO ORDERED.**

DATED: November 8, 2017.

**HONORABLE WILLIAM ALSUP**
**UNITED STATES DISTRICT COURT JUDGE**