# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | Case No. 17-CV-05211-WHA<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF 108 COMPANIES FOR LEAVE TO FILE AN *AMICUS* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL RELIEF** |

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA<br><br>    Defendants. | Case No. 17-CV-05235-WHA |
| CITY OF SAN JOSE, a municipal corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 17-CV-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMAL RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OR AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security,<br><br>    Defendants. | Case No. 17-CV-05380-WHA |

| | |
|---|---|
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,<br><br>       Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, JEFFERSON BEAUREGARD SESSIONS, in his official capacity as Attorney General of the United States; ELAINE C. DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security; and the U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>       Defendants. | Case No. 17-CV-05813-WHA |

# [PROPOSED] ORDER

This matter comes before the Court on the motion of 108 companies for leave to file an *amicus* brief. Having considered the motion, it is hereby ORDERED that the motion is GRANTED.

DATED: November 8, 2017.

_____
Honorable William Alsup
United States District Judge