| | |
|---|---|
| Jeffrey M. Davidson (SBN 248620) | XAVIER BECERRA |
| Alan Bersin (SBN 63874) | Attorney General of California |
| COVINGTON & BURLING LLP | MICHAEL L. NEWMAN |
| One Front Street, 35th Floor | Supervising Deputy Attorney General |
| San Francisco, CA 94111-5356 | JAMES F. ZAHRADKA II (SBN 196822) |
| Telephone: (415) 591-6000 | Deputy Attorney General |
| Facsimile: (415) 591-6091 | 1515 Clay Street, 20th Floor |
| Email: jdavidson@cov.com, | Oakland, CA 94612-0550 |
| abersin@cov.com | Telephone: (510) 879-1247 |
| *Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California* | E-mail: James.Zahradka@doj.ca.gov |
| | *Attorneys for Plaintiff State of California* |

| | |
|---|---|
| Theodore J. Boutrous, Jr. (SBN 132099) | Joseph W. Cotchett (SBN 36324) |
| Ethan D. Dettmer (SBN 196046) | Nancy L. Fineman (SBN 124870) |
| Jesse S. Gabriel (SBN 263137) | COTCHETT, PITRE & McCARTHY, LLP |
| GIBSON, DUNN & CRUTCHER LLP | 840 Malcolm Road, Suite 200 |
| 333 South Grand Avenue | Burlingame, CA 94010 |
| Los Angeles, CA 90071-3197 | Telephone: (650) 697-6000 |
| Telephone: (213) 229-7000 | Facsimile: (650) 697-0577 |
| Facsimile: (213) 229-7520 | Email: nfineman@cpmlegal.com |
| Email: tboutrous@gibsondunn.com, edettmer@gibsondunn.com, jgabriel@gibsondunn.com | *Attorneys for Plaintiff City of San Jose* |
| *Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn* | Jonathan Weissglass (SBN 185008) |
| | Stacey M. Leyton (SBN 203827) |
| | Eric P. Brown (SBN 284245) |
| | ALTSHULER BERZON LLP |
| | 177 Post Street, Suite 300 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 421-7151 |
| | Facsimile: (415) 362-8064 |
| | Email: jweissglass@altber.com |
| | *Attorneys for Plaintiffs County of Santa Clara and Service Employees International Union Local 521* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California, | CASE NO. 17-CV-05211-WHA |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF DOE 1'S DECLARATION** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, | |
| Defendants. | |

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA,<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>        Defendants. | CASE NO. 17-CV-05235-WHA |
| CITY OF SAN JOSE, a municipal corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA,<br><br>        Defendants. | CASE NO. 17-CV-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security,<br><br>        Defendants. | CASE NO. 17-CV-05380-WHA |
| County of Santa Clara and Service Employees International Union Local 521,<br><br>        Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, JEFFERSON BEAUREGARD SESSIONS, in his official capacity as Attorney General of the United States; ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendants. | CASE NO. 17-CV-05813-WHA |

Plaintiffs moved to maintain the anonymity of Declarant Doe 1, due to Doe's well-founded concerns that public participation in this lawsuit would result in retaliation by Defendants against Doe and Doe's family. (Dkt. No. 125; *see also* Dkt. No. 126 (Motion to Seal); Dkt. No. 113-3 at 0180-0187 (Redacted Declaration of Doe 1).) As part of Plaintiffs' motions, they requested that Doe's unredacted declaration be withheld from Defendants, but noted that they were "open to discussing an appropriate protective order that addresses any concerns that Defendants have while protecting Doe 1's need for anonymity." (Dkt. No. 125 at 4 n.2.) This Court ruled that Doe may proceed by first name and last initial, and that an unredacted copy of the declaration must be served upon Defendants. (Dkt. No. 181.) Plaintiffs then engaged in discussions with Defendants about a protective order that would address Doe's concerns while still providing access to Doe's identity, including providing the declaration to the litigation attorneys for the government, but not the immigration components of the government. Defendants refused, thereby reinforcing Doe's reason for concern. Accordingly, Plaintiffs withdraw the declaration of Doe 1.

Dated: November 14, 2017

Respectfully submitted,

COVINGTON & BURLING LLP

/s/ Jeffrey M. Davidson
Jeffrey M. Davidson (SBN 248620)
Alan Bersin (SBN 63874)
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: jdavidson@cov.com

Lanny A. Breuer (*pro hac vice*)
Mark H. Lynch (*pro hac vice*)
Alexander A. Berengaut (*pro hac vice*)
Megan A. Crowley (*pro hac vice*)
Ashley Anguas Nyquist (*pro hac vice*)
Jonathan Y. Mincer (Bar No. 298795)
Ivano M. Ventresca (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Supervising Deputy Attorney General

/s/ James F. Zahradka II
JAMES F. ZAHRADKA II (SBN 196822)
Deputy Attorney General

CHRISTINE CHUANG
REBEKAH A. FRETZ
RONALD H. LEE
KATHLEEN VERMAZEN RADEZ
SHUBHRA SHIVPURI
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
Telephone: (510) 879-1247

*Attorneys for Plaintiff State of California*

Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
E-mail: lbreuer@cov.com, mlynch@cov.com,
aberengaut@cov.com, mcrowley@cov.com,
anyquist@cov.com, jmincer@cov.com,
iventresca@cov.com

Mónica Ramírez Almadani (SBN 234893)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: mralmadani@cov.com

Erika Douglas (SBN 314531)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94061-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: edouglas@cov.com

