IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>  Defendants. | No. C 17-05211 WHA<br>No. C 17-05235 WHA<br>No. C 17-05329 WHA<br>No. C 17-05380 WHA<br>No. C 17-05813 WHA<br><br>**ORDER TO FILE COMPLETED ADMINISTRATIVE RECORD AND PROPOSE SCHEDULE** |

By **MONDAY, NOVEMBER 20, AT NOON**, counsel shall advise the Court how today's decision by our court of appeals should affect our schedule for adjudicating the issues in these actions. The judge would appreciate both sides reaching an agreed-upon proposal.

Additionally, defendants were ordered to compile the complete administrative record even if withheld pending their petition for a writ of mandamus (Dkt. No. 80). That fully augmented record **SHALL BE FILED AND SERVED** by **NOVEMBER 22, AT NOON**.

**IT IS SO ORDERED.**

Dated:  November 16, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE