CHAD A. READLER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN. R. TYLER
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
KATE BAILEY (MD. Bar #1601270001)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | No. 3:17-cv-05211-WHA<br>No. 3:17-cv-05235-WHA<br>No. 3:17-cv-05329-WHA<br>No. 3:17-cv-05380-WHA<br>No. 3:17-cv-05813-WHA<br><br>**STIPULATION RE: BRIEFING SCHEDULE RE: PARTIES' MOTIONS TO STAY (ECF NOS. 190, 191)** |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION RE: STAY MOTIONS**

## STIPULATION REGARDING BRIEFING SCHEDULE

The parties agree, subject to the Court's approval, to modify the briefing schedules for Plaintiffs' Motion to Stay Implementation of the Court's October 17, 2017 and November 16, 2017 Orders in Order to Resolve the Pending Motions Without Further Interlocutory Appeals by Defendants (ECF No. 190) and Defendants' Emergency Motion to Stay Discovery and Record Completion in All DACA Cases (ECF No. 191) (collectively, "stay motions"). The parties have reached this agreement in order to expedite consideration of these motions. In support thereof, the parties state as follows:

1. On November 19, 2017, the parties filed the stay motions. *See* ECF Nos. 190, 191.
2. The parties agree as follows:
    a. The parties will file their responses to the stay motions no later than noon PST on November 20, 2017;
    b. The parties agree to forego reply briefs; and
    c. The parties agree to forego a hearing or hearings on the stay motions.
3. Undersigned counsel for plaintiff Regents of the University of California has conferred with other plaintiffs' counsel in the related DACA cases, who have authorized him to file this stipulation on behalf of all plaintiffs.

IT IS SO STIPULATED THIS 19TH DAY OF NOVEMBER, 2017

COVINGTON & BURLING LLP

*/s/ Jeffrey M. Davidson*
Jeffrey M. Davidson (SBN 248620)
One Front Street
San Francisco, CA  94111-5356
Tel:  (415) 591-6000
Fax:  (415) 591-6091
Email:  jdavidson@cov.com

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION RE:  STAY MOTIONS**

CHAD A. READLER
Principal Deputy Assistant Attorney General

BRIAN STRETCH
United States Attorney

JOHN R. TYLER
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
KATE BAILEY (MD. Bar #1601270001)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Phone: (202) 514-3374
Fax: (202) 616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**IT IS SO ORDERED THAT THE FOLLOWING BRIEFING SCHEDULE IS ADOPTED:**

For the parties' stay motions (ECF Nos. 190, 191), the following briefing schedule is adopted:

    a. The parties will file their responses to the stay motions no later than noon PST on November 20, 2017; and

    b. No replies will be filed.

The Court will decide the stay motions on the parties' written submissions.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

_____
DATE

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION RE:  STAY MOTIONS**

**DECLARATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), the undersigned filer declares that concurrence in the filing of this document has been obtained from the other signatories to this document.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of November, 2017.

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG (D.C. Bar #467513)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Phone: (202) 514-3374
Fax: (202) 616-8460
Email: brad.rosenberg@usdoj.gov

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION RE: STAY MOTIONS**