IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | No. C 17-05211 WHA<br>No. C 17-05235 WHA<br>No. C 17-05329 WHA<br>No. C 17-05380 WHA<br>No. C 17-05813 WHA<br><br>**TENTATIVE ORDER RE MOTIONS TO STAY DISCOVERY AND COMPLETION OF THE ADMINISTRATIVE RECORD** |

Appended hereto is a tentative order on both parties' motions for a stay of discovery and completion of the administrative record. Both sides may respond by **NOON TODAY** or earlier. Address in your response any critique of the appended tentative order.

Dated: November 20, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE