IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,

Defendants.

No. C 17-05211 WHA
No. C 17-05235 WHA
No. C 17-05329 WHA
No. C 17-05380 WHA
No. C 17-05813 WHA

**ONE-MONTH CONTINUANCE OF DUE DATE FOR AUGMENTED ADMINISTRATIVE RECORD AND TEMPORARY STAY OF DISCOVERY**

The previous schedule is hereby modified to allow the government an additional month to compile and to file the augmented administrative record, which due date will now be **DECEMBER 22, 2017, AT NOON**. Although the government need not file until that date, it must promptly locate and compile the additional materials and be ready to file the fully augmented record by December 22, this caution being necessary in order to have a realistic opportunity to reach a final decision on the merits before the March 5 termination date. Additionally, all discovery is hereby **STAYED** until **DECEMBER 22, 2017, AT NOON**.

Meanwhile, we will proceed with the motion to dismiss and competing motion for provisional relief as scheduled. If the motion to dismiss is denied, then we will promptly set a practical schedule to reach the merits with the benefit of the augmented record.

Except to the foregoing extent, both emergency motions for stay are **DENIED**.

**IT IS SO ORDERED.**

Dated: November 20, 2017.

DRAFT

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE