1  CHAD A. READLER
   Principal Deputy Assistant Attorney General
2  BRIAN STRETCH
   United States Attorney
3  BRETT A. SHUMATE
   Deputy Assistant Attorney General
4  JENNIFER D. RICKETTS
   Director, Federal Programs Branch
5  JOHN R. TYLER
   Assistant Branch Director
6  BRAD P. ROSENBERG (DC Bar #467513)
   Senior Trial Counsel
7  STEPHEN M. PEZZI (DC Bar #995500)
   KATE BAILEY (MD Bar #1601270001)
8  Trial Attorneys
   United States Department of Justice
9  Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, N.W.
10 Washington, DC  20530
   Telephone: (202) 514-3374
11 Facsimile: (202) 616-8460
   E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | No. 3:17-cv-05211-WHA<br>No. 3:17-cv-05235-WHA<br>No. 3:17-cv-05329-WHA<br>No. 3:17-cv-05380-WHA<br>No. 3:17-cv-05813-WHA<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STAY (ECF NO. 190) AND TENTATIVE ORDER OF THE COURT (ECF NO. 193)**<br><br>Judge:  Honorable William Alsup |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STAY
AND TENTATIVE ORDER OF THE COURT**

While Defendants appreciate the suggested relief provided in the Court's tentative order, the proposed relief does not fully address all of Defendants' substantial concerns. Absent additional relief either from this Court or the Supreme Court, Defendants will be required to continue to compile the administrative record during the pendency of the stay. For the reasons set forth in Defendants' prior filings, Defendants believe that the Court's prior Orders regarding discovery and the scope of the Administrative Record are improper. *See, e.g.*, Order re Motion to Complete the Administrative Record, ECF No. 79; Motion to Stay Pending Petition for Writ of Mandamus, ECF No. 81.

Although Defendants are engaging in discussions with Plaintiffs to potentially address some of these concerns, absent additional relief Defendants reserve their right to promptly seek review of the Ninth Circuit's denial of their Petition for a Writ of Mandamus with the Supreme Court.

Dated: November 20, 2017

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

BRIAN STRETCH
United States Attorney

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
KATE BAILEY (MD Bar #1601270001)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Phone: (202) 514-3374
Fax: (202) 616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*