FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
NOV 18 2017
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: UNITED STATES OF AMERICA; DONALD J. TRUMP; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE. <br><br> ——————————————— <br><br> UNITED STATES OF AMERICA; DONALD J. TRUMP; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, <br><br>　　　　Petitioners, <br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, <br><br>　　　　Respondent, <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; JANET NAPOLITANO, In her official capacity as President of the University of California; STATE OF CALIFORNIA; STATE OF MAINE; STATE OF MINNESOTA; STATE OF MARYLAND; CITY OF SAN JOSE; DULCE GARCIA; MIRIAM GONZALEZ AVILA; VIRIDIANA CHABOLLA MENDOZA; NORMA RAMIREZ; COUNTY OF SANTA CLARA; | No. 17-72917 <br><br> D.C. Nos. 3:17-cv-05211-WHA <br>　　　　　　3:17-cv-05235-WHA <br>　　　　　　3:17-cv-05329-WHA <br>　　　　　　3:17-cv-05380-WHA <br>　　　　　　3:17-cv-05813-WHA <br> Northern District of California, San Francisco <br><br> ORDER |

SMR/MOATT

| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521; JIRAYUT LATTHIVONGSKORN; SAUL JIMENEZ SUAREZ, Real Parties in Interest. |
|---|

Before: WARDLAW, GOULD, and WATFORD, Circuit Judges.

The court has received the government's November 17, 2017 emergency stay motion. The response to the motion is due Monday, November 20, 2017, at 12:00 p.m. PST, and the optional reply is due Monday, November 20, 2017, at 5:00 p.m. PST.

In addition to all other issues the parties wish to raise in the response and reply, the parties shall address whether this court has jurisdiction to grant a stay of proceedings, or whether the motion for a stay should instead be filed in the district court. *See Ellis v. U.S. Dist. Court*, 360 F.3d 1022 (9th Cir. 2004) (en banc).