# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Regents of University of CA, et al.

Plaintiff(s),

v.

U.S. Dept. of Homeland Security, et al.

Defendant(s).

Case No: 17cv05211WHA

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Matthew J. Piers, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Current and Former Law Enforce. Leaders in the above-entitled action. My local co-counsel in this case is Fredric D. Woocher, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 70 W. Madison St., Suite 4000<br>Chicago, Illinois 60602 | 10940 Wilshire Boulevard, Suite 2000<br>Los Angeles, California 90024 |
| MY TELEPHONE # OF RECORD:<br>(312) 580-0100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 576-1233 |
| MY EMAIL ADDRESS OF RECORD:<br>mpiers@hsplegal.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>fwoocher@strumwooch.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2206161.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/22/17

Matthew J. Piers
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew J. Piers is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 30, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

October 2012