United States District Court
For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA and JANET NAPOLITANO,
11 in her official capacity as President of the       No. C 17-05211 WHA
University of California,                            No. C 17-05235 WHA
12                                                   No. C 17-05329 WHA
Plaintiffs,                                          No. C 17-05380 WHA
13                                                   No. C 17-05813 WHA

14    v.

15 UNITED STATES DEPARTMENT OF
HOMELAND SECURITY and ELAINE                         **REQUEST TO COUNSEL**
16 DUKE, in her official capacity as Acting
Secretary of the Department of Homeland
17 Security,

18             Defendants.
                                        /
19

20        The judge, as the nominal respondent, is considering submitting a short statement in

21 response to defendants' application for a stay before the Supreme Court and will decide by

22 tomorrow whether to do so.  He has no practical way to do so in a way that would comply with

23 the Supreme Court's rules on number of copies and format.  Is it possible for counsel for both

24 sides to agree on a way to append the judge's views to one of the party's filings?

25        Counsel shall please advise by **TOMORROW, DECEMBER 5 AT 9:00 A.M.**

26

27

28 Dated: December 4, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE