| | |
|---|---|
| Jeffrey M. Davidson (SBN 248620) | XAVIER BECERRA |
| Alan Bersin (SBN 63874) | Attorney General of California |
| COVINGTON & BURLING LLP | MICHAEL L. NEWMAN |
| One Front Street, 35th Floor | Supervising Deputy Attorney General |
| San Francisco, CA 94111-5356 | JAMES F. ZAHRADKA II (SBN 196822) |
| Telephone: (415) 591-6000 | Deputy Attorney General |
| Facsimile: (415) 591-6091 | 1515 Clay Street, 20th Floor |
| Email: jdavidson@cov.com, | Oakland, CA 94612-0550 |
| abersin@cov.com | Telephone: (510) 879-1247 |
| *Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California* | E-mail: James.Zahradka@doj.ca.gov |
| | *Attorneys for Plaintiff State of California* |
| Theodore J. Boutrous, Jr. (SBN 132099) | Joseph W. Cotchett (SBN 36324) |
| Ethan D. Dettmer (SBN 196046) | Justin T. Berger (SBN 250346) |
| Jesse S. Gabriel (SBN 263137) | COTCHETT, PITRE & McCARTHY, LLP |
| GIBSON, DUNN & CRUTCHER LLP | 840 Malcolm Road, Suite 200 |
| 333 South Grand Avenue | Burlingame, CA 94010 |
| Los Angeles, CA 90071-3197 | Telephone: (650) 697-6000 |
| Telephone: (213) 229-7000 | Facsimile: (650) 697-0577 |
| Facsimile: (213) 229-7520 | Email: jcotchett@cpmlegal.com |
| Email: tboutrous@gibsondunn.com, | jberger@cpmlegal.com |
| edettmer@gibsondunn.com, | *Attorneys for Plaintiff City of San Jose* |
| jgabriel@gibsondunn.com | |
| *Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn* | Jonathan Weissglass (SBN 185008) |
| | Stacey M. Leyton (SBN 203827) |
| | Eric P. Brown (SBN 284245) |
| | ALTSHULER BERZON LLP |
| | 177 Post Street, Suite 300 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 421-7151 |
| | Facsimile: (415) 362-8064 |
| | Email: jweissglass@altber.com |
| | *Attorneys for Plaintiffs County of Santa Clara and Service Employees International Union Local 521* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, <br><br> Defendants. | CASE NO. 17-CV-05211-WHA <br><br> **PLAINTIFFS' MOTION FOR JUDICIAL NOTICE AND TO SUPPLEMENT THE RECORD** <br><br> Judge: Honorable William Alsup <br> Hearing: February 8, 2018, 8:00 a.m. <br> Courtroom: 12, 19th Floor |

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA,<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>        Defendants. | CASE NO. 17-CV-05235-WHA |
| CITY OF SAN JOSE, a municipal corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA,<br><br>        Defendants. | CASE NO. 17-CV-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security,<br><br>        Defendants. | CASE NO. 17-CV-05380-WHA |
| County of Santa Clara and Service Employees International Union Local 521,<br><br>        Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, JEFFERSON BEAUREGARD SESSIONS, in his official capacity as Attorney General of the United States; ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendants. | CASE NO. 17-CV-05813-WHA |

PLEASE TAKE NOTICE that at 8:00 a.m. on February 8, 2018, at 450 Golden Gate Avenue, Courtroom 12, San Francisco, California, Plaintiffs The Regents of the University of California, Janet Napolitano, in her official capacity as President of the University of California, the States of California, Maine, Maryland, and Minnesota, Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, Jirayut Latthivongskorn, City of San Jose, County of Santa Clara and Service Employees International Union Local 521 (collectively, "Plaintiffs") will, and hereby do, move for judicial notice of, and to supplement the record on their motion for provisional relief and opposition to defendants' motion to dismiss with, significant evidence that only recently became available.

