IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>    Defendants. | No. C 17-05211 WHA<br>No. C 17-05235 WHA<br>No. C 17-05329 WHA<br>No. C 17-05380 WHA<br>No. C 17-05813 WHA<br><br>**REQUEST FOR GOVERNMENT TO RESPOND TO MOTION TO SUPPLEMENT** |

Plaintiffs have noticed a motion for February 8, 2018, to supplement the record with one tweet by President Trump (Dkt. No. 227). The Court expects to rule on the pending motions sooner than February 8. By **FRIDAY AT NOON**, the Court asks that defendants state whether they have any objection (and if so, what) to taking judicial notice of the one tweet. The government may comment as well on the significance of the tweet to the pending motions. There will be no reply.

**IT IS SO ORDERED.**

Dated: January 3, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE