**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA and JANET NAPOLITANO,
in her official capacity as President of the
University of California,

        Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY and ELAINE DUKE,
in her official capacity as Acting Secretary of the
Department of Homeland Security,

        Defendants.

                                  /

No. C 17-05211 WHA
No. C 17-05235 WHA
No. C 17-05329 WHA
No. C 17-05380 WHA
No. C 17-05813 WHA

**REQUEST FOR
SUPPLEMENTAL
BRIEFING**

By **MONDAY AT NOON**, the parties shall submit supplemental five-page memorandums discussing the significance, if any, of *Hawaii v. Trump*, — F.3d —, 2017 WL 6554184 (9th Cir. Dec. 22, 2017), a recent decision by our court of appeals issued two days after oral argument on the pending motions. There will be no reply.

    **IT IS SO ORDERED.**

Dated: January 3, 2018.

                                            
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE