1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

UC REGENTS, et al.,

No. 17-cv-05211-WHA (SK)

8

Plaintiffs,

No. 17-cv-05235-WHA (SK)
No. 17-cv-05329-WHA (SK)
No. 17-cv-05380-WHA (SK)

9

v.

No. 17-cv-05813-WHA (SK)

10

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

**ORDER REGARDING
DISCOVERY HEARING**

11

Defendants.

12

13

        In anticipation of the discovery hearing set for tomorrow, January 11, 2018 at 10:30 a.m.,

14

the parties shall be prepared to discuss the following:

15

    1.  In light of the Order issued on January 9, 2018, do the parties foresee a need to conduct

16

        discovery on an urgent basis?

17

    2.  What discovery do the parties contemplate?  Have the parties met and conferred on the

18

        parameters of any outstanding discovery, given the current status of the case and recent

19

        rulings by the district court, the Ninth Circuit Court of Appeals, and the United States

20

        Supreme Court?

21

    3.  Does the government plan to appeal the Order of January 9, 2018?  If so, does the

22

        government plan to seek a stay of these proceedings and what is the timeline for the

23

        appeal?  How will this affect discovery?

24

        **IT IS SO ORDERED**.

Dated: January 10, 2018

25

26

_____

27

SALLIE KIM
United States Magistrate Judge

28