CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
BRETT A. SHUMATE
Deputy Assistant Attorney General
JENNIFER D. RICKETTS
Branch Director
JOHN R. TYLER
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
KATE BAILEY (MD Bar #1601270001)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC  20530
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and KIRSTJEN M. NIELSEN, in her official capacity as the Secretary of Homeland Security,<br><br>Defendants. | No. 3:17-cv-05211-WHA<br><br>**NOTICE OF APPEAL**<br><br>Judge:  Honorable William Alsup |

1

2    STATE OF CALIFORNIA, STATE OF
     MAINE, STATE OF MARYLAND, and
3    STATE OF MINNESOTA,

4              Plaintiffs,

5         v.                                        No. 3:17-cv-05235-WHA

6    U.S. DEPARTMENT OF HOMELAND
     SECURITY, KIRSTJEN M. NIELSEN, in her
7    official capacity as Secretary of Homeland
     Security, and the UNITED STATES OF
8    AMERICA,

9              Defendants.

10

11

12   CITY OF SAN JOSE, a municipal
     corporation,
13

14             Plaintiff,

15        v.                                         No. 3:17-cv-05329-WHA

16   DONALD J. TRUMP, President of the United
     States, in his official capacity, KIRSTJEN M.
17   NIELSEN, in her official capacity as
     Secretary of Homeland Security, and the
18   UNITED STATES OF AMERICA,

19             Defendants.

20

21

22   DULCE GARCIA, MIRIAM GONZALEZ
     AVILA, SAUL JIMENEZ SUAREZ,
23   VIRIDIANA CHABOLLA MENDOZA,
     NORMA RAMIREZ, and JIRAYUT
24   LATTHIVONGSKORN,

25             Plaintiffs,

26        v.                                         No. 3:17-cv-05380-WHA

27   UNITED STATES OF AMERICA,
     DONALD J. TRUMP, in his official capacity
28

**NOTICE OF APPEAL**
**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**

1    as President of the United States, U.S.
     DEPARTMENT OF HOMELAND
2    SECURITY, and KIRSTJEN M. NIELSEN,
     in her official capacity as Secretary of
3    Homeland Security,

4                      Defendants.

5

6

7    COUNTY OF SANTA CLARA and
     SERVICE EMPLOYEES INTERNATIONAL
8    UNION LOCAL 521,

9                      Plaintiffs,

10         v.                                              No. 3:17-cv-05813-WHA

11   DONALD J. TRUMP, President of the United
     States, in his official capacity; JEFFERSON
12   BEAUREGARD SESSIONS, Attorney
     General of the United States, in his official
13   capacity; KIRSTJEN M. NIELSEN, Secretary
     of Homeland Security, in her official capacity;
14   and the U.S. DEPARTMENT OF
     HOMELAND SECURITY,
15

16                      Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Defendants in the above-captioned matters hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's January 9, 2018 Order Denying FRCP 12(b)(1) Dismissal and Granting Provisional Relief[1] and this Court's January 12, 2018 Order Granting in Part Defendants' Motion to Dismiss Under FRCP 12(b)(6).[2] Those Orders are docketed in each of these five cases as follows:

- *Regents of the University of California, et al. v. United States Department of Homeland Security, et al.*, No. 3:17-cv-05211-WHA, ECF Nos. 234, 239.

- *State of California, et al. v. U.S. Department of Homeland Security, et al.*, No. 3:17-cv-05235-WHA, ECF Nos. 83, 88.

- *City of San Jose v. Donald J. Trump, et al.*, No. 3:17-cv-05329-WHA, ECF Nos. 66, 71.

- *Dulce Garcia, et al. v. United States of America, et al.*, No. 3:17-cv-05380-WHA, ECF Nos. 60, 65.

- *County of Santa Clara, et al. v. Donald J. Trump, et al.*, No. 3:17-cv-05813-WHA, ECF Nos. 48, 53.

This appeal includes all prior orders and decisions that merge into the Court's January 9, 2018 and January 12, 2018 Orders.

---

[1] While the January 9, 2018 Order is immediately appealable to the extent it grants provisional relief, all Defendants are also appealing the Order to the extent it denies Defendants' motion to dismiss.  That aspect of the appeal is being taken pursuant to 28 U.S.C. § 1292(b).

[2] The January 12, 2018 Order is being appealed pursuant to 28 U.S.C. § 1292(b).

NOTICE OF APPEAL
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

1   Dated: January 16, 2018                Respectfully submitted,

2                                          CHAD A. READLER
                                           Acting Assistant Attorney General
3
                                           ALEX G. TSE
4                                          Acting United States Attorney

5                                          BRETT A. SHUMATE
                                           Deputy Assistant Attorney General
6
                                           JENNIFER D. RICKETTS
7                                          Branch Director

8                                          JOHN R. TYLER
                                           Assistant Branch Director
9
                                           */s/ Brad P. Rosenberg*
10                                         BRAD P. ROSENBERG (DC Bar #467513)
                                           Senior Trial Counsel
11
                                           STEPHEN M. PEZZI (DC Bar #995500)
12                                         KATE BAILEY (MD Bar #1601270001)
                                           Trial Attorneys
13                                         United States Department of Justice
                                           Civil Division, Federal Programs Branch
14                                         20 Massachusetts Avenue N.W.
                                           Washington, DC  20530
15                                         Phone: (202) 514-3374
                                           Fax: (202) 616-8460
16                                         Email: brad.rosenberg@usdoj.gov

17                                         *Attorneys for Defendants*

18

19

20

21

22

23

24

25

26

27

28