United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and KIRSTJEN NIELSEN, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | No. C 17-05211 WHA<br>No. C 17-05235 WHA<br>No. C 17-05329 WHA<br>No. C 17-05380 WHA<br>No. C 17-05813 WHA<br><br>**ORDER RE SCOPE OF ADMINISTRATIVE RECORD AND DISCOVERY STAY** |

On January 19, the parties submitted argument, at the Court's invitation, as to whether some narrowing of the order dated October 17, 2017, to complete the administrative record is necessary or appropriate (Dkt. Nos. 242, 243). In their submission, plaintiffs requested additional time to see whether the parties can reach agreement regarding the proper scope of the administrative record. Plaintiffs' request is **GRANTED**. The parties shall file a joint report by **JANUARY 26 AT NOON** regarding the status of the parties' discussions.

Discovery shall remain stayed. All other deadlines, including plaintiffs' deadlines to seek leave to amend their complaints as set forth in the January 9 and January 12 orders, shall remain in effect. Nothing by way of provisional relief is stayed.

**IT IS SO ORDERED.**

Dated: January 22, 2018. 
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE