1  Jeffrey M. Davidson (SBN 248620)
   Alan Bersin (SBN 63874)
2  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
3  San Francisco, CA 94111-5356
   Telephone: (415) 591-6000
4  Facsimile: (415) 591-6091
   Email: jdavidson@cov.com,
5  abersin@cov.com
   *Attorneys for Plaintiffs The Regents of the University*
6  *of California and Janet Napolitano, in her official*
   *capacity as President of the University of California*
7
   Theodore J. Boutrous, Jr. (SBN 132099)
8  Ethan D. Dettmer (SBN 196046)
   Jesse S. Gabriel (SBN 263137)
9  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
10 Los Angeles, CA 90071-3197
   Telephone: (213) 229-7000
11 Facsimile: (213) 229-7520
   Email: tboutrous@gibsondunn.com,
12 edettmer@gibsondunn.com,
   jgabriel@gibsondunn.com
13 *Attorneys for Plaintiffs Dulce Garcia, Miriam*
   *Gonzalez Avila, Saul Jimenez Suarez, Viridiana*
14 *Chabolla Mendoza, Norma Ramirez, and Jirayut*
   *Latthivongskorn*
15

   XAVIER BECERRA
   Attorney General of California
   MICHAEL L. NEWMAN
   Supervising Deputy Attorney General
   JAMES F. ZAHRADKA II (SBN 196822)
   Deputy Attorney General
   1515 Clay Street, 20th Floor
   Oakland, CA  94612-0550
   Telephone: (510) 879-1247
   E-mail: James.Zahradka@doj.ca.gov
   *Attorneys for Plaintiff State of California*


   Joseph W. Cotchett (SBN 36324)
   Justin T. Berger (SBN 250346)
   COTCHETT, PITRE & McCARTHY, LLP
   840 Malcolm Road, Suite 200
   Burlingame, CA  94010
   Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
   Email: jcotchett@cpmlegal.com
   jberger@cpmlegal.com
   *Attorneys for Plaintiff City of San Jose*

   Jonathan Weissglass (SBN 185008)
   Stacey M. Leyton (SBN 203827)
   Eric P. Brown (SBN 284245)
   ALTSHULER BERZON LLP
   177 Post Street, Suite 300
   San Francisco, CA 94108
   Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
   Email: jweissglass@altber.com
   *Attorneys for Plaintiffs County of Santa Clara*
   *and Service Employees International Union*
   *Local 521*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and KIRSTJEN M. NIELSEN, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | CASE NO. 17-CV-05211-WHA<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINTS AND TO SEEK LEAVE TO FILE AMENDED COMPLAINTS; [PROPOSED] ORDER**<br><br>Judge: Honorable William Alsup |

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, KIRSTJEN M. NIELSEN, in her official capacity as Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 17-CV-05235-WHA |
| CITY OF SAN JOSE, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, KIRSTJEN M. NIELSEN, in her official capacity, and the UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 17-CV-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and KIRSTJEN M. NIELSEN, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | CASE NO. 17-CV-05380-WHA |
| County of Santa Clara and Service Employees International Union Local 521,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, JEFFERSON BEAUREGARD SESSIONS, in his official capacity as Attorney General of the United States; KIRSTJEN M. NIELSEN, in her official capacity as Secretary of the Department of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | CASE NO. 17-CV-05813-WHA |

## STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINTS AND TO SEEK LEAVE TO FILE AMENDED COMPLAINTS

All Plaintiffs and all Defendants in the above-captioned cases, by and through their respective counsel and pursuant to Civil Local Rules 6-1 and 6-2, hereby enter into this stipulation and agreement regarding the deadlines for Plaintiffs to move for leave to file amended complaints and for Defendants to file responsive pleadings, as follows:

1.      On January 9, 2018, this Court entered an Order denying in large part Defendants' motion to dismiss for lack of jurisdiction. *See* ECF No. 234.[1] However, the Court dismissed Maine and Minnesota's claims under the Administrative Procedure Act under the "zone of interests" statutory standing doctrine. *Id.* at 28.  The Court stated that Maine or Minnesota may seek leave to amend their complaints within 21 calendar days of the date of the Order, with any such motions to be noticed on the normal 35-day track.  *See id.* at 48.  Accordingly, such motions, to the extent Maine or Minnesota wish to seek leave to amend, are currently due on January 30, 2018.

2.      Three days later, on January 12, 2018, this Court entered an Order granting-in-part and denying-in-part Defendants' motion to dismiss for failure to state a claim.  *See* ECF No. 239.  The Court stated that Plaintiffs may seek leave to amend their complaints within 21 calendar days of the date of the Order, with any such motions to be noticed on the normal 35-day track.  *See id.* at 13.  Accordingly, such motions, to the extent particular Plaintiffs wish to seek leave to amend, are currently due on February 2, 2017.

3.      Pursuant to Rule 12(a)(4) of the Federal Rules of Civil Procedure, Defendants' responsive pleadings are due within 14 days of the Court's denial of Defendants' motion to dismiss.

