# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 22, 2018

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:   In Re United States, et al.,
             No. 17-801 (Your docket No. 17-72917)

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 22, 2018

Mr. Noel J. Francisco, Esq.
Solicitor General of the United States
Office of the Solicitor General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

    Re:   In Re United States, et al.,
           No. 17-801

Dear Mr. Francisco:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By

    Herve' Bocage
    Judgments/Mandates Clerk

Enc.
cc:   All counsel of record
       Clerk, USCA Ninth Circuit
          (Your docket No. 17-72917)

# Supreme Court of the United States

No. 17-801

**IN RE UNITED STATES OF AMERICA, ET AL.,**

Petitioners

**ON PETITION FOR WRIT OF MANDAMUS** treated as a petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated and the case is remanded to the United States Court of Appeals for for the Ninth Circuit for further proceedings consistent with this opinion.

December 20, 2017



A True copy
Test:
SCOTT S. HARRIS
Clerk of the Supreme Court of the United States
By: Cynthia Rapp