|  |  |
|---|---|
|  | **FILED** |
| UNITED STATES COURT OF APPEALS | MAR 15 2018 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, In her official capacity as President of the University of California,

        Plaintiffs-Appellees,

 v.

U.S. DEPARTMENT OF HOMELAND SECURITY and KIRSTJEN NIELSEN, In her official capacity as Acting Secretary of the Department of Homeland Security,

        Defendants-Appellants.

No. 18-15068

D.C. No. 3:17-cv-05211-WHA
Northern District of California,
San Francisco

ORDER

---

STATE OF CALIFORNIA; et al.,

        Plaintiffs-Appellees,

 v.

U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,

        Defendants-Appellants.

No. 18-15069

D.C. No. 3:17-cv-05235-WHA

---

CITY OF SAN JOSE,

        Plaintiff-Appellee,

 v.

No. 18-15070

D.C. No. 3:17-cv-05329-WHA

AC/MOATT

| | |
|---|---|
| DONALD J. TRUMP, President of the United States, in his official capacity; et al., | |
| Defendants-Appellants. | |

| | |
|---|---|
| DULCE GARCIA; et al., | No. 18-15071 |
| Plaintiffs-Appellees, | D.C. No. 3:17-cv-05380-WHA |
| v. | |
| UNITED STATES OF AMERICA; et al., | |
| Defendants-Appellants. | |

| | |
|---|---|
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521, | No. 18-15072 |
| | D.C. No. 3:17-cv-05813-WHA |
| Plaintiffs-Appellees, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States; et al., | |
| Defendants-Appellants. | |

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al., | No. 18-15128 |
| | D.C. Nos.  3:17-cv-05211-WHA |
| Plaintiffs-Appellees, |  3:17-cv-05235-WHA |
| |  3:17-cv-05329-WHA |
| v. |  3:17-cv-05380-WHA |
| |  3:17-cv-05813-WHA |

| | |
|---|---|
| UNITED STATES OF AMERICA; et al.,<br><br>        Defendants-Appellants. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>        Defendants-Appellees. | No.  18-15133<br><br>D.C. Nos.  3:17-cv-05211-WHA<br>                3:17-cv-05235-WHA<br>                3:17-cv-05329-WHA<br>                3:17-cv-05380-WHA<br>                3:17-cv-05813-WHA |
| DULCE GARCIA; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>        Defendants-Appellees. | No.  18-15134<br><br>D.C. Nos.  3:17-cv-05211-WHA<br>                3:17-cv-05235-WHA<br>              3:17-cv-05329-WHA<br>              3:17-cv-05380-WHA<br>              3:17-cv-05813-WHA |

Before: SILVERMAN and CHRISTEN, Circuit Judges.

The opposed motion to expedite these consolidated appeals and cross-appeals (Docket Entry No. 39) is granted in part.

To the extent the motion seeks to expedite briefing, it is granted. The consolidated first and second briefs on cross-appeal have been filed. The consolidated third brief on cross-appeal is now due April 3, 2018. The optional

consolidated fourth brief on cross-appeal is now due within 14 days after the filing of the third brief on cross-appeal.

To the extent that the motion seeks expedited calendaring, it is granted. The Clerk shall calendar these cases before a randomly selected panel of all Ninth Circuit Judges among all possible sittings in May 2018. *See* 9th Cir. Gen. Ord. 3.3(g), (h).

To the extent that the motion seeks an expedited ruling, it is denied without prejudice to renewal before the panel that will be assigned to decide the merits of these cases.