DANIELLE C. GRAY (*pro hac vice*)
dgray@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:     +1 212 326 2000
Facsimile:      +1 212 326 2061

Attorney for *Amici*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| REGENTS OF UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and KIRSTJEN NIELSEN, in her official capacity as Secretary of the Department of Homeland Security,<br><br>　　　　　　　Defendants. | CASE NO.  17-CV-05211-WHA<br><br>**NOTICE OF WITHDRAWAL OF DANIELLE GRAY** |

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, KIRSTJEN NIELSEN, in her official capacity as Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>    Defendants. | CASE NO. 17-CV-05235-WHA |
| CITY OF SAN JOSE, a municipal corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, KIRSTJEN NIELSEN, in her official capacity, and the UNITED STATES OF AMERICA,<br><br>    Defendants. | CASE NO. 17-CV-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security,<br><br>    Defendants. | CASE NO. 17-CV-05380-WHA |

NOTICE OF WITHDRAWAL OF
DANIELLE GRAY
CASE NOS. 17-CV-05211, 17-CV-05235,
17-CV-05329, 17-CV-05380

Please take notice that the appearance of Danielle C. Gray from the law firm O'Melveny & Myers LLP on behalf of *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Princeton University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University is hereby withdrawn.

Other attorneys of the same firm have appeared as counsel on behalf of *amici*, and their representation continues.

Dated:   March 19, 2018

Respectfully submitted,

By: /s/ Danielle Gray
Danielle Gray
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
E-Mail: dgray@omm.com
*Attorney for Amici*