UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UC REGENTS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-05211-WHA<br>Case No. 17-cv-05235-WHA<br>Case No. 17-cv-05329-WHA<br>Case No. 17-cv-05380-WHA<br>Case No. 17-cv-05813-WHA<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned magistrate judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from these cases and request that the District Court refer the discovery-related issues of this matter to another magistrate judge.

**IT IS SO ORDERED**.

Dated: April 4, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge