CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
BRETT A. SHUMATE
Deputy Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
KATE BAILEY (MD Bar #1601270001)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | CASE NO. 17-CV-05211-WHA<br>CASE NO. 17-CV-05325-WHA<br>CASE NO. 17-CV-05329-WHA<br>CASE NO. 17-CV-05380-WHA<br>CASE NO. 17-CV-05813-WHA<br><br>**NOTICE OF FILING OF AMENDED QUARTERLY SUMMARY REPORT PURSUANT TO THIS COURT'S ORDER GRANTING PROVISIONAL RELIEF** |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**NOTICE OF FILING OF AMENDED QUARTERLY SUMMARY REPORT**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on April 2, 2018, and pursuant to this Court's Order Granting Provisional Relief (Dkt. No. 234, Jan. 9, 2018[1]), Defendants filed summary reports regarding the processing of DACA requests. *See* Notice of Filing of Quarterly Summary Reports, Dkt. No. 272. It has recently come to Defendants' attention that there was an error in the Quarterly Report that was filed on April 2, *see* Dkt. No. 272-1 (Ex. A), in that the 2018 total requests received and rejected, the total 2018 initial requests received and rejected, and the total 2018 renewal requests received and rejected were inaccurate in the "Fiscal Year – Total" section of the report. The accurate breakdown of received and rejected requests was reflected in the "Fiscal Year 2018 by Quarter" section of the report. Accordingly, Defendants are hereby filing an Amended Quarterly Report, which is attached hereto as Exhibit A. Defendants refer to their prior Notice of Filing for a description of that report.

---

[1] References to docket numbers are to the docket entries in *Regents of the University of California v. U.S. Department of Homeland Security*, No. 3:17-cv-05211-WHA.

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**NOTICE OF FILING OF AMENDED QUARTERLY SUMMARY REPORT**

Dated: April 7, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
KATE BAILEY (MD Bar #1601270001)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Phone: (202) 514-3374
Fax: (202) 616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**NOTICE OF FILING OF AMENDED QUARTERLY SUMMARY REPORT**