CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
BRETT A. SHUMATE
Deputy Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
KATE BAILEY (MD Bar #1601270001)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY and KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security, <br><br> Defendants. | CASE NO. 17-CV-05211-WHA <br> CASE NO. 17-CV-05325-WHA <br> CASE NO. 17-CV-05329-WHA <br> CASE NO. 17-CV-05380-WHA <br> CASE NO. 17-CV-05813-WHA <br><br> **NOTICE OF FILING OF QUARTERLY SUMMARY REPORTS PURSUANT TO THIS COURT'S ORDER GRANTING PROVISIONAL RELIEF** |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**NOTICE OF FILING OF QUARTERLY SUMMARY REPORTS**

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:
2  PLEASE TAKE NOTICE that, pursuant to this Court's Order Granting Provisional Relief (Dkt.
3  No. 234, Jan. 9, 2018[1]), Defendants are hereby filing summary reports regarding the processing
4  of DACA requests on the first business day of fiscal year 2018, quarter 4.  Copies of those
5  reports, entitled Quarterly Report and Demographics Report, are attached hereto as Exhibits A
6  and B.  The Quarterly Report totals may not match the totals provided within the Demographics
7  Reports due to differences in how the data is generated.  For example, the Quarterly Report
8  provides summed totals of the number of requests that have been receipted and/or are being
9  processed, while the Demographics Report provides summed totals based on unique individuals
10 being processed.  An individual may have filed more than one request.  Defendants note that the
11 information used to generate these reports is transferred from certain electronic systems to the
12 Enterprise Citizenship and Immigration Services Centralized Operation Repository
13 (eCISCOR).  Because there is a lag time due to the electronic transfer of data, these reports
14 reflect the currently available information in eCISCOR as of July 2, 2018.  Additionally, in
15 accordance with standard business procedures, some data may not be entered into USCIS'
16 electronic systems for 72 business hours.  Thus, these reports reflect USCIS' best analysis of the
17 currently available data as of July 2, 2018.  The notes accompanying the attached reports provide
18 further detail.

---

[1] The reference to the docket entry refers to the docket in *Regents of the University of California v. U.S. Department of Homeland Security*, No. 3:17-cv-05211-WHA.

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**NOTICE OF FILING OF QUARTERLY SUMMARY REPORTS**

| | |
|---|---|
| Dated: July 2, 2018 | Respectfully submitted,<br><br>CHAD A. READLER<br>Acting Assistant Attorney General<br><br>ALEX G. TSE<br>Acting United States Attorney<br><br>BRETT A. SHUMATE<br>Deputy Assistant Attorney General<br><br>JOHN R. TYLER<br>Assistant Branch Director<br><br>*/s/ Brad P. Rosenberg*<br>BRAD P. ROSENBERG (DC Bar #467513)<br>Senior Trial Counsel<br>STEPHEN M. PEZZI (DC Bar #995500)<br>KATE BAILEY (MD Bar #1601270001)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W.<br>Washington, DC  20530<br>Phone: (202) 514-3374<br>Fax: (202) 616-8460<br>Email: brad.rosenberg@usdoj.gov<br><br>*Attorneys for Defendants* |