IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and KIRSTJEN NIELSEN, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | No. C 17-05211 WHA<br>No. C 17-05235 WHA<br>No. C 17-05329 WHA<br>No. C 17-05380 WHA<br>No. C 17-05813 WHA<br><br>**ORDER RE PENDING DISCOVERY LETTER BRIEF** |

In light of the continuing stay of discovery in this matter, the pending joint letter brief regarding the application of the attorney-client, deliberative process, and executive privileges to deposition testimony is **DENIED** without prejudice to renewal before Judge Kim on a fresh record once the stay lifts.

**IT IS SO ORDERED.**

Dated: September 24, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE