JOSEPH H. HUNT
Assistant Attorney General
ALEX G. TSE
United States Attorney
BRETT A. SHUMATE
Deputy Assistant Attorney General
JOHN R. TYLER
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
STEPHEN M. PEZZI (DC Bar #995500)
KATE BAILEY (MD Bar #1601270001)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 514-3374
Facsimile: (202) 616-8470
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA and JANET NAPOLITANO,
in her official capacity as President of the
University of California,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY and KIRSTJEN NIELSEN, in her
official capacity as Secretary of Homeland
Security,

Defendants.

CASE NO. 17-CV-05211-WHA
CASE NO. 17-CV-05325-WHA
CASE NO. 17-CV-05329-WHA
CASE NO. 17-CV-05380-WHA
CASE NO. 17-CV-05813-WHA

**NOTICE OF FILING OF QUARTERLY
SUMMARY REPORTS PURSUANT TO
THIS COURT'S ORDER GRANTING
PROVISIONAL RELIEF**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to this Court's Order Granting Provisional Relief (Dkt. No. 234, Jan. 9, 2018[1]), Defendants are hereby filing summary reports regarding the processing of DACA requests on the first business day of fiscal year 2019, quarter 1. Copies of those reports, entitled Quarterly Report and Demographics Report, are attached hereto as Exhibits A and B. The Quarterly Report totals may not match the totals provided within the Demographics Reports due to differences in how the data is generated. For example, the Quarterly Report provides summed totals of the number of requests that have been receipted and/or are being processed, while the Demographics Report provides summed totals based on unique individuals being processed. An individual may have filed more than one request. Defendants note that the information used to generate these reports is transferred from certain electronic systems to the Enterprise Citizenship and Immigrations Services Centralized Operation Repository (eCISCOR). Because there is a lag time due to the electronic transfer of data, these reports reflect the currently available information in eCISCOR as of October 1, 2018. Additionally, in accordance with standard business procedures, some data may not be entered into USCIS' electronic systems for 72 business hours. Thus, these reports reflect USCIS' best analysis of the currently available data as of October 1, 2018. The notes accompanying the attached reports provide further detail.

---

[1] The reference to the docket entry refers to the docket in *Regents of the University of California v. U.S. Department of Homeland Security*, No. 3:17-cv-05211-WHA.

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**NOTICE OF FILING OF QUARTERLY SUMMARY REPORTS**

1    Dated:  October 1, 2018                          Respectfully submitted,

2                                                      JOSEPH H. HUNT
                                                       Assistant Attorney General
3
                                                       ALEX G. TSE
4                                                      United States Attorney

5                                                      BRETT A. SHUMATE
                                                       Deputy Assistant Attorney General
6
                                                       JOHN R. TYLER
7                                                      Assistant Branch Director

8
                                                       /s/ Brad P. Rosenberg
9                                                      BRAD P. ROSENBERG (DC Bar #467513)
                                                       Senior Trial Counsel
10                                                     STEPHEN M. PEZZI (DC Bar #995500)
                                                       KATE BAILEY (MD Bar #1601270001)
11                                                     Trial Attorneys
                                                       United States Department of Justice
12                                                     Civil Division, Federal Programs Branch
                                                       11OO L Street, N.W.
13                                                     Washington, DC  20530
                                                       Phone: (202) 514-3374
14                                                     Fax: (202) 616-8470
                                                       Email: brad.rosenberg@usdoj.gov
15
                                                       Attorneys for Defendants
16

17

18

19

20

21

22

23

24

25

26

27

28

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**NOTICE OF FILING OF QUARTERLY SUMMARY REPORTS**