

**U.S. Citizenship and Immigration Services**

Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals,
by Fiscal Year, Quarter, Intake and Case Status
Fiscal Year 2012-2018 (September 30, 2018)

| Period | Requests by Intake and Case Status | | | | | | |
|---|---|---|---|---|---|---|---|
| | Intake[1] | | | | Case Review[6] | | |
| | Requests Accepted[2] | Requests Rejected[3] | Total Requests Received[4] | Average Accepted/Day[5] | Approved[7] | Denied[8] | Pending[9] |
| *Fiscal Year - Total* | | | | | | | |
| 2012 | 152,431 | 5,395 | 157,826 | 3,629 | 1,680 | - | 150,751 |
| 2013 | 427,617 | 16,350 | 443,967 | 1,697 | 470,351 | 10,968 | 97,025 |
| 2014 | 238,900 | 24,887 | 263,787 | 952 | 158,330 | 20,990 | 156,538 |
| 2014 Initial | 122,460 | 19,064 | 141,524 | 488 | 136,100 | 20,987 | 62,333 |
| 2014 Renewal | 116,440 | 5,823 | 122,263 | 464 | 22,230 | 3 | 94,205 |
| 2015 | 448,857 | 35,474 | 484,331 | 1,781 | 509,969 | 21,350 | 73,902 |
| 2015 Initial | 85,304 | 7,150 | 92,454 | 338 | 90,633 | 19,069 | 37,861 |
| 2015 Renewal | 363,553 | 28,324 | 391,877 | 1,443 | 419,336 | 2,281 | 36,041 |
| 2016 | 260,701 | 12,317 | 273,018 | 1,035 | 198,524 | 14,435 | 120,673 |
| 2016 Initial | 73,349 | 1,151 | 74,500 | 291 | 52,705 | 11,399 | 46,215 |
| 2016 Renewal | 187,352 | 11,166 | 198,518 | 744 | 145,819 | 3,036 | 74,458 |
| 2017 | 472,850 | 43,455 | 516,305 | 1,884 | 462,186 | 13,277 | 117,327 |
| 2017 Initial | 45,593 | 44 | 45,637 | 182 | 47,264 | 9,217 | 35,177 |
| 2017 Renewal | 427,257 | 43,411 | 470,668 | 1,702 | 414,922 | 4,060 | 82,150 |
| 2018 | 260,129 | 29,653 | 289,782 | 1,036 | 319,869 | 12,460 | 44,875 |
| 2018 Initial | 2,001 | 2 | 2,003 | 8 | 24,550 | 8,123 | 4,483 |
| 2018 Renewal | 258,128 | 29,651 | 287,779 | 1,028 | 295,319 | 4,337 | 40,392 |
| Total Cumulative | 2,261,485 | 167,531 | 2,429,016 | 1,460 | 2,120,909 | 93,480 | 44,875 |
| Total Cumulative Initial | 908,755 | 49,156 | 957,911 | 587 | 823,283 | 79,763 | 4,483 |
| Total Cumulative Renewal | 1,352,730 | 118,375 | 1,471,105 | 873 | 1,297,626 | 13,717 | 40,392 |

| Period | Requests by Intake and Case Status | | | | | | |
|---|---|---|---|---|---|---|---|
| | Intake[1] | | | | Case Review[6] | | |
| | Requests Accepted[2] | Requests Rejected[3] | Total Requests Received[4] | Average Accepted/Day[5] | Approved[7] | Denied[8] | Pending[9] |
| ***Fiscal Year 2018 by Quarter*** | | | | | | | |
| Q1. October - December | 29,527 | 14,537 | 44,064 | 1,139 | 98,605 | 2,520 | 45,704 |
| Q1. October - December Initial | 99 | 1 | 100 | 4 | 5,583 | 1,641 | 28,049 |
| Q1. October - December Renewal | 29,428 | 14,536 | 43,964 | 1,135 | 93,022 | 879 | 17,655 |
| Q2. January-March[10] | 64,501 | 6,239 | 70,740 | 1,141 | 55,015 | 3,875 | 51,237 |
| Q2. January - March Initial[10] | 974 | - | 974 | 17 | 9,624 | 2,135 | 17,258 |
| Q2. January - March Renewal[10] | 63,527 | 6,239 | 69,766 | 1,123 | 45,391 | 1,740 | 33,979 |
| Q3. April - June | 67,105 | 3,615 | 70,720 | 1,049 | 78,950 | 2,921 | 36,406 |
| Q3. April - June Initial | 582 | 1 | 583 | 9 | 6,914 | 2,077 | 8,845 |
| Q3. April - June Renewal | 66,523 | 3,614 | 70,137 | 1,039 | 72,036 | 844 | 27,561 |
| Q4. July - September | 98,996 | 5,262 | 104,258 | 1,571 | 87,299 | 3,144 | 44,875 |
| Q4. July - September Initial | 346 | - | 346 | 5 | 2,429 | 2,270 | 4,483 |
| Q4. July -September Renewal | 98,650 | 5,262 | 103,912 | 1,566 | 84,870 | 874 | 40,392 |

