

**Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals, Status, by Fiscal Year, Quarter, and Case Status:**
**Aug. 15, 2012-Dec. 31, 2019**

| Period | Requests by Intake and Case Status | | | | | | |
|---|---|---|---|---|---|---|---|
| | Intake[1] | | | | Case Review[6] | | |
| | Requests Accepted[2] | Requests Rejected[3] | Total Requests Received[4] | Average Accepted/Day[5] | Approved[7] | Denied[8] | Pending[9] |
| **Fiscal Year - Total** | | | | | | | |
| 2012 | 152,430 | 5,396 | 157,826 | 3,629 | 1,684 | - | 150,746 |
| 2013 | 427,612 | 16,355 | 443,967 | 1,696 | 470,603 | 11,023 | 96,719 |
| 2014 | 238,897 | 24,890 | 263,787 | 951 | 158,417 | 21,103 | 156,034 |
| 2014 Initial | 122,473 | 19,065 | 141,538 | 487 | 136,182 | 21,100 | 61,850 |
| 2014 Renewal | 116,424 | 5,825 | 122,249 | 463 | 22,235 | D | 94,184 |
| 2015 | 448,843 | 35,504 | 484,347 | 1,781 | 510,342 | 21,551 | 72,886 |
| 2015 Initial | 85,301 | 7,170 | 92,471 | 338 | 90,832 | 19,185 | 37,062 |
| 2015 Renewal | 363,542 | 28,334 | 391,876 | 1,442 | 419,510 | 2,366 | 35,824 |
| 2016 | 260,701 | 12,317 | 273,018 | 1,034 | 198,558 | 14,486 | 119,667 |
| 2016 Initial | 73,347 | 1,151 | 74,498 | 291 | 52,738 | 11,435 | 45,387 |
| 2016 Renewal | 187,354 | 11,166 | 198,520 | 743 | 145,820 | 3,051 | 74,280 |
| 2017 | 472,850 | 43,455 | 516,305 | 1,883 | 461,911 | 13,196 | 117,321 |
| 2017 Initial | 45,593 | 44 | 45,637 | 181 | 47,133 | 9,165 | 34,628 |
| 2017 Renewal | 427,257 | 43,411 | 470,668 | 1,702 | 414,778 | 4,031 | 82,693 |
| 2018 | 260,120 | 29,651 | 289,771 | 1,036 | 319,493 | 12,540 | 45,373 |
| 2018 Initial | 2,060 | D | 2,062 | D | 24,423 | 8,250 | 4,003 |
| 2018 Renewal | 258,060 | 29,649 | 287,709 | 1,028 | 295,070 | 4,290 | 41,370 |
| 2019 | 386,159 | 22,003 | 408,162 | 1,532 | 387,723 | 4,952 | 38,826 |
| 2019 Initial | 1,567 | D | 1,571 | D | 1,783 | 1,605 | 2,176 |
| 2019 Renewal | 384,592 | 21,999 | 406,591 | 1,526 | 385,940 | 3,347 | 36,650 |
| 2020 | 72,377 | 4,170 | 76,547 | 1,167 | 74,124 | 1,040 | 36,031 |
| 2020 Initial | 911 | D | 913 | 14 | 245 | 160 | 2,680 |
| 2020 Renewal | 71,466 | 4,168 | 75,634 | 1,152 | 73,879 | 880 | 33,351 |
| Total Cumulative | 2,719,989 | 193,741 | 2,913,730 | 1,458 | 2,582,855 | 99,891 | 36,031 |
| Total Cumulative Initial | 911,294 | 49,189 | 960,483 | 488 | 825,623 | 81,923 | 2,680 |
| Total Cumulative Renewal | 1,808,695 | 144,552 | 1,953,247 | 969 | 1,757,232 | 17,968 | 33,351 |

| Period | Requests by Intake and Case Status | | | | | | |
|---|---|---|---|---|---|---|---|
| | Intake[1] | | | | Case Review[6] | | |
| | Requests Accepted[2] | Requests Rejected[3] | Total Requests Received[4] | Average Accepted/Day[5] | Approved[7] | Denied[8] | Pending[9] |
| **Fiscal Year 2020 by Quarter** | | | | | | | |
| Q1. October - December | 72,377 | 4,170 | 76,547 | 1,167 | 74,124 | 1,040 | 36,031 |
| Q1. October - December Initial | 911 | D | 913 | 14 | 245 | 160 | 2,680 |
| Q1. October - December Renewal | 71,466 | 4,168 | 75,634 | 1,152 | 73,879 | 880 | 33,351 |

**Table Key**

D  Data withheld to protect petitioners' privacy.

