| Approximate Active DACA Recipients: As of December 31, 2019 | | |
|---|---|---|
| Month/Year Current DACA Expires | Number (Rounded) | Number with Renewal Pending (Rounded) |
| Dec-19 | D | D |
| Jan-20 | 3,940 | 1,790 |
| Feb-20 | 12,200 | 4,700 |
| Mar-20 | 18,260 | 5,320 |
| Apr-20 | 19,300 | 3,960 |
| May-20 | 26,680 | 3,190 |
| Jun-20 | 25,040 | 1,590 |
| Jul-20 | 23,180 | 890 |
| Aug-20 | 29,280 | 920 |
| Sep-20 | 34,230 | 940 |
| Oct-20 | 29,790 | 820 |
| Nov-20 | 33,540 | 510 |
| Dec-20 | 23,820 | 260 |
| Jan-21 | 33,800 | 120 |
| Feb-21 | 30,560 | 100 |
| Mar-21 | 34,130 | 100 |
| Apr-21 | 38,650 | 110 |
| May-21 | 31,180 | 80 |
| Jun-21 | 27,380 | 80 |
| Jul-21 | 36,840 | 100 |
| Aug-21 | 29,990 | 80 |
| Sep-21 | 36,350 | 120 |
| Oct-21 | 30,820 | 120 |
| Nov-21 | 17,770 | 40 |
| Dec-21 | 22,320 | 50 |
| Grand Total | 649,070 | 25,980 |

**Note:**
This report reflects the most up-to-date data available at the time the report is generated.
Number of Individuals with DACA Expiration on or after Dec. 31, 2019 as of Dec. 31, 2019.
Individuals who have obtained Lawful Permanent Resident Status or U.S. Citizenship are excluded.
Totals may not sum due to rounding.
Counts less than 10 are notated with the letter "D."

| Approximate DACA Renewals Pending with Expired DACA As of December 31, 2019 | |
|---|---|
| Number (Rounded) | 8,120 |

**NOTE:**

This report reflects the most up-to-date data available at the time the report is generated. Number of Individuals with a DACA renewal pending whose current DACA has expired as of Dec. 31, 2019.

Individuals who have obtained Lawful Permanent Resident Status or U.S. Citizenship are excluded.

USCIS previously discovered that the query code used to generate this report had some flaws, such that the data was under inclusive because it only pulled cases from Electronic Immigration System (ELIS) and not also from Computer Linked Application Information Management System (CLAIMS 3). CLAIMS 3 and ELIS are electronic case management systems that USCIS uses to process certain immigration requests. From the inception of DACA until early 2016, DACA requests were ingested into and processed in CLAIMS 3. In early 2016, USCIS transitioned to ELIS for DACA requests, and newly received DACA requests were ingested into and then processed in ELIS. USCIS believes that it has corrected this issue in the query code and that this report provides a more accurate reflection of pending renewal DACA requests for individuals with expired DACA. Note that if this report is compared to versions prior to the March 31, 2018 version that USCIS has published on its website, the prior versions reflect under inclusive data.

| Approximate DACA Initials Pending As of December 31, 2019 | |
|---|---|
| Number (Rounded) | 2,850 |

**NOTE:**

This report reflects the most up-to-date data available at the time the report is generated.

Number of Individuals with a DACA initials pending as of December 31, 2019.

USCIS previously discovered that the query code used to generate this report had some flaws, such that the data was under inclusive because it only pulled cases from Electronic Immigration System (ELIS) and not also from Computer Linked Application Information Management System (CLAIMS 3). CLAIMS 3 and ELIS are electronic case management systems that USCIS uses to process certain immigration requests. From the inception of DACA until early 2016, DACA requests were ingested into and processed in CLAIMS 3. In early 2016, USCIS transitioned to ELIS for DACA requests, and newly received DACA requests were ingested into and then processed in ELIS. USCIS believes that it has corrected this issue in the query code and that this report provides a more accurate reflection of pending initial DACA requests. Note that if this report is compared to versions prior to the March 31, 2018 version that USCIS has published on its website, the prior versions reflect under inclusive data.

| Approximate Count of DACA Receipts:<br>Since January 10, 2018, As of December 31, 2019 | Adjudicative Status | | | |
|---|---|---|---|---|
| I-821D Receipts grouped by date previous DACA expires | Approved | Denied | Pending | Grand Total |
| Current DACA expires prior to Sept. 5, 2016 | 4,230 | 850 | 590 | 5,680 |
| Current DACA expires between Sept. 5, 2016 and Sept. 4, 2017 | 9,080 | 370 | 340 | 9,790 |
| Current DACA expires between Sept. 5, 2017 and Mar. 5, 2018 | 9,160 | 340 | 310 | 9,800 |
| Current DACA expires after Mar. 5, 2018 | 625,980 | 4,020 | 33,520 | 663,520 |
| No match | 20 | D | 0 | 30 |
| Grand Total | 648,460 | 5,590 | 34,760 | 688,810 |

NOTE:

This report reflects the most up-to-date data available at the time the report is generated.

