**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; JANET NAPOLITANO, in her official capacity as President of the University of California,<br>   *Plaintiffs-Appellees*,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF,[*] in his official capacity as Acting Secretary of the Department of Homeland Security,<br>   *Defendants-Appellants*. | No. 18-15068<br><br>D.C. No.<br>3:17-cv-05211-WHA |

---

 [*] Chad F. Wolf and William P. Barr are substituted in place of their predecessors.  Fed. R. App. P. 43(c)(2).

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF MAINE; STATE OF MINNESOTA; STATE OF MARYLAND,<br>　　　　*Plaintiffs-Appellees*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security; UNITED STATES OF AMERICA,<br>　　　　*Defendants-Appellants*. | No. 18-15069<br><br>D.C. No.<br>3:17-cv-05235-WHA |
| CITY OF SAN JOSE,<br>　　　　*Plaintiff-Appellee*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity; CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security; UNITED STATES OF AMERICA,<br>　　　　*Defendants-Appellants*. | No. 18-15070<br><br>D.C. No.<br>3:17-cv-05329-WHA |

| | |
|---|---|
| DULCE GARCIA; MIRIAM GONZALEZ AVILA; SAUL JIMENEZ SUAREZ; VIRIDIANA CHABOLLA MENDOZA; JIRAYUT LATTHIVONGSKORN; NORMA RAMIREZ, *Plaintiffs-Appellees*, <br><br> v. <br><br> UNITED STATES OF AMERICA; DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security, *Defendants-Appellants.* | No. 18-15071 <br><br> D.C. No. 3:17-cv-05380-WHA |

| | |
|---|---|
| COUNTY OF SANTA CLARA; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521, *Plaintiffs-Appellees*, v. DONALD J. TRUMP, in his official capacity as President of the United States; WILLIAM P. BARR, Attorney General; CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY, *Defendants-Appellants.* | No. 18-15072 D.C. No. 3:17-cv-05813-WHA |

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; JANET NAPOLITANO, In her official capacity as President of the University of California; STATE OF CALIFORNIA; STATE OF MAINE; STATE OF MINNESOTA; STATE OF MARYLAND; CITY OF SAN JOSE; DULCE GARCIA; MIRIAM GONZALEZ AVILA; SAUL JIMENEZ SUAREZ; VIRIDIANA CHABOLLA MENDOZA; JIRAYUT LATTHIVONGSKORN; NORMA RAMIREZ; COUNTY OF SANTA CLARA; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,  *Plaintiffs-Appellees*,  v. | No. 18-15128  D.C. Nos. 3:17-cv-05211-WHA 3:17-cv-05235-WHA 3:17-cv-05329-WHA 3:17-cv-05380-WHA 3:17-cv-05813-WHA |

6         REGENTS OF THE UNIV. OF CAL. V. USDHS

UNITED STATES OF AMERICA; DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security,
	*Defendants-Appellants.*

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; JANET NAPOLITANO, in her official capacity as President of the University of California; STATE OF CALIFORNIA; STATE OF MAINE; STATE OF MINNESOTA; STATE OF MARYLAND; CITY OF SAN JOSE; DULCE GARCIA; MIRIAM GONZALEZ AVILA; SAUL JIMENEZ SUAREZ; VIRIDIANA CHABOLLA MENDOZA; JIRAYUT LATTHIVONGSKORN; NORMA RAMIREZ,<br>      *Plaintiffs-Appellants*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security,<br>      *Defendants-Appellees.* | No. 18-15133<br><br>D.C. Nos.<br>3:17-cv-05211-WHA<br>3:17-cv-05235-WHA<br>3:17-cv-05329-WHA<br>3:17-cv-05380-WHA<br>3:17-cv-05813-WHA |

| | |
|---|---|
| DULCE GARCIA; MIRIAM GONZALEZ AVILA; SAUL JIMENEZ SUAREZ; VIRIDIANA CHABOLLA MENDOZA; NORMA RAMIREZ; JIRAYUT LATTHIVONGSKORN; COUNTY OF SANTA CLARA; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,<br>   *Plaintiffs-Appellants*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security,<br>   *Defendants-Appellees.* | No. 18-15134<br><br>D.C. Nos.<br>3:17-cv-05211-WHA<br>3:17-cv-05235-WHA<br>3:17-cv-05329-WHA<br>3:17-cv-05380-WHA<br>3:17-cv-05813-WHA<br><br>ORDER |

On Remand From The United States Supreme Court

Filed August 4, 2020

Before: Kim McLane Wardlaw, Jacqueline H. Nguyen, and John B. Owens, Circuit Judges.

Order

## ORDER

In light of the Supreme Court's decision in *Department of Homeland Security v. Regents of the University of California*, 140 S. Ct. 1891 (2020), we remand these cases to the district court for further proceedings consistent with the Supreme Court's opinion, which held that the Department of Homeland Security's rescission of the Deferred Action for Childhood Arrivals program "was arbitrary and capricious in violation of the [Administrative Procedure Act]," *id.* at 1915.

**IT IS SO ORDERED.**   The mandate shall issue forthwith.