JEFFREY M. DAVIDSON (SBN 248620)
ALAN BERSIN (SBN 63874)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: jdavidson@cov.com,
abersin@cov.com
*Attorneys for Plaintiff The Regents of the University of California*

THEODORE J. BOUTROUS, JR. (SBN 132099)
ETHAN D. DETTMER (SBN 196046)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: tboutrous@gibsondunn.com,
edettmer@gibsondunn.com
*Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Norma Ramirez, Jirayut Latthivongskorn, Marco Antonio Salinas Munoz, Dulce Berenice Vargas Baltazar, Ericka Lisseth Daniel Santellan, Grisel Guadalupe Chavez Diaz, and Felipe Alvarez Carrillo*

MATTHEW RODRIQUEZ
Acting Attorney General of California
CHRISTINE CHUANG
JAMES F. ZAHRADKA II (SBN 196822)
Supervising Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550
Telephone: (510) 879-1247
Email: James.Zahradka@doj.ca.gov
*Attorneys for Plaintiff State of California*

JOSEPH W. COTCHETT (SBN 36324)
JUSTIN T. BERGER (SBN 250346)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jberger@cpmlegal.com
*Attorneys for Plaintiff City of San Jose*

STACEY M. LEYTON (SBN 203827)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: sleyton@altber.com
*Attorneys for Plaintiffs County of Santa Clara and Service Employees International Union Local 521*

*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and ALEJANDRO MAYORKAS,[1] in his official capacity as Secretary of the Department of Homeland Security, | CASE NO. 17-CV-05211-WHA<br><br>**STIPULATION RE: VACATION OF DEADLINES AND STAY OF PROCEEDINGS PENDING DEFENDANTS' ACTIONS PURSUANT TO JANUARY 20, 2021 PRESIDENTIAL MEMORANDUM RE: DACA**<br><br>Judge:   Hon. William Alsup<br>Trial Date:   None set<br>Action Filed: September 8, 2017 |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Homeland Security Alejandro Mayorkas is automatically substituted as a Defendant in his official capacity for former Acting Secretary of Homeland Security David Pekoske.

|   |   |
|---|---|
| Defendants. | |
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA, | CASE NO. 17-CV-05235-WHA |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH EDLOW, in his purported official capacity as Deputy Director for Policy of the U.S. Citizenship and Immigration Services[2]; and UNITED STATES OF AMERICA, | |
| Defendants. | |
| CITY OF SAN JOSE, a municipal corporation, | CASE NO. 17-CV-05329-WHA |
| Plaintiffs, | |
| v. | |
| JOSEPH R. BIDEN, President of the United States, in his official capacity,[3] ALEJANDRO MAYORKAS, in his official capacity, and the UNITED STATES OF AMERICA, | |
| Defendants. | |
| DULCE GARCIA; MIRIAM GONZALEZ AVILA; SAUL JIMENEZ SUAREZ; NORMA RAMIREZ; JIRAYUT LATTHIVONGSKORN; MARCO ANTONIO SALINAS MUNOZ; DULCE BERENICE VARGAS BALTAZAR; ERICKA LISSETH DANIEL SANTELLAN; GRISEL GUADALUPE CHAVEZ DIAZ; and FELIPE ALVAREZ CARRILLO, | CASE NO. 17-CV-05380-WHA |
| Plaintiffs, | |
| v. | |

---

[2] Joseph Edlow left the Department of Homeland Security in January of 2021, and the office he formerly occupied is currently vacant.

[3] Pursuant to Federal Rule of Civil Procedure 25(d), President Joseph R. Biden is automatically substituted as a Defendant in his official capacity for former President Donald J. Trump.

|  |  |
|---|---|
| UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; JOSEPH EDLOW, in his official capacity as purported DHS Deputy Director of Policy; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                 Defendants. |  |
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,<br><br>                 Plaintiffs,<br><br>                 v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; JOSEPH EDLOW, in his official capacity as Deputy Director of Policy of USCIS; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>               Defendants. | CASE NO. 17-CV-05813-WHA |

**STIPULATION RE: VACATION OF DEADLINES AND STAY OF PROCEEDINGS PENDING DEFENDANTS' ACTIONS PURSUANT TO JANUARY 20, 2021 PRESIDENTIAL MEMORANDUM RE: DACA**

Per Defendants' filing on January 21, 2021, ECF No. 315, on January 20, 2021, President Biden issued a memorandum entitled "Preserving and Fortifying Deferred Action for Childhood Arrivals (DACA)." 86 Fed. Reg. 7053 (Jan. 25, 2021). In that memorandum, the President instructed the Secretary of Homeland Security, in consultation with the Attorney General, to "take all actions he deems appropriate, consistent with applicable law, to preserve and fortify DACA." *Id.* at 7053. The Secretary of Homeland Security, in consultation with the Attorney General, is currently working to implement the recent Presidential Memorandum, which may result in further agency action that impacts the substantive and procedural aspects of this litigation.

