BRIAN M. BOYNTON
 Acting Assistant Attorney General
STEPHANIE HINDS
 Acting United States Attorney
BRAD P. ROSENBERG
 Assistant Branch Director
STEPHEN M. PEZZI (DC Bar #995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 305-8576
Facsimile: (202) 616-8460
E-mail: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security, <br><br> Defendants. | CASE NO. 17-CV-05211-WHA <br> CASE NO. 17-CV-05235-WHA <br> CASE NO. 17-CV-05329-WHA <br> CASE NO. 17-CV-05380-WHA <br> CASE NO. 17-CV-05813-WHA <br><br> **JOINT STATUS REPORT** |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

1 | Since the parties' most recent joint status report in this matter, ECF No. 321, the United
2 | States has filed a notice of appeal to the U.S. Court of Appeals for the Fifth Circuit from the order
3 | and permanent injunction issued in *Texas v. United States*, No. 1:18-cv-00068, ECF Nos. 575, 576
4 | (S.D. Tex. July 16, 2021). Pursuant to this Court's March 23, 2021 Order, ECF No. 319, the
5 | parties will file another joint status report on or before November 22, 2021, and then every 60 days
6 | thereafter.

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

Dated: September 20, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

STEPHANIE HINDS
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (DC Bar #995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

COVINGTON & BURLING LLP

*/s/ Jeffrey M. Davidson*
JEFFREY M. DAVIDSON
  *Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*

GIBSON, DUNN & CRUTCHER LLP

*/s/ Ethan D. Dettmer*
ETHAN D. DETTMER

PUBLIC COUNSEL

*/s/ Mark D. Rosenbaum*
MARK D. ROSENBAUM
  *Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Norma Ramirez, Jirayut Latthivongskorn, Marco Antonio Salinas Munoz, Dulce Berenice Vargas Baltazar, Ericka Lisseth Daniel Santellan, Grisel Guadalupe Chavez Diaz, and Felipe Alvarez Carrillo*

COTCHETT, PITRE & McCARTHY, LLP

*/s/ Justin T. Berger*
JUSTIN T. BERGER
  *Attorneys for Plaintiff City of San Jose*

ROB BONTA
Attorney General of California

*/s/ James F. Zahradka II*
JAMES F. ZAHRADKA II
  Supervising Deputy Attorney General
  *Attorneys for Plaintiff State of California*

AARON M. FREY
Attorney General of Maine
KIMBERLY L. PATWARDHAN (*pro hac vice*)
Assistant Attorney General
*Attorneys for Plaintiff State of Maine*

BRIAN E. FROSH
Attorney General of Maryland
STEVEN M. SULLIVAN (*pro hac vice*)
Solicitor General
*Attorneys for Plaintiff State of Maryland*

KEITH ELLISON
Attorney General State of Minnesota
THOMAS S. MADISON (*pro hac vice pending*)
*Attorneys for Plaintiff State of Minnesota*

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

|   |   |
|---|---|
| 1 | ALTSHULER BERZON LLP |
| 2 | */s/ Stacey M. Leyton* |
|   | STACEY M. LEYTON |
| 3 | *Attorneys for Plaintiffs COUNTY OF SANTA CLARA AND SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521* |

ALTSHULER BERZON LLP

*/s/ Stacey M. Leyton*
STACEY M. LEYTON
   *Attorneys for Plaintiffs COUNTY OF SANTA CLARA AND SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521*

JAMES R. WILLIAMS (SBN 271253)
County Counsel
GRETA S. HANSEN (SBN 251471)
LAURA S. TRICE (SBN 284837)
MARCELO QUIÑONES (SBN 279132)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Email: laura.trice@cco.sccgov.org,
marcelo.quinones@cco.sccgov.org,
hannah.kieschnick@cco.sccgov.org

*/s/ Laura S. Trice*
   LAURA S. TRICE *Attorneys for Plaintiff COUNTY OF SANTA CLARA*

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**