BRIAN M. BOYNTON
 Principal Deputy Assistant Attorney General
STEPHANIE HINDS
 United States Attorney
BRAD P. ROSENBERG
 Assistant Branch Director
CORMAC EARLY (DC Bar # 1033835)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Telephone: (202) 616-7420
Facsimile: (202) 616-8460
E-mail: cormac.a.early@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | CASE NO. 17-CV-05211-WHA<br>CASE NO. 17-CV-05235-WHA<br>CASE NO. 17-CV-05329-WHA<br>CASE NO. 17-CV-05380-WHA<br>CASE NO. 17-CV-05813-WHA<br><br>**JOINT STATUS REPORT** |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

1      As explained in prior joint status reports, the United States has appealed to the U.S. Court

2  of Appeals for the Fifth Circuit from the order and permanent injunction issued in *Texas v. United*

3  *States*, No. 1:18-cv-00068, ECF Nos. 575, 576 (S.D. Tex. July 16, 2021).  That appeal is ongoing,

4  and the court heard oral argument on July 6, 2022.  Pursuant to this Court's March 23, 2021 Order,

5  ECF No. 319, the parties will file another joint status report on or before September 20, 2022, and

6  then every 60 days thereafter.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

1  Dated:  July 22, 2022

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

STEPHANIE HINDS
United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY (DC Bar #1033835)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Phone: (202) 616-7420
Fax: (202) 616-8470
Email: cormac.a.early@usdoj.gov

*Attorneys for Defendants*

COVINGTON & BURLING LLP

/s/ Jeffrey M. Davidson
JEFFREY M. DAVIDSON
   *Attorneys for Plaintiffs The Regents of the*
   *University of California and Janet Napolitano, in*
   *her official capacity as President of the University*
   *of California*

GIBSON, DUNN & CRUTCHER LLP

/s/ Ethan D. Dettmer
ETHAN D. DETTMER

PUBLIC COUNSEL

/s/ Mark D. Rosenbaum
MARK D. ROSENBAUM
   *Attorneys for Plaintiffs Dulce Garcia, Miriam*
   *Gonzalez Avila, Saul Jimenez Suarez, Norma*
   *Ramirez, Jirayut Latthivongskorn, Marco Antonio*
   *Salinas Munoz, Dulce Berenice Vargas Baltazar,*
   *Ericka Lisseth Daniel Santellan, Grisel*
   *Guadalupe Chavez Diaz, and Felipe Alvarez*
   *Carrillo*

COTCHETT, PITRE & McCARTHY, LLP

/s/ Justin T. Berger
JUSTIN T. BERGER
   *Attorneys for Plaintiff City of San Jose*

ROB BONTA
Attorney General of California

/s/ James F. Zahradka II
JAMES F. ZAHRADKA II
 Supervising Deputy Attorney General
  *Attorneys for Plaintiff State of California*

AARON M. FREY
Attorney General of Maine
KIMBERLY L. PATWARDHAN (*pro hac vice*)
Assistant Attorney General
*Attorneys for Plaintiff State of Maine*

BRIAN E. FROSH
Attorney General of Maryland
STEVEN M. SULLIVAN (*pro hac vice*)
Solicitor General
*Attorneys for Plaintiff State of Maryland*

KEITH ELLISON
Attorney General State of Minnesota
JEFFREY BOMAN (*pro hac vice*)
*Attorneys for Plaintiff State of Minnesota*

1

ALTSHULER BERZON LLP

2

*/s/ Stacey M. Leyton*
STACEY M. LEYTON

3

*Attorneys for Plaintiffs COUNTY OF*
*SANTA CLARA AND SERVICE*

4

*EMPLOYEES INTERNATIONAL*
*UNION LOCAL 521*

5

JAMES R. WILLIAMS (SBN 271253)

6

County Counsel
GRETA S. HANSEN (SBN 251471)

7

LAURA S. TRICE (SBN 284837)
MARCELO QUIÑONES (SBN 279132)

8

OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth

9

Floor
San Jose, California 95110

10

Telephone: (408) 299-5900
Facsimile: (408) 292-7240

11

Email: laura.trice@cco.sccgov.org,
marcelo.quinones@cco.sccgov.org,

12

13

*/s/ Laura S. Trice*
LAURA S. TRICE

14

*Attorneys for Plaintiff COUNTY OF*
*SANTA CLARA*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**