BRIAN M. BOYNTON
 Principal Deputy Assistant Attorney General
ISMAIL J. RAMSEY
 United States Attorney
BRAD P. ROSENBERG
 Special Counsel
GALEN N. THORP (VA Bar #75517)
STEPHEN M. PEZZI (FL Bar #1041279)
 Senior Trial Counsel
CORMAC A. EARLY (DC Bar #1033835)
 Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | Case No. 17-cv-05211-WHA<br>Case No. 17-cv-05235-WHA<br>Case No. 17-cv-05329-WHA<br>Case No. 17-cv-05380-WHA<br>Case No. 17-cv-05813-WHA<br><br>**JOINT STATUS REPORT** |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

As explained in prior joint status reports, in October 2022, the Fifth Circuit issued an opinion affirming the judgment of the district court in part, and remanding to the district court for consideration of a final rule on the subject of Deferred Action for Childhood Arrivals (DACA) that had been issued by the Department of Homeland Security during the appeal. *See Texas v. United States*, 50 F.4th 498 (5th Cir. 2022).

On September 13, 2023, after considering the parties' cross-motions for summary judgment in *Texas*, the district court granted summary judgment to plaintiffs on the remanded issues concerning whether the final rule violated the Administrative Procedure Act. *See Texas v. United States*, 691 F. Supp. 3d 763 (S.D. Tex. 2023). The district court issued a supplemental permanent injunction but again "stay[ed] the effective date of the vacatur order as to all DACA recipients who received their initial DACA status prior to July 16, 2021." *Texas v. United States*, No. 1:18-cv-00068, 2023 WL 5950808 (S.D. Tex. Sept. 13, 2023).

Defendants filed a notice of appeal on November 9, 2023. Briefing in the Fifth Circuit is complete, and oral argument was held on October 10, 2024. *See Texas v. United States*, No. 23-40653 (5th Cir.). As of the date of this filing, the Fifth Circuit has not yet issued a decision in that appeal.

Pursuant to this Court's March 23, 2021 Order, ECF No. 319, the parties will file another joint status report on or before March 17, 2025, and then every 60 days thereafter.

All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)
JOINT STATUS REPORT

Dated:  January 14, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ISMAIL J. RAMSEY
United States Attorney

BRAD P. ROSENBERG
Special Counsel

*/s/ Galen N. Thorp*
GALEN N. THORP (VA Bar #75517)
STEPHEN M. PEZZI (FL Bar #1041279)
 Senior Trial Counsel
CORMAC A. EARLY (DC Bar #1033835)
 Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

| | |
|---|---|
| COVINGTON & BURLING LLP<br><br>*/s/ Jeffrey M. Davidson*<br>JEFFREY M. DAVIDSON<br>　*Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>*/s/ Matthew S. Kahn*<br>MATTHEW S. KAHN<br><br>PUBLIC COUNSEL<br><br>*/s/ Mark D. Rosenbaum*<br>MARK D. ROSENBAUM<br>　*Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Norma Ramirez, and Jirayut Latthivongskorn*<br><br>COTCHETT, PITRE & McCARTHY, LLP<br><br>*/s/ Tamarah Prevost*<br>TAMARAH PREVOST<br>　*Attorneys for Plaintiff City of San Jose* | ROB BONTA<br>Attorney General of California<br><br>*/s/ James F. Zahradka II*<br>JAMES F. ZAHRADKA II<br>Supervising Deputy Attorney General<br>　*Attorneys for Plaintiff State of California*<br><br>AARON M. FREY<br>Attorney General of Maine<br>KIMBERLY L. PATWARDHAN (*pro hac vice*)<br>Assistant Attorney General<br>　*Attorneys for Plaintiff State of Maine*<br><br>ANTHONY G. BROWN<br>Attorney General of Maryland<br>JEFFREY S. LUOMA (*pro hac vice pending*)<br>Assistant Attorney General<br>　*Attorneys for Plaintiff State of Maryland*<br><br>KEITH ELLISON<br>Attorney General State of Minnesota<br>JEFFREY BOMAN (*pro hac vice*)<br>　*Attorneys for Plaintiff State of Minnesota* |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

ALTSHULER BERZON LLP

*/s/ Stacey M. Leyton*
STACEY M. LEYTON
  *Attorneys for Plaintiffs COUNTY OF SANTA CLARA AND SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521*

TONY LOPRESTI (SBN 289269)
County Counsel
LAURA S. TRICE (SBN 284837)
MARCELO QUIÑONES (SBN 279132)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Email: laura.trice@cco.sccgov.org, marcelo.quinones@cco.sccgov.org

*/s/ Laura S. Trice*
LAURA S. TRICE
  *Attorneys for Plaintiff COUNTY OF SANTA CLARA*