YAAKOV M. ROTH
 Acting Assistant Attorney General
PATRICK ROBBINS
 Acting United States Attorney
BRAD P. ROSENBERG
 Special Counsel
GALEN N. THORP (VA Bar # 75517)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Telephone: (202) 514-4781
Facsimile: (202) 616-8470
E-mail: galen.thorp @usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | No. 3:17-CV-05211-WHA<br><br>**MOTION TO WITHDRAW APPEARANCE OF GALEN N. THORP**<br><br>Judge: William Alsup |

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>          Plaintiffs,<br><br>          v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>          Defendants. | No. 3:17-CV-05235-WHA |
| CITY OF SAN JOSE, a municipal corporation,<br><br>          Plaintiffs,<br><br>          v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, and KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>          Defendants. | No. 3:17-CV-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, President of the United States, in his official capacity, and KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>          Defendants. | No. 3:17-CV-05380-WHA |

I, Galen N. Thorp, hereby move to withdraw my appearance on behalf of Defendants in the above-captioned cases because I will be leaving the U.S. Department of Justice. The United States will continue to be represented by other attorneys at the Department of Justice who have entered appearances in these cases.

Dated: May 8, 2025

Respectfully submitted,

*/s/ Galen N. Thorp*
GALEN N. THORP
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 514-4781 (phone)
(202) 616-8470 (fax)
E-mail: galen.thorp@usdoj.gov

*Attorney for Defendants*

YAAKOV M. ROTH
 Acting Assistant Attorney General
PATRICK ROBBINS
 Acting United States Attorney
BRAD P. ROSENBERG
 Special Counsel
CORMAC EARLY (DC Bar # 1033835)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Telephone: (202) 616-7420
Facsimile: (202) 616-8460
E-mail: cormac.a.early@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | No. 3:17-CV-05211-WHA<br><br>**[PROPOSED] ORDER**<br><br>Judge: William Alsup |
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>Defendants. | No. 3:17-CV-05235-WHA |

MOTION TO WITHDRAW APPEARANCE
DACA CASES (Nos. 17-5211, 17-5235, 17-5329, 17-5380)

| | |
|---|---|
| CITY OF SAN JOSE, a municipal corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, and KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>  Defendants. | No. 3:17-CV-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, President of the United States, in his official capacity, and KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>  Defendants. | No. 3:17-CV-05380-WHA |

The Court hereby GRANTS Defendants' motion for Galen N. Thorp to withdraw as attorney for Defendants in the above-captioned matters.

Dated: _____                              _____
                                                William Alsup
                                                United States District Judge