# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 17-cv-05211-WHA <br> Case No. 17-cv-05235-WHA <br> Case No. 17-cv-05329-WHA <br> Case No. 17-cv-05380-WHA <br> Case No. 17-cv-05813-WHA <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER** |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION AND ~~PROPOSED~~ ORDER**

Subject to the Court's approval, all parties, through their undersigned counsel of record, hereby stipulate as follows:

1. At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies, including the Department of Homeland Security. The date when funding will be restored by Congress is unknown.

2. Defendant has conveyed the following to Plaintiff:

   a. The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. An officer or employee of the United States who violates 31 U.S.C. § 1341(a) (obligate/expend in excess or advance of appropriation), § 1342 (voluntary services prohibition), or § 1517(a) (obligate/expend in excess of an apportionment or administrative subdivision as specified in an agency's regulations) "shall be subject to appropriate administrative discipline including, when circumstances warrant, suspension from duty without pay or removal from office." 31 U.S.C. §§ 1349(a), 1518.

   b. Undersigned counsel has now been furloughed for the duration of the lapse in appropriations, except to the extent necessary to carry out activities that are excepted from the statutory requirements above. Undersigned counsel is therefore not permitted to work on this matter during the lapse in appropriations.

3. The parties therefore request a stay of the obligation to file joint status reports in this matter until Congress has restored appropriations to the Department of Justice. The parties further request that all deadlines in this case be extended for a period of time commensurate with the duration of the lapse in appropriations—*i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)
STIPULATION AND ~~PROPOSED~~ ORDER

4. If this motion is granted, counsel for the United States will promptly notify the Court as soon as appropriations are restored.

IT IS SO STIPULATED.

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION AND ~~PROPOSED~~ ORDER**

| | |
|---|---|
| Dated: October 1, 2025 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>BRAD P. ROSENBERG<br>Special Counsel<br><br>*/s/ Stephen M. Pezzi*<br>STEPHEN M. PEZZI (FL Bar #1041279)<br> Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC  20005<br>Phone: (202) 305-8576<br>Email: stephen.pezzi@usdoj.gov<br><br>*Attorneys for Defendant* |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION AND** ~~**PROPOSED**~~ **ORDER**

COVINGTON & BURLING LLP

*/s/ Jeffrey M. Davidson*
JEFFREY M. DAVIDSON
   *Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*

GIBSON, DUNN & CRUTCHER LLP

*/s/ Matthew S. Kahn*
MATTHEW S. KAHN

PUBLIC COUNSEL

*/s/ Mark D. Rosenbaum*
MARK D. ROSENBAUM
   *Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Norma Ramirez, and Jirayut Latthivongskorn*

COTCHETT, PITRE & McCARTHY, LLP

*/s/ Kevin J. Boutin*
KEVIN J. BOUTIN
   *Attorneys for Plaintiff City of San Jose*

ROB BONTA
Attorney General of California

*/s/ Delbert Tran*
DELBERT TRAN
Deputy Attorney General
   *Attorneys for Plaintiff State of California*

AARON M. FREY
Attorney General of Maine
KIMBERLY L. PATWARDHAN (*pro hac vice*)
Assistant Attorney General
   *Attorneys for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland
JEFFREY S. LUOMA (*pro hac vice pending*)
Assistant Attorney General
   *Attorneys for Plaintiff State of Maryland*

KEITH ELLISON
Attorney General State of Minnesota
JEFFREY BOMAN (*pro hac vice*)
   *Attorneys for Plaintiff State of Minnesota*

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION AND** ~~**PROPOSED**~~ **ORDER**

ALTSHULER BERZON LLP

*/s/ Stacey M. Leyton*
STACEY M. LEYTON
   *Attorneys for Plaintiffs COUNTY OF SANTA CLARA AND SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521*

TONY LOPRESTI (SBN 289269)
County Counsel
LAURA S. TRICE (SBN 284837)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Email: laura.trice@cco.sccgov.org

*/s/ Laura S. Trice*
LAURA S. TRICE
   *Attorneys for Plaintiff COUNTY OF SANTA CLARA*

\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION AND ~~PROPOSED~~ ORDER**

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED THAT**:

1. The obligation to file joint status reports in this matter is hereby **STAYED** until appropriations have been restored;

2. All deadlines in this case are extended for a period of time commensurate with the duration of the lapse in appropriations; and

3. The Government will promptly notify the Court as soon as appropriations have been restored.

**IT IS SO ORDERED.**

DATED: October 2, 2025.



Judge William Alsup

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**STIPULATION AND ~~PROPOSED~~ ORDER**