BRETT A. SHUMATE
 Assistant Attorney General
BRAD P. ROSENBERG
 Special Counsel
STEPHEN M. PEZZI (FL Bar #1041279)
 Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 17-cv-05211-AMO <br> Case No. 17-cv-05235-AMO <br> Case No. 17-cv-05329-AMO <br> Case No. 17-cv-05380-AMO <br> Case No. 17-cv-05813-AMO <br><br> **JOINT STATUS REPORT** |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

1  As explained in greater detail in prior joint status reports, litigation related to the legality
2  of DACA remains pending in the United States District Court for the Southern District of Texas.
3  On January 17, 2025, the United States Court of Appeals for the Fifth Circuit issued an opinion
4  that affirmed in part and modified in part the injunction that had been previously entered by the
5  district court. The Fifth Circuit's mandate issued on March 11, 2025, and the matter has now been
6  remanded to the district court for further proceedings. The parties recently completed
7  supplemental briefing on the remanded issues.
8  Pursuant to this Court's March 23, 2021 Order, ECF No. 319, the parties will file another
9  joint status report on or before February 9, 2026, and then every 60 days thereafter.[1]

---

[1] The parties did not file this joint status report within 60 days of their previous joint status report, due to the lapse in appropriations, ECF Nos. 363, 364, and a subsequent oversight by counsel. All parties regret the error.

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

| | | |
|---|---|---|
| 1 | Dated: December 10, 2025 | Respectfully submitted, |
| 2 | | BRETT A. SHUMATE |
| 3 | | Assistant Attorney General<br>Civil Division |
| 4 | | BRAD P. ROSENBERG |
| 5 | | Special Counsel |
| 6 | | */s/ Stephen M. Pezzi*<br>STEPHEN M. PEZZI (FL Bar #1041279) |
| 7 | | Senior Trial Counsel<br>United States Department of Justice |
| 8 | | Civil Division, Federal Programs Branch<br>1100 L Street, NW |
| 9 | | Washington, DC 20005<br>Phone: (202) 305-8576 |
| 10 | | Email: stephen.pezzi@usdoj.gov |
| 11 | | *Attorneys for Defendants* |
| 12 | | |
| 13 | COVINGTON & BURLING LLP | ROB BONTA<br>Attorney General of California |
| 14 | */s/ Jeffrey M. Davidson*<br>JEFFREY M. DAVIDSON | */s/ Delbert Tran*<br>DELBERT TRAN |
| 15 | *Attorneys for Plaintiffs The Regents of the* | Deputy Attorney General |
| 16 | *University of California and Janet Napolitano, in her official capacity as President of the University* | *Attorneys for Plaintiff State of California* |
| 17 | *of California* | AARON M. FREY<br>Attorney General of Maine |
| 18 | GIBSON, DUNN & CRUTCHER LLP | KIMBERLY L. PATWARDHAN (*pro hac vice*) |
| 19 | */s/ Matthew S. Kahn* | Assistant Attorney General |
| 20 | MATTHEW S. KAHN | *Attorneys for Plaintiff State of Maine* |
| 21 | PUBLIC COUNSEL | ANTHONY G. BROWN |
| 22 | */s/ Mark D. Rosenbaum* | Attorney General of Maryland<br>JEFFREY S. LUOMA (*pro hac vice pending*) |
| 23 | MARK D. ROSENBAUM<br>*Attorneys for Plaintiffs Dulce Garcia, Miriam* | Assistant Attorney General |
| 24 | *Gonzalez Avila, Saul Jimenez Suarez, Norma Ramirez, and Jirayut Latthivongskorn* | *Attorneys for Plaintiff State of Maryland* |
| 25 | | KEITH ELLISON<br>Attorney General State of Minnesota |
| 26 | COTCHETT, PITRE & McCARTHY, LLP | JEFFREY BOMAN (*pro hac vice*) |
| 27 | */s/ Kevin J. Boutin*<br>KEVIN J. BOUTIN | *Attorneys for Plaintiff State of Minnesota* |
| 28 | *Attorneys for Plaintiff City of San Jose* | |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

ALTSHULER BERZON LLP

*/s/ Stacey M. Leyton*
STACEY M. LEYTON
   *Attorneys for Plaintiffs COUNTY OF SANTA CLARA AND SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521*

TONY LOPRESTI (SBN 289269)
County Counsel
LAURA S. TRICE (SBN 284837)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Email: laura.trice@cco.sccgov.org

*/s/ Laura S. Trice*
LAURA S. TRICE
   *Attorneys for Plaintiff COUNTY OF SANTA CLARA*

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**