BRETT A. SHUMATE
 Assistant Attorney General
BRAD P. ROSENBERG
 Special Counsel
STEPHEN M. PEZZI (FL Bar #1041279)
 Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                    Defendants. | Case No. 17-cv-05211-JD<br>Case No. 17-cv-05235-JD<br>Case No. 17-cv-05329-JD<br>Case No. 17-cv-05380-JD<br>Case No. 17-cv-05813-JD<br><br>**JOINT STATUS REPORT** |

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

As explained in greater detail in prior joint status reports, litigation related to the legality of DACA remains pending in the United States District Court for the Southern District of Texas. On January 17, 2025, the United States Court of Appeals for the Fifth Circuit issued an opinion that affirmed in part and modified in part the injunction that had been previously entered by the district court. The Fifth Circuit's mandate issued on March 11, 2025, and the matter has now been remanded to the district court for further proceedings. The parties completed supplemental briefing on the remanded issues on November 24, 2025.

Pursuant to this Court's March 23, 2021 Order, ECF No. 319, the parties will file another joint status report on or before August 10, 2026, and then every 60 days thereafter.

All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)
JOINT STATUS REPORT

Dated:  June 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (FL Bar #1041279)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Phone: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

COVINGTON & BURLING LLP

*/s/ Jeffrey M. Davidson*
JEFFREY M. DAVIDSON
   *Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*

GIBSON, DUNN & CRUTCHER LLP

*/s/ Katherine Marquart*
Katherine Marquart

PUBLIC COUNSEL

*/s/ Mark D. Rosenbaum*
MARK D. ROSENBAUM
   *Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Norma Ramirez, and Jirayut Latthivongskorn*

COTCHETT, PITRE & McCARTHY, LLP

*/s/ Kevin J. Boutin*
KEVIN J. BOUTIN
   *Attorneys for Plaintiff City of San Jose*

ROB BONTA
Attorney General of California

*/s/ Delbert Tran*
DELBERT TRAN
Deputy Attorney General
   *Attorneys for Plaintiff State of California*

AARON M. FREY
Attorney General of Maine
KIMBERLY L. PATWARDHAN (*pro hac vice*)
Assistant Attorney General
   *Attorneys for Plaintiff State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland
VIRGINIA A. WILLIAMSON (*pro hac vice pending*)
Assistant Attorney General
   *Attorneys for Plaintiff State of Maryland*

KEITH ELLISON
Attorney General State of Minnesota
KATHERINE BIES (*pro hac vice*)
   *Attorneys for Plaintiff State of Minnesota*

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**

ALTSHULER BERZON LLP

*/s/ Stacey M. Leyton*
STACEY M. LEYTON
   *Attorneys for Plaintiffs COUNTY OF*
   *SANTA CLARA AND SERVICE*
   *EMPLOYEES INTERNATIONAL*
   *UNION LOCAL 521*

TONY LOPRESTI (SBN 289269)
County Counsel
LAURA S. TRICE (SBN 284837)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Email: laura.trice@cco.sccgov.org

*/s/ Laura S. Trice*
LAURA S. TRICE
   *Attorneys for Plaintiff COUNTY OF*
   *SANTA CLARA*

**All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)**
**JOINT STATUS REPORT**