Charles F. Robinson (SBN 113197)
Margaret Wu (Bar No. 184167)
Julia M. C. Friedlander (SBN 165767)
Sonya Sanchez (SBN 247541)
Norman Hamill (SBN 154272)
Harpreet Chahal (SBN 233268)
Michael Troncoso (SBN 221180)
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: (510) 987-9800
Facsimile: (510) 987-9757
Email: charles.robinson@ucop.edu

*Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*

JANET T. MILLS
Attorney General of Maine
SUSAN P. HERMAN (*pro hac vice*)
Deputy Attorney General
6 State House Station
Augusta, Maine 04333
Telephone: (207) 626-8814
Email: susan.herman@maine.gov

*Attorneys for Plaintiff State of Maine*

BRIAN E. FROSH
Attorney General of Maryland
STEVEN M. SULLIVAN (*pro hac vice*)
Solicitor General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Telephone: (410) 576-6325
Email: ssullivan@oag.state.md.us

*Attorneys for Plaintiff State of Maryland*

LORI SWANSON
Attorney General State of Minnesota
JULIANNA F. PASSE (*pro hac vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
Telephone: (651) 757-1136
Email: julianna.passe@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | COTCHETT, PITRE & McCARTHY, LLP |
| | OFFICE OF THE CITY ATTORNEY |
| /s/ Theodore J. Boutrous, Jr. | /s/ Nancy L. Fineman |
| THEODORE J. BOUTROUS, JR., SBN 132099 | NANCY L. FINEMAN |
| tboutrous@gibsondunn.com | BRIAN DANITZ (SBN 247403) |
| KATHERINE M. MARQUART, SBN 248043 | bdanitz@cpmlegal.com |
| kmarquart@gibsondunn.com | TAMARAH P. PREVOST (SBN 313422) |
| JESSE S. GABRIEL, SBN 263137 | tprevost@cpmlegal.com |
| jgabriel@gibsondunn.com | San Francisco Airport Office Center |
| 333 South Grand Avenue | 840 Malcolm Road, Suite 200 |
| Los Angeles, CA 90071-3197 | Burlingame, CA 94010 |
| Telephone: (213) 229-7000 | Telephone: (650) 697-6000 |
| Facsimile: (213) 229-7520 | Facsimile: (650) 697-0577 |
| ETHAN D. DETTMER, SBN 196046 | RICHARD DOYLE (SBN 88625) |
| edettmer@gibsondunn.com | NORA FRIMANN (SBN 93249) |
| 555 Mission Street | OFFICE OF THE CITY ATTORNEY |
| San Francisco, CA 94105 | 200 East Santa Clara Street, 16th Floor |
| Telephone: (415) 393-8200 | San José, California 95113 |
| Facsimile: (415) 393-8306 | Telephone: (408) 535-1900 |
| | Facsimile: (408) 998-3131 |
| PUBLIC COUNSEL | Email Address: cao.main@sanJoséca.gov |
| MARK D. ROSENBAUM, SBN 59940 | |
| mrosenbaum@publiccounsel.org | *Attorneys for Plaintiff City of San Jose* |
| JUDY LONDON, SBN 149431 | |
| jlondon@publiccounsel.org | |
| 610 South Ardmore Avenue | |
| Los Angeles, CA 90005 | |
| Telephone: (213) 385-2977 | |
| Facsimile: (213) 385-9089 | |

BARRERA LEGAL GROUP, PLLC
LUIS CORTES ROMERO, SBN 310852
lcortes@barreralegal.com
19309 68th Avenue South, Suite R102
Kent, WA 98032
Telephone: (253) 872-4730
Facsimile: (253) 237-1591

LAURENCE H. TRIBE, SBN 39441
larry@tribelaw.com Harvard Law School
*Affiliation for identification purposes only
1575 Massachusetts Avenue
Cambridge, MA 02138
Telephone: (617) 495-1767

ERWIN CHEMERINSKY, *pro hac vice* forthcoming
echemerinsky@law.berkeley.edu
University of California, Berkeley School of Law
*Affiliation for identification purposes only*
215 Boalt Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

LEAH M. LITMAN, *pro hac vice* forthcoming llitman@law.uci.edu
University of California, Irvine School of Law
*Affiliation for identification purposes only*
401 East Peltason Drive Irvine, CA 92697
Telephone: (949) 824-7722

*Attorneys for Plaintiffs DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN*

| /s/ James R. Williams | /s/ Eric P. Brown |
|---|---|
| JAMES R. WILLIAMS, County Counsel<br>GRETA S. HANSEN<br>LAURA S. TRICE<br>laura.trice@cco.sccgov.org<br>MARCELO QUIÑONES<br>marcelo.quinones@cco.sccgov.org<br>OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF SANTA CLARA<br>70 West Hedding Street<br>East Wing, Ninth Floor<br>San Jose, CA 95110-1770<br>Telephone: (408) 299-5900<br>Facsimile: (408) 292-7240<br><br>*Attorneys for Plaintiff COUNTY OF SANTA CLARA* | JONATHAN WEISSGLASS<br>jweissglass@altber.com<br>STACEY M. LEYTON<br>sleyton@altber.com<br>ERIC P. BROWN<br>ebrown@altber.com<br>ALTSHULER BERZON LLP<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br><br>*Attorneys for Plaintiffs COUNTY OF SANTA CLARA AND SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521* |

ATTESTATION

I, Jeffrey M. Davidson, hereby attest, pursuant to Civil L.R. 5-1, that I have received authorization to electronically sign and file this document from each of the persons identified in the signature block.

Dated: November 14, 2017

/s/ Jeffrey M. Davidson
Jeffrey M. Davidson

*Counsel for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*