Plaintiffs request, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of Exhibit A to the Davidson Declaration, filed in support of this motion, which is a true and correct copy of a tweet sent by President Trump at 5:16 a.m. EST on December 29, 2017, available at https://twitter.com/realDonaldTrump/status/946731576687235072.

The tweet states:

> The Democrats have been told, and fully understand, that there can be no DACA without the desperately needed WALL at the Southern Border and an END to the horrible Chain Migration & ridiculous Lottery System of Immigration etc. We must protect our Country at all cost!"

Davidson Decl., Ex. A.  Plaintiffs further request to supplement the record on their Motion for Provisional Relief (ECF No. 111) and their Opposition to Defendants' Motion to Dismiss (ECF No. 205) with Exhibit A.  Plaintiffs' requests are supported by good cause as follows:

In these lawsuits, plaintiffs challenge defendants' September 5, 2017, rescission of the Deferred Action for Childhood Arrivals ("DACA") program and bring claims under, *inter alia*, the Administrative Procedure Act ("APA") and the Fifth Amendment to the U.S. Constitution.  On November 1, 2017, plaintiffs filed their Motion for Provisional Relief and defendants filed their Motion to Dismiss.  On December 20, 2017, the Court heard oral argument on the motions.

A Court "must take judicial notice" of adjudicative facts "if a party requests it and the court is supplied with the necessary information."  Fed. R. Evid. 201(c)(2).  The Court can judicially notice any "fact that is not subject to reasonable dispute because it: . . . can be accurately and readily determined

1  from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).  Exhibit A is a
2  tweet posted by the President on his Twitter account.  As a general matter, "[i]t is not uncommon for
3  courts to take judicial notice of factual information found on the world wide web." *O'Toole v. Northrop*
4  *Grumman Corp.*, 499 F.3d 1218, 1224 (10th Cir. 2007).  Courts in this circuit regularly take notice of
5  statements made on social media accounts.  *See, e.g.*, *Veronica Foods Co. v. Ecklin*, No. 16-CV-07223-
6  JCS, 2017 WL 2806706, at *4 (N.D. Cal. June 29, 2017) ("The Court takes judicial notice of exhibits
7  showing [plaintiff's] own disclosures through its websites and social media accounts, because the Court
8  can readily determine what [plaintiff] has disclosed by accessing those publicly available online
9  sources."); *Lindora, LLC v. Limitless Longevity LLC*, No. 15-CV-2847-JAH (KSC), 2016 WL 6804443,
10 at *3 (S.D. Cal. Sept. 29, 2016) (granting request for judicial notice of defendants' social media
11 account); *see also, e.g.*, U.S. Supp. Submission & Further Resp. 2, 4, *James Madison Proj. v. Dep't of
12 Justice*, No. 1:17-cv-00144 (D.D.C. Nov. 13, 2017), ECF No. 29 ("The government is treating the
13 [President's tweets] as official statements of the President of the United States").  Because Exhibit A
14 satisfies the criteria of Rule 201(b) of the Federal Rules of Evidence, the Court must take judicial notice
15 of it pursuant to Rule 201(c)(2) of the Federal Rules of Evidence.

16      Plaintiffs also request that the Court exercise its discretion to supplement the record with the
17 President's tweet, which is germane to the Motion for Provisional Relief.  *See, e.g.*, *Steven N.S. Cheung,*
18 *Inc. v. United States*, No. 04-2050-RSM, 2006 U.S. Dist. LEXIS 51755, at *6 (W.D. Wash. July 28,
19 2006) (granting motion to supplement record when "new facts have come to light and the Court would
20 benefit from having the most complete record available to it when resolving the instant motion").
21 Specifically, in their Motion for Provisional Relief, plaintiffs demonstrate that the government's stated
22 rationale for the Rescission—purported "litigation risk"—is pretextual, insofar as the evidence reveals
23 that one of the true rationales for the Rescission was "to make DACA recipients a bargaining chip in
24 order to secure support for harsh immigration legislation from members of Congress who support
25 DACA recipients and would not otherwise support the administration's immigration agenda."  Pls.'
26 Opening Br. 30.  The President's tweet in Exhibit A explicitly proposes a trade of DACA for anti-
27 immigration legislation and a border wall, and thereby further supports the inference that defendants
28 rescinded DACA not for the reasons they stated, but to create this bargaining opportunity.