4.      If Defendants are required to prepare and file answers to the Plaintiffs' five initial complaints on the 14-day timeline, they will be required to expend significant resources to do so, even though those answers may become moot if Plaintiffs amend their complaints.  Moreover, litigation of these related matters requires coordination both between and among the multiple Plaintiffs and Defendants, which can be time consuming processes.  Also, the five separate complaints in these lawsuits are lengthy, and Defendants are required to respond to each separately, also a time-consuming task.

---

[1] All docket numbers refer to the docket in No. 3:17-cv-5211-WHA.

5.    The Court has not previously modified the deadlines set forth herein, and there are no other pending deadlines that would be affected if the Court grants the parties' requested relief.

6.    Accordingly, additional time for Plaintiffs to determine whether to seek leave to amend and prepare and file their motions and proposed amended complaints (if any), and for Defendants to then respond to such motions or, if no such motions are filed in a given matter, to file responsive pleadings, would be both efficient and appropriate.

7.    Because the Court has not stayed proceedings generally, the parties hereby STIPULATE AND AGREE regarding the deadlines for Plaintiffs to move for leave to file amended complaints (if they so choose) and for Defendants to file responsive pleadings, as follows:

a.    Defendants need not serve responsive pleadings within 14 days of the Court's denial of Defendants' motion to dismiss;

b.    The deadline for Plaintiffs to file their motions for leave to file amended complaints (if any) shall be March 20, 2018;

c.    If Plaintiffs in a given matter file a motion(s) for leave to file an amended complaint, then Defendants shall respond to that motion(s) on this Court's normal 35-day track; and

d.    If Plaintiffs in a given matter do not file a motion for leave to file an amended complaint, then Defendants shall file a responsive pleading in that matter within 30 days of the deadline for Plaintiffs to file their motions for leave to file amended complaints.[2]

IT IS SO STIPULATED THIS 23RD DAY OF JANUARY, 2018

Dated: January 23, 2018                          Respectfully submitted,

COVINGTON & BURLING LLP              XAVIER BECERRA
/s/ Jeffrey M. Davidson                          Attorney General of California
Jeffrey M. Davidson (SBN 248620)          MICHAEL L. NEWMAN
Alan Bersin (SBN 63874)                        Supervising Deputy Attorney General
One Front Street, 35th Floor                    /s/ James F. Zahradka II
San Francisco, CA 94111-5356                JAMES F. ZAHRADKA II (SBN 196822)
Telephone: (415) 591-6000                      Deputy Attorney General
Facsimile: (415) 591-6091
Email: jdavidson@cov.com

---

[2] To the extent the Court does not enter an order providing the parties' requested relief herein, then the parties separately stipulate to the extension of the deadline for Defendants to file their responsive pleadings, as set forth in paragraph 7.d, pursuant to Local Civil Rule 6-1(a).

Lanny A. Breuer (*pro hac vice*)
Mark H. Lynch (*pro hac vice*)
Alexander A. Berengaut (*pro hac vice*)
Megan A. Crowley (*pro hac vice*)
Ashley Anguas Nyquist (*pro hac vice*)
Jonathan Y. Mincer (Bar No. 298795)
Ivano M. Ventresca (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
E-mail: lbreuer@cov.com, mlynch@cov.com,
aberengaut@cov.com, mcrowley@cov.com,
anyquist@cov.com, jmincer@cov.com,
iventresca@cov.com

Mónica Ramírez Almadani (SBN 234893)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: mralmadani@cov.com

Erika Douglas (SBN 314531)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94061-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: edouglas@cov.com

Charles F. Robinson (SBN 113197)
Margaret Wu (Bar No. 184167)
Julia M. C. Friedlander (SBN 165767)
Sonya Sanchez (SBN 247541)
Norman Hamill (SBN 154272)
Harpreet Chahal (SBN 233268)
Michael Troncoso (SBN 221180)
University of California
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: (510) 987-9800
Facsimile: (510) 987-9757
Email: charles.robinson@ucop.edu

CHRISTINE CHUANG
REBEKAH A. FRETZ
RONALD H. LEE
KATHLEEN VERMAZEN RADEZ
SHUBHRA SHIVPURI
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
Telephone: (510) 879-1247

*Attorneys for Plaintiff State of California*

JANET T. MILLS
Attorney General of Maine
SUSAN P. HERMAN (*pro hac vice*)
Deputy Attorney General
6 State House Station
Augusta, Maine 04333
Telephone: (207) 626-8814
Email: susan.herman@maine.gov

*Attorneys for Plaintiff State of Maine*

BRIAN E. FROSH
Attorney General of Maryland
STEVEN M. SULLIVAN (*pro hac vice*)
Solicitor General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Telephone: (410) 576-6325
Email: ssullivan@oag.state.md.us

*Attorneys for Plaintiff State of Maryland*

LORI SWANSON
Attorney General State of Minnesota
JULIANNA F. PASSE (*pro hac vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
Telephone: (651) 757-1136
Email: julianna.passe@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

*Attorneys for Plaintiffs The Regents of the*
*University of California and Janet Napolitano,*
*in her official capacity as President of the*
*University of California*

GIBSON, DUNN & CRUTCHER LLP

/s/ Theodore J. Boutrous, Jr.

THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
KATHERINE M. MARQUART, SBN 248043
kmarquart@gibsondunn.com
JESSE S. GABRIEL, SBN 263137
jgabriel@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

PUBLIC COUNSEL
MARK D. ROSENBAUM, SBN 59940
mrosenbaum@publiccounsel.org
JUDY LONDON, SBN 149431
jlondon@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

BARRERA LEGAL GROUP, PLLC
LUIS CORTES ROMERO, SBN 310852
lcortes@barreralegal.com
19309 68th Avenue South, Suite R102
Kent, WA 98032
Telephone: (253) 872-4730
Facsimile: (253) 237-1591

COTCHETT, PITRE & McCARTHY, LLP
OFFICE OF THE CITY ATTORNEY

/s/ Justin T. Berger

JOSEPH W. COTCHETT, SBN 36324
jcotchett@cpmlegal.com
JUSTIN T. BERGER, SBN 250346
jberger@cpmlegal.com
BRIAN DANITZ, SBN 247403
bdanitz@cpmlegal.com
TAMARAH P. PREVOST, SBN 313422
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

RICHARD DOYLE (SBN 88625)
NORA FRIMANN (SBN 93249)
OFFICE OF THE CITY ATTORNEY
200 East Santa Clara Street, 16th Floor
San José, California 95113
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email Address: cao.main@sanJoséca.gov

*Attorneys for Plaintiff City of San Jose*

LAURENCE H. TRIBE, SBN 39441
larry@tribelaw.com Harvard Law School
*Affiliation for identification purposes only
1575 Massachusetts Avenue
Cambridge, MA 02138
Telephone: (617) 495-1767

ERWIN CHEMERINSKY, *pro hac vice*
forthcoming
echemerinsky@law.berkeley.edu
University of California, Berkeley School of Law
*Affiliation for identification purposes only
215 Boalt Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

LEAH M. LITMAN, *pro hac vice*
forthcoming llitman@law.uci.edu
University of California, Irvine School of Law
*Affiliation for identification purposes only
401 East Peltason Drive Irvine, CA 92697
Telephone: (949) 824-7722

*Attorneys for Plaintiffs DULCE GARCIA,*
*MIRIAM GONZALEZ AVILA, SAUL*
*JIMENEZ SUAREZ, VIRIDIANA CHABOLLA*
*MENDOZA, NORMA RAMIREZ, and JIRAYUT*
*LATTHIVONGSKORN*

/s/ James R. Williams                          /s/ Eric P. Brown

JAMES R. WILLIAMS, County Counsel      JONATHAN WEISSGLASS
GRETA S. HANSEN                                jweissglass@altber.com
LAURA S. TRICE                                   STACEY M. LEYTON
laura.trice@cco.sccgov.org                    sleyton@altber.com
MARCELO QUIÑONES                          ERIC P. BROWN
marcelo.quinones@cco.sccgov.org         ebrown@altber.com
OFFICE OF THE COUNTY COUNSEL      ALTSHULER BERZON LLP
COUNTY OF SANTA CLARA                  177 Post St., Suite 300
70 West Hedding Street                          San Francisco, CA 94108
East Wing, Ninth Floor                          Telephone: (415) 421-7151
San Jose, CA 95110-1770
Telephone: (408) 299-5900                     *Attorneys for Plaintiffs COUNTY OF SANTA*
Facsimile: (408) 292-7240                      *CLARA AND SERVICE EMPLOYEES*
                                                           *INTERNATIONAL UNION LOCAL 521*
*Attorneys for Plaintiff COUNTY OF SANTA*
*CLARA*

CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director

JOHN R. TYLER
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
KATE BAILEY (MD Bar #1601270001)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Phone: (202) 514-3374
Fax: (202) 616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, the Court hereby enters the following schedule for the filing of any motions for leave to amend the complaints, responses to any such motions, and responsive pleadings:

    a.   Defendants need not serve responsive pleadings within 14 days of the Court's denial of Defendants' motion to dismiss;

    b.   The deadline for Plaintiffs to file their motions for leave to file amended complaint(s) (if any) shall be March 20, 2018;

    c.   If Plaintiffs in a given matter file a motion(s) for leave to file an amended complaint, then Defendants shall respond to that motion(s) pursuant to this Court's normal 35-day track; and

    d.   If Plaintiffs in a given matter do not file a motion for leave to file an amended complaint, then Defendants shall file a responsive pleading in that matter within 30 days of the deadline for Plaintiffs to file their motions for leave to file amended complaints.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  January ___, 2018

                                            _____
                                            William Alsup
                                            United States District Judge

**ATTESTATION**

I, James F. Zahradka II, hereby attest, pursuant to Civil L.R. 5-1, that I have received authorization to electronically sign and file this document from each of the persons identified in the signature block.

Dated: January 23, 2018

/s/ James F. Zahradka II
James F. Zahradka II
*Counsel for Plaintiff the State of California*