*D - Data withheld to protect requestors' privacy.*

*- Represents zero.*

[1] *Refers to a request for USCIS to consider deferred removal action for an individual based on guidelines described in the Secretary of Homeland Security's memorandum issued June 15, 2012.*

  *Each request is considered on a case-by-case basis.*

  *See http://www.uscis.gov/childhoodarrivals.*

[2] *The number of new requests accepted at a Lockbox during the reporting period.*

[3] *The number of requests rejected at a Lockbox during the reporting period.*

[4] *The number of requests that were received at a Lockbox during the reporting period.*

[5] *The number of requests accepted per day at a Lockbox as of the end of the reporting period. Also note the average accepted per day for initial plus renewal will not equal the total average.*

[6] *The number of new requests received and entered into a case-tracking system during the reporting period.*

[7] *The number of requests approved during the reporting period.*

[8] *The number of requests that were denied, terminated, or withdrawn during the reporting period.*

[9] *The number of requests awaiting a decision as of the end of the reporting period.*

[10] *The overall number of receipts for Q2 remains consistent with the March 31, 2018 report.  USCIS has adjusted the number of "initial" and "renewal" requests for certain necessary reclassifications of those requests.*

*NOTE: 1. Some requests approved or denied may have been received in previous reporting periods.*

  *2. The report reflects the most up-to-date estimate available at the time the report is generated.*

  *3. USCIS previously discovered that the query code used to generate this report had some flaws affecting the data in the "Pending" fields, such that the data in this field was over inclusive because it included cases that were not pending (e.g., cases that had been administratively closed or withdrawn). USCIS believes that it has corrected this issue in the query code and that this report provides a more accurate reflection of pending cases.  Note that if this report is compared to versions prior to the March 31, 2018 version that USCIS has published on its website, the prior versions reflect over inclusive data in the "Pending" fields.*

  *4. The Quarterly Report totals may not match the totals provided within the Demographics Reports due to differences in how the data is generated.*

*Source:  Department of Homeland Security, U.S. Citizenship and Immigration Services, Enterprise Citizenship and Immigration Services Centralized Operation Repository (eCISCOR), September 2018*

| Top Countries of Origin | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total |
| Grand Total | 908,755 | 1,352,730 | 2,261,485 | 823,283 | 1,297,626 | 2,120,909 |
| Mexico | 707,769 | 1,063,704 | 1,771,473 | 648,422 | 1,020,428 | 1,668,850 |
| El Salvador | 34,511 | 51,445 | 85,956 | 29,684 | 49,322 | 79,006 |
| Guatemala | 24,918 | 34,019 | 58,937 | 20,927 | 32,495 | 53,422 |
| Honduras | 22,703 | 31,824 | 54,527 | 19,130 | 30,467 | 49,597 |
| Peru | 9,833 | 16,008 | 25,841 | 9,280 | 15,421 | 24,701 |
| South Korea | 7,907 | 16,415 | 24,322 | 7,422 | 15,726 | 23,148 |
| Brazil | 8,634 | 12,038 | 20,672 | 7,610 | 11,645 | 19,255 |
| Ecuador | 7,797 | 11,384 | 19,181 | 6,872 | 10,947 | 17,819 |
| Colombia | 7,299 | 11,096 | 18,395 | 6,733 | 10,664 | 17,397 |
| Philippines | 5,128 | 8,388 | 13,516 | 4,790 | 8,114 | 12,904 |
| Argentina | 5,263 | 7,731 | 12,994 | 4,942 | 7,462 | 12,404 |
| India | 3,789 | 5,963 | 9,752 | 3,252 | 5,726 | 8,978 |
| Jamaica | 4,453 | 5,251 | 9,704 | 3,533 | 5,081 | 8,614 |
| Venezuela | 3,490 | 5,185 | 8,675 | 3,185 | 5,016 | 8,201 |
| Dominican Republic | 3,845 | 4,490 | 8,335 | 3,270 | 4,349 | 7,619 |
| Uruguay | 2,645 | 3,694 | 6,339 | 2,480 | 3,547 | 6,027 |
| Bolivia | 2,241 | 3,591 | 5,832 | 2,117 | 3,439 | 5,556 |
| Costa Rica | 2,290 | 3,429 | 5,719 | 2,101 | 3,300 | 5,401 |
| Chile | 1,908 | 2,950 | 4,858 | 1,795 | 2,851 | 4,646 |
| Poland | 2,006 | 2,864 | 4,870 | 1,866 | 2,755 | 4,621 |
| Pakistan | 1,949 | 2,870 | 4,819 | 1,728 | 2,757 | 4,485 |
| Nicaragua | 1,910 | 2,641 | 4,551 | 1,662 | 2,529 | 4,191 |
| Tobago | 2,442 | 1,720 | 4,162 | 2,095 | 1,707 | 3,802 |
| Guyana | 1,488 | 2,102 | 3,590 | 1,300 | 2,028 | 3,328 |
| Not Reported | 1,600 | 2,048 | 3,648 | 1,257 | 1,663 | 2,920 |
| All Others | 30,937 | 39,880 | 70,817 | 25,830 | 38,187 | 64,017 |