- Represents zero.

**Footnotes**

[1] Refers to a request for USCIS to consider deferred removal action for an individual based on guidelines described in the Secretary of Homeland Security's memorandum issued June 15, 2012.
   Each request is considered on a case-by-case basis.
   See http://www.uscis.gov/childhoodarrivals.

[2] The number of new requests accepted at a Lockbox during the reporting period.

[3] The number of requests rejected at a Lockbox during the reporting period.

[4] The number of requests that were received at a Lockbox during the reporting period.

[5] The number of requests accepted per day at a Lockbox as of the end of the reporting period. Also note the average accepted per day for initial plus renewal will not equal the total average.

[6] The number of new requests received and entered into a case-tracking system during the reporting period.

[7] The number of requests approved during the reporting period.

[8] The number of requests that were denied, terminated, or withdrawn during the reporting period.

[9] The number of requests awaiting a decision as of the end of the reporting period.

**NOTE:** 1) Some requests approved or denied may have been received in previous reporting periods.

2) The report reflects the most up-to-date estimate available at the time the report is generated.

3) USCIS previously discovered that the query code used to generate this report had some flaws affecting the data in the "Pending" fields, such that the data in this field was over inclusive because it included cases that were not pending (e.g., cases that had been administratively closed or withdrawn). USCIS believes that it has corrected this issue in the query code and that this report provides a more accurate reflection of pending cases.  Note that if this report is compared to versions prior to the March 31, 2018 version that USCIS has published on its website, the prior versions reflect over inclusive data in the "Pending" fields.

4) The Quarterly Report totals may not match the totals provided within the Demographics Reports due to differences in how the data is generated.

5) USCIS previously discovered that the query code used to generate this report had some flaws affecting the data in the "Approved" and "Denied" fields, such that the data in this field was under reported because it did not include certain history action codes that are counted as approvals or denials. USCIS believes that it has corrected this issue in the query code and that this report provides a more accurate reflection of approved and denied cases.  Note that if this report is compared to versions prior to the March 31, 2019 version that USCIS has published on its website, the prior versions reflect under reported data in the "Approved"  and "Denied" fields.  The increase in the "Approved" and "Denied" counts has decreased the "Pending" counts.

**Source:**  Department of Homeland Security, U.S. Citizenship and Immigration Services, Performance Report Tool, accessed January 2020.

| Top Countries of Origin | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total |
| **Country** | | | | | | |
| Mexico | 709,301 | 1,430,647 | 2,139,948 | 649,987 | 1,390,316 | 2,040,303 |
| El Salvador | 34,569 | 69,081 | 103,650 | 29,762 | 67,001 | 96,763 |
| Guatemala | 24,941 | 45,914 | 70,855 | 20,963 | 44,400 | 65,363 |
| Honduras | 22,741 | 43,226 | 65,967 | 19,164 | 41,773 | 60,937 |
| Korea, South | 9,582 | 20,925 | 30,507 | 9,008 | 20,225 | 29,233 |
| Peru | 9,848 | 20,400 | 30,248 | 9,297 | 19,843 | 29,140 |
| Brazil | 8,668 | 15,609 | 24,277 | 7,647 | 15,227 | 22,874 |
| Ecuador | 7,811 | 14,831 | 22,642 | 6,893 | 14,389 | 21,282 |
| Colombia | 7,310 | 14,047 | 21,357 | 6,751 | 13,691 | 20,442 |
| Philippines | 5,133 | 10,550 | 15,683 | 4,799 | 10,340 | 15,139 |
| Argentina | 5,270 | 10,173 | 15,443 | 4,950 | 9,943 | 14,893 |
| India | 3,788 | 7,487 | 11,275 | 3,262 | 7,250 | 10,512 |
| Jamaica | 4,462 | 6,892 | 11,354 | 3,551 | 6,732 | 10,283 |
| Venezuela | 3,499 | 6,656 | 10,155 | 3,199 | 6,493 | 9,692 |
| Dominican Republic | 3,851 | 5,977 | 9,828 | 3,280 | 5,824 | 9,104 |
| Trinidad And Tobago | 3,099 | 5,067 | 8,166 | 2,642 | 4,972 | 7,614 |
| Uruguay | 2,654 | 4,907 | 7,561 | 2,488 | 4,785 | 7,273 |
| Bolivia | 2,243 | 4,632 | 6,875 | 2,121 | 4,512 | 6,633 |
| Costa Rica | 2,296 | 4,348 | 6,644 | 2,108 | 4,260 | 6,368 |
| Chile | 1,916 | 3,797 | 5,713 | 1,799 | 3,706 | 5,505 |
| Poland | 2,010 | 3,677 | 5,687 | 1,871 | 3,590 | 5,461 |
| Pakistan | 1,956 | 3,707 | 5,663 | 1,736 | 3,614 | 5,350 |
| Nicaragua | 1,915 | 3,532 | 5,447 | 1,671 | 3,420 | 5,091 |
| Nigeria | 1,585 | 2,803 | 4,388 | 1,337 | 2,718 | 4,055 |
| Guyana | 1,498 | 2,703 | 4,201 | 1,304 | 2,636 | 3,940 |
| All Others[3] | 29,348 | 47,107 | 76,455 | 24,033 | 45,572 | 69,605 |
| **Total** | **911,294** | **1,808,695** | **2,719,989** | **825,623** | **1,757,232** | **2,582,855** |