Count of I-821D receipts with a receipt date on or after Jan. 10, 2018 as of December 31, 2019.

Previous DACA expiration found based on matching A Number.

Receipts grouped by date of previous DACA expiration.

No match means there is no record of a previous DACA approval by matching A Number.

Totals may not sum due to rounding.

Counts less than 10 are notated with the letter "D."

| Approximate Active DACA Recipients: Country of Birth As of December 31, 2019 | |
| --- | --- |
| **Country of Birth** | **Number (rounded)** |
| **Grand Total** | **649,070** |
| Mexico | 521,440 |
| El Salvador | 25,050 |
| Guatemala | 16,970 |
| Honduras | 15,570 |
| Peru | 6,360 |
| Korea, South | 6,280 |
| Brazil | 5,110 |
| Ecuador | 4,830 |
| Colombia | 4,280 |
| Argentina | 3,400 |
| Philippines | 3,320 |
| India | 2,290 |
| Jamaica | 2,270 |
| Venezuela | 2,130 |
| Dominican Republic | 2,020 |
| Uruguay | 1,720 |
| Trinidad And Tobago | 1,540 |
| Bolivia | 1,450 |
| Costa Rica | 1,370 |
| Nicaragua | 1,270 |
| Chile | 1,210 |
| Poland | 1,180 |
| Pakistan | 1,160 |
| Nigeria | 910 |
| Guyana | 860 |
| Belize | 710 |
| Indonesia | 660 |
| Canada | 650 |
| China | 610 |
| Kenya | 610 |
| Bangladesh | 440 |
| Portugal | 440 |
| United Kingdom | 440 |
| Mongolia | 420 |
| Ghana | 420 |
| Panama | 380 |
| Italy | 330 |
| Israel | 300 |
| Bahamas, The | 270 |
| Albania | 230 |
| Saint Lucia | 220 |
| Taiwan | 210 |
| Turkey | 200 |

| | |
|---|---|
| Jordan | 190 |
| Germany | 190 |
| Paraguay | 180 |
| Zambia | 180 |
| Thailand | 170 |
| Saudi Arabia | 160 |
| Egypt | 160 |
| South Africa | 150 |
| Armenia | 150 |
| United Arab Emirates | 150 |
| France | 140 |
| Haiti | 140 |
| Ukraine | 140 |
| Malaysia | 140 |
| Hong Kong | 130 |
| Russia | 130 |
| Lithuania | 130 |
| Senegal | 120 |
| Guinea | 120 |
| Cameroon | 120 |
| Grenada | 120 |
| Zimbabwe | 120 |
| Japan | 110 |
| Liberia | 110 |
| Sri Lanka | 110 |
| Côte D'Ivoire | 110 |
| Morocco | 110 |
| Saint Vincent And The Grenadines | 100 |
| Gambia, The | 100 |
| Greece | 100 |
| Romania | 100 |
| Suriname | 90 |
| Spain | 90 |
| Lebanon | 90 |
| Sierra Leone | 90 |
| Fiji | 80 |
| Barbados | 80 |
| Czech Republic | 80 |
| Dominica | 80 |
| Hungary | 70 |
| Tanzania | 70 |
| Antigua And Barbuda | 70 |
| Malawi | 70 |
| Macedonia | 70 |
| New Zealand | 60 |
| Bulgaria | 60 |
| Uganda | 60 |
| Vietnam | 60 |
| Nepal | 60 |