In light of the above, to prevent the unnecessary expenditure of public resources, and to promote judicial economy, the parties hereby stipulate to the following, and request that the Court:

- Vacate all pending deadlines in this matter;
- Stay further proceedings in this matter pending further court order; and
- Order the parties to submit joint status reports every 60 days pending further court order, with the first joint status report to be filed on May 24, 2021.

IT IS SO STIPULATED THIS 22 DAY OF MARCH, 2021

1

STIP. RE: VACATION OF DEADLINES AND STAY OF PROCEEDINGS
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

| | | |
|---|---|---|
| 1 | Dated: March 22, 2021 | Respectfully submitted, |
| 2 | COVINGTON & BURLING LLP | MATTHEW RODRIQUEZ<br>Acting Attorney General of California |
| 3 | /s/ Jeffrey M. Davidson | |
| 4 | JEFFREY M. DAVIDSON | /s/ James F. Zahradka II<br>JAMES F. ZAHRADKA II |
|   | *Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California* | Supervising Deputy Attorney General<br>*Attorneys for Plaintiff State of California* |
| 5 | | |
| 6 | | AARON FREY |
| 7 | GIBSON, DUNN & CRUTCHER LLP | Attorney General of Maine<br>KIMBERLY L. PATWARDHAN (*pro hac vice*) |
| 8 | /s/ Ethan D. Dettmer<br>ETHAN D. DETTMER | Deputy Attorney General |
| 9 | | *Attorneys for Plaintiff State of Maine* |
| 10 | PUBLIC COUNSEL | |
|    | | BRIAN E. FROSH |
| 11 | /s/ Mark D. Rosenbaum<br>MARK D. ROSENBAUM | Attorney General of Maryland<br>STEVEN M. SULLIVAN (*pro hac vice*) |
| 12 | *Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Norma Ramirez, Jirayut Latthivongskorn, Marco Antonio Salinas Munoz, Dulce Berenice Vargas Baltazar, Ericka Lisseth Daniel Santellan, Grisel Guadalupe Chavez Diaz, and Felipe Alvarez Carrillo* | Solicitor General<br>*Attorneys for Plaintiff State of Maryland* |
| 13 | | |
| 14 | | KEITH ELLISON<br>Attorney General State of Minnesota |
| 15 | | JULIANNA F. PASSE (*pro hac vice*)<br>*Attorneys for Plaintiff State of Minnesota* |
| 16 | | |
| 17 | COTCHETT, PITRE & McCARTHY, LLP | |
| 18 | /s/ Justin T. Berger<br>JUSTIN T. BERGER | |
| 19 | *Attorneys for Plaintiff City of San Jose* | |

2

STIP. RE: VACATION OF DEADLINES AND STAY OF PROCEEDINGS
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

ALTSHULER BERZON LLP

*/s/ Stacey M. Leyton*
STACEY M. LEYTON
  *Attorneys for Plaintiffs COUNTY OF SANTA CLARA AND SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521*

JAMES R. WILLIAMS (SBN 271253)
County Counsel
GRETA S. HANSEN (SBN 251471)
LAURA S. TRICE (SBN 284837)
MARCELO QUIÑONES (SBN 279132)
HANNAH KIESCHNICK (SBN 319011)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Email: laura.trice@cco.sccgov.org,
marcelo.quinones@cco.sccgov.org,
hannah.kieschnick@cco.sccgov.org

*/s/ Hannah Kieschnick*
HANNAH KIESCHNICK
  *Attorneys for Plaintiff COUNTY OF SANTA CLARA*


BRIAN M. BOYNTON
 Acting Assistant Attorney General

BRAD P. ROSENBERG
 Assistant Branch Director

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (DC Bar #995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Telephone: (202) 305-8576
Facsimile: (202) 616-8460
E-mail: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

3

STIP. RE: VACATION OF DEADLINES AND STAY OF PROCEEDINGS
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, this Court hereby issues the following ORDER:

- All pending deadlines in this matter are hereby VACATED;
- All further proceedings in this matter are hereby STAYED pending further court order; and
- The parties are hereby ORDERED to submit joint status reports every 60 days pending further court order, with the first joint status report due on May 24, 2021.

IT IS SO ORDERED.

Date:  March 23, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

4

STIP. RE: VACATION OF DEADLINES AND STAY OF PROCEEDINGS
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

**ATTESTATION OF SIGNATURES**

I, James F. Zahradka II, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated:  March 22, 2021                           */s/ James F. Zahradka II*
                                                 JAMES F. ZAHRADKA II
                                                 Supervising Deputy Attorney General
                                                 *Attorney for State of California*

5

STIP. RE: VACATION OF DEADLINES AND STAY OF PROCEEDINGS
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)