Moreover, defendants have moved to dismiss plaintiffs' claim brought under the substantive component of the Due Process Clause, which prohibits conduct that "shocks the conscience" or interferes with rights implicit in the concept of ordered liberty. Exhibit A is relevant to the Court's analysis of this motion, as it further underscores that the Rescission was fundamentally unfair and did not further any compelling government interest, but instead was a tactic used to gain leverage to enact the administration's immigration agenda. *See* Pls.' Opp'n to Defs.' Mot. to Dismiss 30-33. Using DACA recipients as a bargaining chip for political objectives having nothing to do with the program and exploiting the recipients' reasonable reliance upon representations made in the course of disclosing intimate, personal information "d[oes] not comport with traditional ideas of fair play and decency." *Cnty. of Sacramento v. Lewis*, 523 U.S. 833, 847 (1998) (quotations omitted).

WHEREFORE, plaintiffs respectfully request that this Court (1) take judicial notice of Exhibit A to the Davidson Declaration; (2) allow plaintiffs to supplement the record with Exhibit A; and (3) consider this additional evidence in addressing the parties' pending motions.

Dated: January 2, 2018

Respectfully submitted,

COVINGTON & BURLING LLP

/s/ Jeffrey M. Davidson
Jeffrey M. Davidson (SBN 248620)
Alan Bersin (SBN 63874)
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: jdavidson@cov.com

Lanny A. Breuer (*pro hac vice*)
Mark H. Lynch (*pro hac vice*)
Alexander A. Berengaut (*pro hac vice*)
Megan A. Crowley (*pro hac vice*)
Ashley Anguas Nyquist (*pro hac vice*)
Jonathan Y. Mincer (Bar No. 298795)
Ivano M. Ventresca (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
E-mail: lbreuer@cov.com, mlynch@cov.com,
aberengaut@cov.com, mcrowley@cov.com,
anyquist@cov.com, jmincer@cov.com,
iventresca@cov.com

Mónica Ramírez Almadani (SBN 234893)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: mralmadani@cov.com

Erika Douglas (SBN 314531)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94061-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: edouglas@cov.com

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Supervising Deputy Attorney General

/s/ James F. Zahradka II
JAMES F. ZAHRADKA II (SBN 196822)
Deputy Attorney General

CHRISTINE CHUANG
REBEKAH A. FRETZ
RONALD H. LEE
KATHLEEN VERMAZEN RADEZ
SHUBHRA SHIVPURI
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
Telephone: (510) 879-1247

*Attorneys for Plaintiff State of California*

JANET T. MILLS
Attorney General of Maine
SUSAN P. HERMAN (*pro hac vice*)
Deputy Attorney General
6 State House Station
Augusta, Maine 04333
Telephone: (207) 626-8814
Email: susan.herman@maine.gov

*Attorneys for Plaintiff State of Maine*

BRIAN E. FROSH
Attorney General of Maryland
STEVEN M. SULLIVAN (*pro hac vice*)
Solicitor General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Telephone: (410) 576-6325
Email: ssullivan@oag.state.md.us

*Attorneys for Plaintiff State of Maryland*

Charles F. Robinson (SBN 113197)
Margaret Wu (Bar No. 184167)
Julia M. C. Friedlander (SBN 165767)
Sonya Sanchez (SBN 247541)
Norman Hamill (SBN 154272)
Harpreet Chahal (SBN 233268)
Michael Troncoso (SBN 221180)
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: (510) 987-9800
Facsimile: (510) 987-9757
Email: charles.robinson@ucop.edu

*Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*

LORI SWANSON
Attorney General State of Minnesota
JULIANNA F. PASSE (*pro hac vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
Telephone: (651) 757-1136
Email: julianna.passe@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*


GIBSON, DUNN & CRUTCHER LLP

/s/ Theodore J. Boutrous, Jr.

THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
KATHERINE M. MARQUART, SBN 248043
kmarquart@gibsondunn.com
JESSE S. GABRIEL, SBN 263137
jgabriel@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

COTCHETT, PITRE & McCARTHY, LLP
OFFICE OF THE CITY ATTORNEY
/s/ Justin T. Berger

JOSEPH W. COTCHETT, SBN 36324
jcotchett@cpmlegal.com
JUSTIN T. BERGER, SBN 250346
jberger@cpmlegal.com
BRIAN DANITZ, SBN 247403
bdanitz@cpmlegal.com
TAMARAH P. PREVOST, SBN 313422
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

RICHARD DOYLE (SBN 88625)
NORA FRIMANN (SBN 93249)
OFFICE OF THE CITY ATTORNEY
200 East Santa Clara Street, 16th Floor
San José, California 95113
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email Address: cao.main@sanJoséca.gov

*Attorneys for Plaintiff City of San Jose*

PUBLIC COUNSEL
MARK D. ROSENBAUM, SBN 59940
mrosenbaum@publiccounsel.org
JUDY LONDON, SBN 149431
jlondon@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

BARRERA LEGAL GROUP, PLLC
LUIS CORTES ROMERO, SBN 310852
lcortes@barreralegal.com
19309 68th Avenue South, Suite R102
Kent, WA 98032
Telephone: (253) 872-4730
Facsimile: (253) 237-1591

LAURENCE H. TRIBE, SBN 39441
larry@tribelaw.com Harvard Law School
*Affiliation for identification purposes only
1575 Massachusetts Avenue
Cambridge, MA 02138
Telephone: (617) 495-1767

ERWIN CHEMERINSKY, *pro hac vice*
forthcoming
echemerinsky@law.berkeley.edu
University of California, Berkeley School of Law
*Affiliation for identification purposes only
215 Boalt Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

LEAH M. LITMAN, *pro hac vice*
forthcoming llitman@law.uci.edu
University of California, Irvine School of Law
*Affiliation for identification purposes only
401 East Peltason Drive Irvine, CA 92697
Telephone: (949) 824-7722

*Attorneys for Plaintiffs DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN*

| | |
|---|---|
| /s/ James R. Williams | /s/ Eric P. Brown |
| JAMES R. WILLIAMS, County Counsel<br>GRETA S. HANSEN<br>LAURA S. TRICE<br>laura.trice@cco.sccgov.org<br>MARCELO QUIÑONES<br>marcelo.quinones@cco.sccgov.org<br>OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF SANTA CLARA<br>70 West Hedding Street<br>East Wing, Ninth Floor<br>San Jose, CA 95110-1770<br>Telephone: (408) 299-5900<br>Facsimile: (408) 292-7240<br><br>*Attorneys for Plaintiff COUNTY OF SANTA CLARA* | JONATHAN WEISSGLASS<br>jweissglass@altber.com<br>STACEY M. LEYTON<br>sleyton@altber.com<br>ERIC P. BROWN<br>ebrown@altber.com<br>ALTSHULER BERZON LLP<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br><br>*Attorneys for Plaintiffs COUNTY OF SANTA CLARA AND SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521* |

**ATTESTATION**

I, Jeffrey M. Davidson, hereby attest, pursuant to Civil L.R. 5-1, that I have received authorization to electronically sign and file this document from each of the persons identified in the signature block.

Dated: January 2, 2018

/s/ Jeffrey M. Davidson
Jeffrey M. Davidson

*Counsel for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*