D  Data withheld to protect requestors' privacy.

- Represents zero.

[1]  The number of requests that were accepted to date of the reporting period.

[2]  The number of requests that were approved to date of the reporting period.

[3]  All fields with a blank in the country of birth field are included in the field "not reported."

NOTE: 1) Some requests approved or denied may have been received in previous reporting periods.

   2) The report reflects the most up-to-date estimate data available at the time the report is generated.

   3) Ranked by total approvals.

Source:  Department of Homeland Security, U.S. Citizenship and Immigration Services, Enterprise Citizenship and Immigration Services Centralized Operation Repository (eCISCOR), September 2018

| Residence | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total |
| Total | 908,755 | 1,352,730 | 2,261,485 | 823,283 | 1,297,626 | 2,120,909 |
| California | 246,427 | 279,319 | 525,746 | 229,264 | 275,833 | 505,097 |
| Texas | 142,773 | 149,296 | 292,069 | 127,531 | 147,519 | 275,050 |
| New York | 51,568 | 91,475 | 143,043 | 45,307 | 90,240 | 135,547 |
| Florida | 41,690 | 75,535 | 117,225 | 35,654 | 74,564 | 110,218 |
| Illinois | 46,331 | 49,675 | 96,006 | 43,427 | 48,941 | 92,368 |
| New Jersey | 26,541 | 41,524 | 68,065 | 23,458 | 40,991 | 64,449 |
| Arizona | 31,062 | 31,981 | 63,043 | 28,475 | 31,428 | 59,903 |
| North Carolina | 29,907 | 29,202 | 59,109 | 27,860 | 28,812 | 56,672 |
| Georgia | 29,087 | 30,818 | 59,905 | 24,893 | 30,375 | 55,268 |
| Washington | 20,011 | 23,466 | 43,477 | 18,474 | 23,167 | 41,641 |
| Colorado | 19,379 | 19,249 | 38,628 | 17,670 | 18,953 | 36,623 |
| Virginia | 14,377 | 21,515 | 35,892 | 12,814 | 21,204 | 34,018 |
| Nevada | 14,351 | 16,148 | 30,499 | 13,375 | 15,960 | 29,335 |
| Maryland | 11,867 | 17,923 | 29,790 | 10,362 | 17,668 | 28,030 |
| Massachusetts | 9,974 | 19,608 | 29,582 | 8,679 | 19,343 | 28,022 |
| Oregon | 12,224 | 12,713 | 24,937 | 11,531 | 12,540 | 24,071 |
| Pennsylvania | 7,493 | 14,848 | 22,341 | 6,495 | 14,642 | 21,137 |
| Indiana | 10,849 | 10,863 | 21,712 | 10,050 | 10,740 | 20,790 |
| Utah | 10,633 | 9,822 | 20,455 | 9,872 | 9,670 | 19,542 |
| Michigan | 7,587 | 12,189 | 19,776 | 6,838 | 11,994 | 18,832 |
| Tennessee | 9,446 | 9,648 | 19,094 | 8,538 | 9,520 | 18,058 |
| Minnesota | 7,127 | 9,861 | 16,988 | 6,538 | 9,691 | 16,229 |
| Wisconsin | 8,261 | 8,436 | 16,697 | 7,750 | 8,339 | 16,089 |
| Connecticut | 5,867 | 9,542 | 15,409 | 5,261 | 9,405 | 14,666 |
| Oklahoma | 7,573 | 7,763 | 15,336 | 7,015 | 7,677 | 14,692 |
| Kansas | 7,403 | 7,487 | 14,890 | 6,954 | 7,396 | 14,350 |
| New Mexico | 7,506 | 6,953 | 14,459 | 6,969 | 6,876 | 13,845 |