**Table Key**

D  Data withheld to protect petitioners' privacy.

- Represents zero.

**Footnotes**

[1] The number of requests that were accepted to date of the reporting period.

[2] The number of requests that were approved to date of the reporting period.

[3] All fields with a blank in the country of birth field are included in the field "All Others."

**NOTE:** 1) Some requests approved or denied may have been received in previous reporting periods.

    2) The report reflects the most up-to-date estimate data available at the time the report is generated.

    3) Ranked by total approvals.

    4) USCIS previously discovered that the query code used to generate this report had some flaws affecting the data in the "Approved" and "Denied" fields, such that the data in this field was under reported because it did not include certain history action codes that are counted as approvals or denials. USCIS believes that it has corrected this issue in the query code and that this report provides a more accurate reflection of approved and denied cases. Note that if this report is compared to versions prior to the March 31, 2019 version that USCIS has published on its website, the prior versions reflect under reported data in the "Approved" and "Denied" fields.

**Source:**  Department of Homeland Security, U.S. Citizenship and Immigration Services, Performance Report Tool, accessed January 2020.

| Residence | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total |
| **Residence** | | | | | | |
| California | 256,509 | 519,073 | 775,582 | 238,353 | 504,477 | 742,830 |
| Texas | 150,327 | 293,191 | 443,518 | 134,001 | 285,578 | 419,579 |
| Illinois | 48,029 | 96,428 | 144,457 | 44,975 | 93,787 | 138,762 |
| New York | 46,728 | 83,635 | 130,363 | 40,790 | 81,387 | 122,177 |
| Florida | 38,424 | 70,320 | 108,744 | 32,631 | 68,475 | 101,106 |
| Arizona | 33,400 | 67,184 | 100,584 | 30,344 | 65,132 | 95,476 |
| North Carolina | 31,983 | 66,833 | 98,816 | 29,652 | 65,106 | 94,758 |
| Georgia | 30,372 | 58,274 | 88,646 | 25,732 | 56,131 | 81,863 |
| New Jersey | 25,270 | 47,806 | 73,076 | 22,154 | 46,505 | 68,659 |
| Washington | 20,914 | 43,221 | 64,135 | 19,283 | 41,936 | 61,219 |
| Colorado | 20,413 | 40,942 | 61,355 | 18,548 | 39,597 | 58,145 |
| Nevada | 15,276 | 32,926 | 48,202 | 14,271 | 32,041 | 46,312 |
| Virginia | 13,889 | 27,374 | 41,263 | 12,362 | 26,557 | 38,919 |
| Oregon | 12,789 | 27,361 | 40,150 | 12,058 | 26,542 | 38,600 |
| Indiana | 11,696 | 24,422 | 36,118 | 10,768 | 23,550 | 34,318 |
| Utah | 11,597 | 23,476 | 35,073 | 10,684 | 22,766 | 33,450 |
| Maryland | 11,493 | 22,523 | 34,016 | 9,932 | 21,874 | 31,806 |
| Tennessee | 10,149 | 20,455 | 30,604 | 9,119 | 19,802 | 28,921 |
| Wisconsin | 8,755 | 18,000 | 26,755 | 8,194 | 17,514 | 25,708 |
| Oklahoma | 8,116 | 16,819 | 24,935 | 7,481 | 16,379 | 23,860 |
| Massachusetts | 8,855 | 16,159 | 25,014 | 7,683 | 15,722 | 23,405 |
| Kansas | 7,794 | 15,805 | 23,599 | 7,314 | 15,335 | 22,649 |
| South Carolina | 7,733 | 15,830 | 23,563 | 6,926 | 15,393 | 22,319 |
| New Mexico | 8,257 | 14,851 | 23,108 | 7,609 | 14,444 | 22,053 |
| Minnesota | 7,090 | 14,791 | 21,881 | 6,498 | 14,265 | 20,763 |
| Michigan | 7,121 | 14,695 | 21,816 | 6,440 | 14,229 | 20,669 |
| Pennsylvania | 6,637 | 12,582 | 19,219 | 5,699 | 12,230 | 17,929 |
| Arkansas | 6,019 | 12,699 | 18,718 | 5,480 | 12,340 | 17,820 |
| Connecticut | 5,459 | 10,381 | 15,840 | 4,883 | 10,126 | 15,009 |