| | |
|---|---:|
| Cabo Verde | 50 |
| Iran | 50 |
| Kuwait | 50 |
| Montenegro | 50 |
| Netherlands | 50 |
| Tonga | 50 |
| Australia | 50 |
| Mali | 50 |
| Angola | 40 |
| Democratic Republic Of Congo | 40 |
| Cambodia | 40 |
| Singapore | 40 |
| Slovakia | 40 |
| Uzbekistan | 30 |
| Virgin Islands, British | 30 |
| Ethiopia | 30 |
| Qatar | 30 |
| Yemen | 30 |
| Sweden | 30 |
| Togo | 30 |
| Turks And Caicos Islands | 30 |
| Serbia | 30 |
| Estonia | 30 |
| Saint Kitts And Nevis | 30 |
| Belgium | 30 |
| Bahrain | 30 |
| Samoa | 20 |
| Gabon | 20 |
| Syria | 20 |
| Austria | 20 |
| Congo | 20 |
| Yugoslavia | 20 |
| Botswana | 20 |
| Cayman Islands | 20 |
| Ireland | 20 |
| Bermuda | 20 |
| Western Samoa | 20 |
| Netherlands Antilles | 20 |
| Kosovo | 10 |
| Laos | 10 |
| Algeria | 10 |
| Georgia | 10 |
| Switzerland | 10 |
| Burundi | 10 |
| Azerbaijan | 10 |
| Benin | 10 |
| Burkina Faso | 10 |
| Croatia | 10 |
| Denmark | 10 |

| | |
|---|---|
| Libya | 10 |
| Niger | 10 |
| Oman | 10 |
| Belarus | 10 |
| Kazakhstan | 10 |
| Madagascar | 10 |
| Ussr | D |
| Afghanistan | D |
| Montserrat | D |
| Namibia | D |
| Cyprus | D |
| Iraq | D |
| Latvia | D |
| Norway | D |
| Slovenia | D |
| Somalia | D |
| Kyrgyzstan | D |
| Lesotho | D |
| Moldova | D |
| Zaire | D |
| French Guiana | D |
| Macau | D |
| Aruba | D |
| Central African Republic | D |
| Chad | D |
| Guadeloupe | D |
| Luxembourg | D |
| Mauritania | D |
| Mauritius | D |
| Tunisia | D |
| Bosnia And Herzegovina | D |
| Brunei | D |
| Marshall Islands | D |
| Mozambique | D |
| Rwanda | D |
| Sudan | D |
| Bhutan | D |
| Guinea-Bissau | D |
| Turkmenistan | D |
| Tuvalu | D |
| Cuba | D |
| Equatorial Guinea | D |
| Martinique | D |
| Micronesia, Federated States Of | D |
| Palau | D |
| Swaziland | D |
| Andorra | D |
| Anguilla | D |
| Burma | D |

| | |
|---|---|
| Eritrea | D |
| Finland | D |
| French Polynesia | D |
| Germany, West | D |
| Iceland | D |
| Malta | D |
| New Caledonia | D |
| Papua New Guinea | D |
| Tajikistan | D |
| Not available | 450 |

1) The report reflects the most up-to-date data available at the time the report is generated.

2) The Active DACA population are individuals who have an approved I-821D with validity as of Dec. 31, 2019.

3) Individuals who have obtained Lawful Permanent Resident Status or U.S. Citizenship are excluded.

4) Totals may not sum due to rounding.

5) Countries with fewer than 10 active DACA recipients are notated with the letter "D."

6) Not available means the data is not available in the electronic systems.

| Approximate Active DACA Recipients: State or Territory of Residence As of December 31, 2019 | |
|---|---|
| **State or Territory of Residence** | **Number (rounded)** |
| **Grand Total** | **649,070** |
| California | 184,880 |
| Texas | 107,020 |
| Illinois | 34,150 |
| New York | 28,560 |
| Florida | 25,090 |
| North Carolina | 24,230 |
| Arizona | 24,120 |
| Georgia | 20,810 |
| New Jersey | 16,480 |
| Washington | 16,160 |
| Colorado | 14,640 |
| Nevada | 12,180 |
| Oregon | 9,760 |
| Virginia | 9,540 |
| Indiana | 8,920 |
| Utah | 8,590 |
| Maryland | 7,960 |
| Tennessee | 7,720 |
| Wisconsin | 6,600 |
| Oklahoma | 6,150 |
| South Carolina | 5,810 |
| New Mexico | 5,770 |
| Kansas | 5,620 |
| Massachusetts | 5,560 |
| Michigan | 5,270 |
| Minnesota | 5,230 |
| Pennsylvania | 4,540 |
| Arkansas | 4,530 |
| Alabama | 4,030 |
| Ohio | 3,890 |
| Connecticut | 3,580 |
| Missouri | 3,030 |
| Nebraska | 2,950 |
| Idaho | 2,810 |
| Kentucky | 2,720 |
| Iowa | 2,440 |
| Louisiana | 1,730 |
| Mississippi | 1,330 |
| Delaware | 1,300 |
| Rhode Island | 900 |
| District Of Columbia | 590 |
| Wyoming | 510 |
| Hawaii | 330 |

| | |
|---|---:|
| New Hampshire | 270 |
| South Dakota | 190 |
| North Dakota | 120 |
| West Virginia | 110 |
| Puerto Rico | 80 |
| Alaska | 80 |
| Montana | 70 |
| Maine | 50 |
| Virgin Islands | 30 |
| Vermont | 20 |
| Guam | 10 |
| Armed Forces Americas (except Canada) | 10 |
| Northern Mariana Islands | D |
| Armed Forces Pacific | D |
| Federated States Of Micronesia | D |
| Marshall Islands | D |
| Armed Forces Africa, Canada, Europe, Middle East | D |
| Not available | 10 |

1)  The report reflects the most up-to-date data available at the time the report is generated.