| South Carolina | 7,266 | 7,198 | 14,464 | 6,565 | 7,098 | 13,663 |
| Ohio | 5,485 | 8,882 | 14,367 | 4,777 | 8,734 | 13,511 |
| Arkansas | 5,680 | 5,520 | 11,200 | 5,205 | 5,435 | 10,640 |
| Alabama | 4,870 | 4,931 | 9,801 | 4,385 | 4,872 | 9,257 |
| Missouri | 3,995 | 5,281 | 9,276 | 3,699 | 5,225 | 8,924 |
| Nebraska | 3,852 | 4,284 | 8,136 | 3,498 | 4,219 | 7,717 |
| Kentucky | 3,523 | 4,162 | 7,685 | 3,166 | 4,108 | 7,274 |
| Iowa | 3,217 | 4,224 | 7,441 | 2,909 | 4,150 | 7,059 |
| Idaho | 3,430 | 3,592 | 7,022 | 3,209 | 3,541 | 6,750 |
| Louisiana | 2,496 | 3,730 | 6,226 | 2,172 | 3,680 | 5,852 |
| Rhode Island | 1,510 | 2,941 | 4,451 | 1,328 | 2,899 | 4,227 |
| Hawaii | 861 | 3,458 | 4,319 | 712 | 3,408 | 4,120 |
| Delaware | 1,645 | 2,098 | 3,743 | 1,505 | 2,081 | 3,586 |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Mississippi | 1,725 | 1,896 | 3,621 | 1,507 | 1,882 | 3,389 |
| District of Columbia | 988 | 2,019 | 3,007 | 839 | 1,998 | 2,837 |
| Puerto Rico | 575 | 2,261 | 2,836 | 427 | 2,232 | 2,659 |
| New Hampshire | 480 | 1,197 | 1,677 | 419 | 1,176 | 1,595 |
| Wyoming | 699 | 703 | 1,402 | 628 | 693 | 1,321 |
| Alaska | 216 | 872 | 1,088 | 179 | 863 | 1,042 |
| South Dakota | 316 | 546 | 862 | 275 | 535 | 810 |
| Maine | 148 | 634 | 782 | 126 | 624 | 750 |
| Guam | 115 | 649 | 764 | 97 | 641 | 738 |
| North Dakota | 151 | 571 | 722 | 124 | 563 | 687 |
| Virgin Islands | 168 | 420 | 588 | 112 | 409 | 521 |
| West Virginia | 160 | 380 | 540 | 135 | 375 | 510 |
| Montana | 93 | 287 | 380 | 81 | 279 | 360 |
| Vermont | 66 | 307 | 373 | 52 | 304 | 356 |
| Armed Forces-Pacific | 33 | 146 | 179 | 29 | 143 | 172 |
| Armed Forces-Europe, Middle East, Africa, Canada | 28 | 129 | 157 | 22 | 124 | 146 |
| Armed Forces-Americas (except Canada) | 19 | 84 | 103 | 15 | 84 | 99 |
| Northern Mariana Islands | 32 | 39 | 71 | 13 | 37 | 50 |
| Palau | - | 20 | 20 | - | 19 | 19 |
| Not Reported | 17,599 | 262,410 | 280,009 | 14,019 | 221,707 | 235,726 |

- Represents zero.

[1] The number of requests that were accepted to date of the reporting period.

[2] The number of requests that were approved to date of the reporting period.

[3] All fields with less than 10 or a blank in the state field are included in the field "not reported."

NOTE: 1) Some requests approved or denied may have been received in previous reporting periods.

    2) The report reflects the most up-to-date estimate data available at the time the report is generated.

    3) Ranked by total approvals.

Source:  Department of Homeland Security, U.S. Citizenship and Immigration Services, Enterprise Citizenship and Immigration Services Centralized Operation Repository (eCISCOR), September 2018