| Alabama | 5,283 | 10,521 | 15,804 | 4,704 | 10,242 | 14,946 |
| Ohio | 5,326 | 10,377 | 15,703 | 4,628 | 9,983 | 14,611 |
| Missouri | 4,042 | 8,321 | 12,363 | 3,742 | 8,050 | 11,792 |
| Nebraska | 4,004 | 8,095 | 12,099 | 3,639 | 7,807 | 11,446 |
| Idaho | 3,657 | 7,633 | 11,290 | 3,385 | 7,388 | 10,773 |
| Kentucky | 3,672 | 7,364 | 11,036 | 3,275 | 7,125 | 10,400 |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Iowa | 3,227 | 6,965 | 10,192 | 2,921 | 6,722 | 9,643 |
| Louisiana | 2,458 | 4,643 | 7,101 | 2,148 | 4,511 | 6,659 |
| Mississippi | 1,845 | 3,520 | 5,365 | 1,604 | 3,425 | 5,029 |
| Delaware | 1,677 | 3,531 | 5,208 | 1,529 | 3,448 | 4,977 |
| Rhode Island | 1,335 | 2,610 | 3,945 | 1,169 | 2,520 | 3,689 |
| District Of Columbia | 869 | 1,648 | 2,517 | 735 | 1,595 | 2,330 |
| Wyoming | 745 | 1,426 | 2,171 | 661 | 1,382 | 2,043 |
| Hawaii | 448 | 915 | 1,363 | 368 | 885 | 1,253 |
| New Hampshire | 386 | 766 | 1,152 | 330 | 736 | 1,066 |
| South Dakota | 276 | 560 | 836 | 240 | 526 | 766 |
| North Dakota | 96 | 335 | 431 | 74 | 328 | 402 |
| West Virginia | 151 | 281 | 432 | 125 | 269 | 394 |
| Puerto Rico | 271 | 227 | 498 | 165 | 221 | 386 |
| Alaska | 94 | 234 | 328 | 85 | 218 | 303 |
| Montana | 76 | 194 | 270 | 65 | 183 | 248 |
| Maine | 50 | 119 | 169 | 44 | 117 | 161 |
| Virgin Islands | 126 | 88 | 214 | 68 | 85 | 153 |
| Guam | 23 | 49 | 72 | 21 | 46 | 67 |
| Vermont | 17 | 51 | 68 | 12 | 44 | 56 |
| Armed Forces Americas (except Canada) | D | 29 | 36 | D | 26 | 33 |
| Armed Forces Pacific | D | 18 | 19 | D | 18 | 19 |
| Northern Mariana Islands | 27 | 15 | 42 | D | 12 | 19 |
| Armed Forces Africa, Canada, Europe, Middle East | - | D | D | - | D | D |
| Federated States Of Micronesia | D | D | D | D | D | D |
| Marshall Islands | - | D | D | - | D | D |
| American Samoa | D | D | D | - | D | D |
| Not Reported[3] | D | D | D | D | D | D |
| **Total** | **911,294** | **1,808,695** | **2,719,989** | **825,623** | **1,757,232** | **2,582,855** |

**Table Key**

D  Data withheld to protect petitioners' privacy.

- Represents zero.

**Footnotes**

[1] The number of requests that were accepted to date of the reporting period.

[2] The number of requests that were approved to date of the reporting period.

[3] All fields with a blank in the State field are included in the field "not reported."

**NOTE:** 1) Some requests approved or denied may have been received in previous reporting periods.

     2) The report reflects the most up-to-date estimate data available at the time the report is generated.

     3) Ranked by total approvals.

     4) USCIS previously discovered that the query code used to generate this report had some flaws affecting the data in the "Approved" and "Denied" fields, such that the data in this field was under reported because it did not include certain history action codes that are counted as approvals or denials. USCIS believes that it has corrected this issue in the query code and that this report provides a more accurate reflection of approved and denied cases. Note that if this report is compared to versions prior to the March 31, 2019 version that USCIS has published on its website, the prior versions reflect under reported data in the "Approved" and "Denied" fields.

**Source:**  Department of Homeland Security, U.S. Citizenship and Immigration Services, Performance Report Tool, accessed January 2020.