2)  The Active DACA population are individuals who have an approved I-821D with validity as of Dec. 31, 2019.

3)  Individuals who have obtained Lawful Permanent Resident Status or U.S. Citizenship are excluded.

4)  Totals may not sum due to rounding.

5)  States/Territories with fewer than 10 active DACA recipients are notated with the letter "D."

| Approximate Active DACA Recipients: Core Based Statistical Area As of December 31, 2019 | |
|---|---|
| **Core Based Statistical Area** | **Number (rounded)** |
| **Grand Total** | **649,070** |
| Los Angeles-Long Beach-Anaheim, CA | 80,540 |
| New York-Newark-Jersey City, NY-NJ-PA | 41,800 |
| Dallas-Fort Worth-Arlington, TX | 34,980 |
| Houston-The Woodlands-Sugar Land, TX | 32,790 |
| Chicago-Naperville-Elgin, IL-IN-WI | 32,550 |
| Riverside-San Bernardino-Ontario, CA | 22,800 |
| Phoenix-Mesa-Scottsdale, AZ | 20,920 |
| Atlanta-Sandy Springs-Roswell, GA | 14,720 |
| San Francisco-Oakland-Hayward, CA | 13,710 |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 12,220 |
| San Diego-Carlsbad, CA | 10,520 |
| Miami-Fort Lauderdale-West Palm Beach, FL | 9,770 |
| Las Vegas-Henderson-Paradise, NV | 9,750 |
| Denver-Aurora-Lakewood, CO | 9,240 |
| San Jose-Sunnyvale-Santa Clara, CA | 8,580 |
| Austin-Round Rock, TX | 7,300 |
| Seattle-Tacoma-Bellevue, WA | 7,230 |
| McAllen-Edinburg-Mission, TX | 7,070 |
| Portland-Vancouver-Hillsboro, OR-WA | 5,730 |
| Charlotte-Concord-Gastonia, NC-SC | 5,710 |
| Sacramento--Roseville--Arden-Arcade, CA | 5,710 |
| San Antonio-New Braunfels, TX | 5,080 |
| Bakersfield, CA | 4,970 |
| Fresno, CA | 4,880 |
| Salt Lake City, UT | 4,520 |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 4,300 |
| Boston-Cambridge-Newton, MA-NH | 4,240 |
| Minneapolis-St. Paul-Bloomington, MN-WI | 4,110 |
| Indianapolis-Carmel-Anderson, IN | 3,860 |
| Oxnard-Thousand Oaks-Ventura, CA | 3,850 |
| Raleigh, NC | 3,690 |
| Kansas City, MO-KS | 3,480 |
| Visalia-Porterville, CA | 3,470 |
| Stockton-Lodi, CA | 3,360 |
| Nashville-Davidson--Murfreesboro--Franklin, TN | 3,230 |
| Tampa-St. Petersburg-Clearwater, FL | 3,130 |
| Modesto, CA | 2,940 |
| Santa Maria-Santa Barbara, CA | 2,930 |
| Salinas, CA | 2,920 |
| Oklahoma City, OK | 2,820 |
| Albuquerque, NM | 2,730 |
| Milwaukee-Waukesha-West Allis, WI | 2,670 |
| Orlando-Kissimmee-Sanford, FL | 2,650 |

| Santa Rosa, CA | 2,450 |

| | |
|---|---|
| Detroit-Warren-Dearborn, MI | 2,290 |
| Winston-Salem, NC | 2,200 |
| Baltimore-Columbia-Towson, MD | 2,190 |
| Brownsville-Harlingen, TX | 2,110 |
| Salem, OR | 2,050 |
| Yakima, WA | 1,970 |
| Greensboro-High Point, NC | 1,970 |
| Tucson, AZ | 1,910 |
| Tulsa, OK | 1,860 |
| Merced, CA | 1,850 |
| Kennewick-Richland, WA | 1,830 |
| Bridgeport-Stamford-Norwalk, CT | 1,830 |
| Memphis, TN-MS-AR | 1,810 |
| Columbus, OH | 1,810 |
| Durham-Chapel Hill, NC | 1,780 |
| Fayetteville-Springdale-Rogers, AR-MO | 1,720 |
| Provo-Orem, UT | 1,710 |
| Reno, NV | 1,700 |
| El Paso, TX | 1,580 |
| North Port-Sarasota-Bradenton, FL | 1,510 |
| Vallejo-Fairfield, CA | 1,480 |
| Omaha-Council Bluffs, NE-IA | 1,450 |
| Cape Coral-Fort Myers, FL | 1,430 |
| Grand Rapids-Wyoming, MI | 1,410 |
| Birmingham-Hoover, AL | 1,390 |
| Greenville-Anderson-Mauldin, SC | 1,370 |
| Santa Cruz-Watsonville, CA | 1,310 |
| Gainesville, GA | 1,310 |
| Ogden-Clearfield, UT | 1,290 |
| Providence-Warwick, RI-MA | 1,240 |
| Laredo, TX | 1,240 |
| Wichita, KS | 1,240 |
| Boise City, ID | 1,200 |
| Lakeland-Winter Haven, FL | 1,200 |
| Elkhart-Goshen, IN | 1,170 |
| Richmond, VA | 1,100 |
| Naples-Immokalee-Marco Island, FL | 1,030 |
| Louisville/Jefferson County, KY-IN | 1,020 |
| Des Moines-West Des Moines, IA | 1,010 |
| Greeley, CO | 1,010 |
| Cincinnati, OH-KY-IN | 1,000 |
| Other CBSA | 93,900 |
| Not available | 1,320 |
| Non CBSA | 14,390 |

1)  The report reflects the most up-to-date data available at the time the report is generated.

2)  The Active DACA population are individuals who have an approved I-821D with validity as of Dec. 31, 2019.

3)  Individuals who have obtained Lawful Permanent Resident Status or U.S. Citizenship are excluded.

4)  Core Based Statistical Areas (CBSA) at the time of most recent application. CBSAs are defined by the Office of Management and Budget.

5)  CBSA with less than 1,000 individuals are included in Other CBSA.

6)  Not available means the data is not available in the electronic systems.

7)  Totals may not sum due to rounding.

| Approximate Active DACA Recipients: Gender As of December 31, 2019 | |
|---|---|
| **Sex** | **Number (rounded)** |
| **Grand Total** | **649,070** |
| Female | 345,170 |
| Male | 303,840 |
| Not available | 50 |

1) The report reflects the most up-to-date data available at the time the report is generated.

2) The Active DACA population are individuals who have an approved I-821D with validity as of Dec. 31, 2019.

3) Individuals who have obtained Lawful Permanent Resident Status or U.S. Citizenship are excluded.

4) Totals may not sum due to rounding.

5) Not available means the data is not available in the electronic systems.

| Approximate Active DACA Recipients: Age Group As of December 31, 2019 | |
|---|---|
| **Age as of December 31, 2019** | **Number (rounded)** |
| **Grand Total** | **649,070** |
| Under 16 | 100 |
| 16-20 | 85,750 |
| 21-25 | 244,420 |
| 26-30 | 188,950 |
| 31-35 | 105,100 |
| 36-38 | 24,760 |
| Not available | D |
| Average Age | 26.0 |
| Median Age | 25 |
| Interquartile Range | 22 to 29 |

1) The report reflects the most up-to-date data available at the time the report is generated.

2) The Active DACA population are individuals who have an approved I-821D with validity at as of Dec. 31, 2019.

3) Individuals who have obtained Lawful Permanent Resident Status or U.S. Citizenship are excluded.

4) Totals may not sum due to rounding.

5) Not available means the data is not available in the electronic systems.

6) Counts less than 10 active DACA recipients are notated with the letter "D."

| Approximate Active DACA Recipients: Marital Status As of December 31, 2019 ||
| Marital Status | Number (rounded) |
| --- | --- |
| **Grand Total** | **649,070** |
| Single | 490,130 |
| Married | 146,060 |
| Divorced | 10,310 |
| Widowed | 350 |
| Not available | 2,220 |

1)  The report reflects the most up-to-date data available at the time the report is generated.

2)  The Active DACA population are individuals who have an approved I-821D with validity as of Dec. 31, 2019.

3)  Individuals who have obtained Lawful Permanent Resident Status or U.S. Citizenship are excluded.

4)  Totals may not sum due to rounding.

5)  Not available means the data is not available in the electronic systems.